Report of Economic Loss:
Equal Employment Opportunity Commission v. Amsted Rail Co., Inc.,
Case No. 14-cv-1292-JPG-SCW

**Nature of Report**

In September 2015 I was engaged by the Equal Employment Opportunity Commission to provide an estimate of economic losses suffered by a class of claimants in the matter of EEOC v. Amsted Rail Co., Inc. Each claimant had applied for a Chipper position with Amsted Rail and suffered losses as a result of Amsted's failure to hire during the period of January 1, 2011 through December 31, 2011. An analysis of loss has been prepared for each claimant identified as part of this class.

This report presents economic loss suffered by each claimant as a result of defendant's employment practices specified in the First Amended Complaint in this action. The relief requested in the complaint specifies make whole damages for aggrieved Chipper applicants to include back pay with prejudgment interest. This report describes the methodology used to calculate the back pay and interest due to each claimant.

Projected earnings from a claimant's employment at Amsted had he been hired consist of wages and fringe benefits. Fringe benefits include employer 401(k) contributions and health insurance benefits. Mitigating wages and benefits earned by each claimant at other employment during the back pay period were deducted from projected earnings to calculate back pay for each claimant. Prejudgment interest was then applied to back pay and any adjustments for increased payroll and income tax liability resulting from an award of damages is then determined.

The assumptions and methods used to calculate projected and mitigating earnings and to make adjustments for prejudgment interest and tax liability will be discussed in the remaining sections of this report. Section I describes the information that I received from the EEOC that I used in the calculation of projected earnings from Amsted Rail. These projected earnings estimates, which are common for all claimants, are presented in Section II, along with a discussion of the calculation of pre-judgment interest to be applied to back pay. Mitigating wage and employment benefits, as well as the back pay period, are unique to each claimant and are presented as numbered exhibits in Section III. These individual exhibits also provide a description of items reviewed for each claimant, a summary of their individual earnings records, and detailed tables illustrating the calculation of back pay for each claimant, including prejudgment interest and tax offsets. A summary, Section IV, follows the individual claimant exhibits and concludes with a table summarizing losses for all claimants.

Exhibit
A

## I. Information relied upon to estimate lost wages & employment benefits from Amsted Rail

To complete report of loss for the identified claimants in this matter, I was provided various documents by the EEOC concerning Chipper wages at Amsted Rail over the back pay period, as well as benefit and other employment information. This information is considered common to all identified claimants in the class, and has been used to determine wages and employment benefits lost by each claimant as a result of Amsted Rail's failure-to-hire. The following items were provided to me:

- Benefit Enrollment Forms:
  - 2010 Benefit Enrollment Form (Amsted001569)
  - 2011 Benefit Enrollment Form (Amsted001571)
  - 2012 Benefit Enrollment Form (Amsted001573)
  - 2013 Benefit Enrollment Form (Amsted001769)
  - 2014 Benefit Enrollment Form (Amsted001771)
  - 2015 Benefit Enrollment Form (Amsted001575)
- Blue Cross Blue Shield Benefit Plan Program Guides (Amsted002353-002557)
- Blue Cross Blue Shield PPO Plan Coverage & Limitation Information for GC USW 2010(AMSTED001920)
- Bargain Benefit Costs for Health, Dental, and Vision Plans for 2010-2016 (Amsted001921-Amsted001927)
- Chipper Job Description (Amsted001773-Amsted001774)
- Chipper Job Classification (Amsted001775)
- Chipper Job Safety Analysis (Amsted001776-Amsted001777)
- Various Employment Ads (EEOC-Amsted02295-EEOC-Amsted02312)
- Amsted Rail Job Snapshot re: Chippers (EEOC-Amsted02313-EEOC-Amsted02316)
- Amsted Rail Benefits at a Glance (EEOC-Amsted04103-EEOC-Amsted04104)
- Copy of the First Amended Complaint in the matter of EEOC v. Amsted Rail Co., Inc., CASE NO. 14-cv-1292-JPG-SCW.
- Employee file information for hired Chippers: Aaron Cole, Jermaine Cooper, Daveon Edwards, Keenan Finley, LeRondrick Gilmore, Donald Glover, Spencer Howard, Deondra Hughes, Kevin Kloos, Chris Lackey, and Donald McCreight (EEOC-Amsted03709-EEOC-Amsted04082)
- Payroll Records for Chippers:
  - List of Chipper hires by Date of Hire. Data includes: Last Name, First Name, Clock #, Position, Department, Status, Dates of Hire, Laid Off, Recalled-Terminated (Amsted002041-002076). Note that this information is also presented in text file Amsted002041, which was also provided.
  - 2011 Payroll Records for Chippers. Data includes: Clock Number, Last Name, First Name, Pay Period, Check Type, Hours, Gross Pay and Check Amount (Amsted002077-Amsted002176). Note that this information is also presented in Excel document, Amsted002348, which was also provided. Additionally, Amsted002349 provides the same information for 9 additional employees: Leslie Adams, Bernard Clark, Williams Douglas, Patrick Greenwell, Corneall Lester, Ryan Lewis, Jeremiah McGee, Royce Simms, and Maurice Wilson.
  - 2011 Payroll Record for employee Gary Horton. Data includes: Clock Number, Last Name, First Name, Pay Period, Check Type, Gross Pay and Check Amount

(Amsted002177). Note that this information is also presented in Excel document Amsted00250, which was also provided, and that information for Gary Horton's 2011 wage earnings is not included in Amsted002077-Amsted002176.

  - Payroll records for Chippers for the period January 6, 2012-October23, 2015. Data includes: Original Hire Date, Last Hire Date, Employee Name, Clock number, Job Code, Job, Check Date, Current Hours, and Current Amount (Amsted002178-Amsted002346). Note that this information is also presented in Excel document Amsted002351, which was also provided.
  - 2011 Payroll Record for employee Jovon Hamburg. Data includes: Clock Number, Last Name, First Name, Pay Period, Check Type, Gross Pay and Check Amount (Amsted002347). Note that this information is also presented in Excel document, Amsted002352, which was also provided, and that information for Jovon Hamburg 2011 wage earnings is not included in Amsted002077-Amsted002176.
- Employee payroll deduction reports for 2012-2015 (Amsted002353, Amsted002355, Amsted002357, Amsted002446)
- Collective Bargaining Agreements between Amsted Rail Company, Inc. - Granite City Plant and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union (USW), Local 1063 dated October 1, 2010 (Amsted001577-Amsted001670) and October 5, 2014 (Amsted001671-Amsted001768)
- Deposition transcript and attached exhibits for Chris Dockery, Manager of Safety and Human Resources and Human Resources Director, dated October 22, 2015.
- Deposition transcript and attached exhibits for Matt Ferguson, Benefit Manager, dated October 23, 2015.
- Deposition transcript and attached exhibits for Deborah Talbot, Human Resources Assistant and Employment Supervisor, dated October 21, 2015.
- Payroll Deduction Reports for 2012, 2013, 2014 and 2015(Excel files Amsted002353, Amsted002355, Amsted002357, Amsted002446)
- Daily Earnings Reports and Daily Pay Summaries for various Amsted employees dated from January 1, 2010 – October 18, 2015 (Amsted002558-Amsted011002)
- Various indices of file names and numbers.

These listed documents comprise all items that have been provided to me through the Equal Employment Opportunity Commission that are common to all claimants in this matter. Documents that are specific to the calculation of individual claimant losses will be listed in the exhibits as part of Section III.

## II. Calculation of back pay: Projected earnings at Amsted

*1. Period over which back pay is calculated*

The period over which back pay is calculated is unique for each claimant. Based on information provided by Deborah Talbot in her deposition transcript, the start date of back pay for each claimant is set equal to the date two weeks after the claimant received a conditional offer of employment from Amsted. Ms. Talbot refers in her deposition to a 1 to 4-week period of time that most new hires experienced between receiving a conditional offer of employment and beginning employment with Amsted. (*See:* Deb Talbot deposition transcript at page 49: line 10 through page 51: line 9.) Assuming a start date for the calculation of back pay 2 weeks after the receipt of a conditional offer of employment reflects an average period of time new hires waited before beginning work at Amsted.

For each claimant the back pay period ends as of the date of judgment, which is unknown. For purposes of this report, for each claimant the back pay period ends as of the date of trial, which is August 22, 2016.

*2. Projected earnings*

It is assumed in this report that projected earnings at Amsted (if not for the failure-to-hire) would have been the same for each claimant. Projected earnings were calculated on a yearly basis from the information provided and from these projected earnings each claimant's individual mitigating earnings are deducted to arrive at an estimate of back pay for each claimant.

Information contained in the employment records of a sample of hired Chippers (EEOC-Amsted03709-04082) indicates an average starting wage for Chippers of $14.58 per hour. For each of the employees included in this sample of hired Chippers this was the starting wage. However, by comparing yearly earnings for Chippers hired in 2011, which are assumed to be those employees listed in documents numbered Amsted002041-Amsted002076, it is evident that earnings varied greatly per employee per year (earnings information is found in Amsted002348, Amsted002349, Amsted002350, Amsted002351, and Amsted002352). To illustrate, the following table shows minimum and maximum earnings for those Chippers hired between January 4, 2011 and December 5, 2011 who had recorded earnings from the date of hire through October 23, 2015 (this is 45 of the hired Chippers identified in Amsted002041-002076). This table also shows maximum earnings for these employees excluding one outlying earnings record.[1]

[1] Earnings records for these employees for this period include one record for an employee who had earnings significantly higher than all other employees. For this reason, maximum earnings excluding the earnings of this outlying employee is also presented in this table.

Minimum and Maximum Yearly Wage Earnings for all Chipper hires
and Maximum Yearly Wage Earnings for Chipper hires excluding one outlying record

| Year | Minimum | Maximum | Maximum excluding outlier |
|---|---|---|---|
| 2011 | $233 | $61,113 | $61,113 |
| 2012 | $34,916 | $102,166 | $62,367 |
| 2013 | $2,764 | $48,531 | $42,739 |
| 2014 | $0 | $117,530 | $63,020 |
| 2015 | $12,849 | $111,810 | $67,229 |

It should be noted that the information in this table is drawn from the earnings records of hired Chippers with earnings through October 23, 2015, and, therefore, does not include those employees whose employment with Amsted Rail was terminated before this date.

Examining earnings records shows that the variation seen in yearly earnings largely reflects periods of layoff that impacted the earnings of certain employees for extended periods of time, particularly in 2013. To capture the impact of possible layoff, projected earnings used in this report are not calculated using expected hourly earnings, but are instead set equal to the average annual wage earnings for Chippers hired between January 4, 2011 and December 5, 2011 with earnings records through October 23, 2015.[2]

Because individual claimants have different starting points for the calculation of back pay, and because new Chippers were hired at various points throughout 2011, average earnings for Chippers hired over the period January 4, 2011 to December 5, 2011 must be annualized for 2011. These annualized wage earnings are then adjusted to the start of the back pay period for each claimant.

Similarly, based on the information in Amsted002178-Amsted002346, wages earned by Chippers are available through October 23, 2015. Average earnings over the period January 1, 2015 through October 23, 2015 are then annualized to give an estimate of average Chipper wage earnings for 2015. 2016 average earnings are assumed to be equal to 2015 average earnings.

Based on these earnings records and assumptions, the projected earnings for each year over the period 2011-2016 are:

[2] Information provided regarding hired Chippers included hires through June 2012; however, only hires through December 2011 were included in this analysis and according to the referenced items no Chippers were hired from December 6,2011 through December 31, 2011.

| Average Annual Wage Earnings (per worker) for Amsted Rail for New Hires - Chipper Position (2011-2016) Based on information contained in documents: Amsted002348-Amsted 002352 | | | | | | |
|---|---|---|---|---|---|---|
| | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
| *Average Wage Earnings per year* | $45,761 | $50,654 | $8,864 | $38,442 | $59,513 | $59,513 |

These estimates of projected earnings are based on the recorded earnings of Chippers hired by Amsted Rail over the period claimants were offered similar Chipper positions. Payroll summaries provided to me for 2011 included earnings records for 152 employees. 144 of these were referenced as Chipper C/50050 "New Hires" or "Rehires" on Amsted002041-Amsted002076; however, earnings for all 152 employees for whom I had records were included in the 2011 earnings average presented in the above table.

Of these 152 Chipper hires, the summary of gross earnings from January 6, 2012 to October 23, 2015 (Amsted 002178-Amsted002346) shows that during this period:
- 45 of these hires were identified as holding the job Chipper Inspector A
- 53 of these hires were identified as holding the job Chipper Inspector B
- 2 of these hires were identified as holding the job Chipper Inspector C
- 17 of these hires were identified as holding other jobs.

These average earnings reflect earnings differentials for shifts worked by the referenced Chippers, and include any overtime and wage increases earned by these workers regardless of the job they had after being hired as a Chipper C. As such they represent the average of earnings that could have been expected by those claimants offered Chipper positions but who were not hired.

*3. Projected Fringe Benefits*
While Amsted Rail offered employees a range of employment benefits including life insurance and various types of sickness and disability insurance, an examination of Amsted Rail's payroll records, collective bargaining agreements, and benefit plan documents shows that two categories of employment benefits were potentially lost to claimants as a result of Amsted Rail's failure-to-hire. These are lost health insurance benefits and lost employer contributions to employee 401(k) savings plans.

*a. Health insurance:*
Amsted Rail offered the following health related benefits to employees:
- Medical Benefit: Blue Cross Blue Shield PPO (Preferred Provider Organization)
- Dental Benefit: Delta of Illinois
- Vision Benefit: VSP
- Health Savings Account.

Employees can elect participation in each of these plans, and a review of payroll deduction reports provided by Amsted Rail for 2012-2015 (Amsted002353,

Amsted002355, Amsted002357, and Amsted002446) shows that between 93%-97% of employees participated in the Medical Benefit plan over these years, 90%-96% participated in the Dental Benefit plan, 72%-86% participated in the Vision plan, and 81%-92% participated in the Health Savings Account benefit. These participation rates suggest that new hires would be more likely than not to also participate in these medical benefit plans, and this should, therefore, be considered a component of economic loss suffered as a result of Amsted Rail's failure-to-hire.

The value of lost health insurance is estimated using the average cost of the coverage premium paid by Amsted for medical, dental, and vision coverage for 2011 through 2016. These costs are stated in Amsted Rail benefit plan documents dated January 1, 2011- January 1, 2016 (Amsted001921-Amsted001926) and are summarized in the following table[3]:

| Medical, Dental & Vision Premium Costs | | | | | | |
|---|---|---|---|---|---|---|
| | Year | | | | | |
| *Plan type:* | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 |
| Employee | $3,834 | $4,493 | $5,224 | $5,632 | $5,657 | $5,913 |
| Employee + Spouse | $7,368 | $8,680 | $10,135 | $11,569 | $11,428 | $11,921 |
| Employee + Children | $10,431 | $12,395 | $14,573 | $10,344 | $10,311 | $10,278 |
| Family | $10,431 | $12,395 | $14,573 | $16,864 | $16,881 | $17,611 |

For each individual claimant, the estimated cost of replacement health insurance is based on available information regarding whether the claimant would have selected individual coverage or coverage for family, spouse, or children.

*b. 401(k) Savings plan:*

Another element of employment benefits lost to claimants is the value of employer contributions to 401(k) savings plans. The details of this benefit program are outlined in the collective bargaining agreements between Amsted Rail Company, Inc. Granite City Plant and United Steel, Paper and Forestry, Rubber, Manufacturing, Energy, Allied Industrial and Service Workers International Union (USW) Local 1063, dated October 1, 2010 and October 5, 2014. The details of this plan changed between the two agreements, however at the time of the failure-to-hire relevant to claimants in this matter, the 2010 agreement stated that active employees would be eligible to receive contributions to the 401(k) plan the first full pay period after having completed one-year of service. Amsted would match the employee's contribution up to 2% of the employee's eligible compensation. Additionally, recalled and rehired employees with one year of service would also be eligible for matching contributions. Vesting of employer contributions were to follow a 20% per year schedule, with full vesting after 5 years of plan participation, which would occur at the end of 6 years of service. The 2014 collective bargaining agreement amended the 401(k) plan increasing employer matching contributions to 3% of eligible compensation effective January 1, 2015 for

[3] For years 2011, 2012, and 2013 the categories of available health plans coverage are listed as "Employee", "Employee+1", and "Employee+2". I have assumed that the category "Employee+1" is equivalent to "Employee+Spouse", and "Employee+2" is equivalent to both coverage categories "Employee+Children" and "Family".

new, recalled and rehired employees active after October 1, 2010, with vesting to follow the same 5-year schedule. In addition to these matching contributions, both agreements specify that Amsted is to contribute 3% of eligible compensation to these employees.

Projected fringe benefits for each claimant includes an estimate of employer provided 401(k) contributions at the maximum rates outlined in the referenced Collective Bargaining Agreements. Assuming each claimant attained 100% vesting and contributed at the maximum rate, the value of employer 401(k) plan contributions is valued at 5% of projected wages for 2011-2014, and 6% for 2015-2016.

*4. Pre-judgment Interest*

Pre-judgment interest is applied to net losses at the adjusted prime rate, compounded annually from the date losses begin through time of trial.

The rates used in this report are annual average prime rates from the Federal Reserve Board "Selected Interest Rates H.15" publication available online at: http://www.federalreserve.gov/releases/H15/data.htm. These annual rates quoted as "Bank Prime Loan" are:

| Year | Rate |
|---|---|
| 2011 | 3.25% |
| 2012 | 3.25% |
| 2013 | 3.25% |
| 2014 | 3.25% |
| 2015 | 3.26% |
| 2016 | 3.26% |

Note that for this analysis of loss, the 2016 rate is assumed to be equal to the 2015 rate. These rates are applied annually to total losses of back pay net of mitigating earnings.

*5. Tax adjustment for increased tax liability*

For each claimant, an adjustment is made to offset estimated differences in tax liability expected from receiving a lump sum award of back pack as compared with the tax liability that would have been expected had projected earnings been received yearly over the back pay period.

The tax offset considers marginal differences in both federal income tax liability and FICA tax liability. Additionally, for each claimant this adjustment assumes marginal effective income tax rates in effect each year of the back pay period, based on estimated gross wage income, a claimant's filing status as reported each year on his federal Income Tax Return, and assuming standard exemptions and deductions. Similarly, Social Security payroll tax amounts are based on rates and limits in effect each year of the back pay period. These rates are 6.2% of earnings for years 2013-2016 and 4.2% for years 2011 and 2012. The 2016 Social Security tax earnings limit is $118,500.

Based on my understanding of IRS tax rules governing awards of back pay, prejudgment interest is considered income subject to income taxes, but is not considered wages subject to FICA taxes. The tax adjustment presented in this report considers this distinction and does not include interest in the FICA tax calculations. Additionally, while employment benefits such as health insurance and employer 401(k) plan contributions would not be taxed if earned as income over the back pay period, they are assumed in this report to be subject to income and FICA taxes as part of a lump-sum award for back pay.

## III. Analysis of individual claimant losses

A separate analysis of loss for each claimant is provided in the following exhibits. These individual analyses include a description of the information that was provided to me by the EEOC for each claimant, the back pay period relevant to each claimant, and a summary description of each claimant's mitigating earnings including any employment benefits.

Tables illustrating these items as well as yearly losses adjusted for prejudgment interest and tax liability are also included for each claimant.

(Exhibits 1-53 follow)

**Exhibit 1. Ashraf Abdallah - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating wages & employment benefits*
Information regarding Mr. Abdallah's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Abdallah's application for employment with Amsted Rail.
- Notes indicating Mr. Abdallah's:
  - drug screen pass,
  - nurse screen pass, and
  - date of physical hold on employment
- An economic damages summary indicating Mr. Abdallah's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after an offer of employment was made by Amsted through the date of trial, which is August 22, 2016.

Mr. Abdallah had received an offer of employment from Amsted Rail on February 20, 2011, and the start of back pay is assumed to be two weeks after this date, which is March 6, 2011. No available information suggests that Mr. Abdallah was unable to work for any period of time beginning with this date, therefore the period of time over which Mr. Abdallah's back pay is calculated is March 6, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
Tax returns and W-2 statements are not available for Mr. Abdallah, but he did provide an estimate of his earnings to the EEOC. The following table summarizes the earnings history that Mr. Abdallah provided for the identified back pay period.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| Pre application to Amsted | Unemployed | - |
| 2011 – following application | $12,000-$15,000 | $13,500 |
| 2012 | $12,000-$15,000 | $13,500 |
| 2013 | $13,000-$14,000 | $13,500 |
| 2014 | $60,000 | $60,000 |
| Jan 2015-June 2015 | Odd jobs | $0 |
| June 2015 – Present | Unemployed | $0 |

Because W-2's and tax returns are not available for Mr. Abdallah, mitigated earnings are estimated to be the mid-point of each range of earnings that he provided. These amounts may be supplemented as additional information becomes available regarding Mr. Abdallah's work and earnings history.

*Mitigating fringe benefits over the back pay period*

I have not been provided information regarding employment benefits Mr. Abdallah may have received over the back pay period. However, with his work history it is unlikely that Mr. Abdallah did receive any benefits of this type. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Abdallah over the period 2011 through the date of trial.

*Tax Liability*

While I have not been provided tax returns for Mr. Abdallah, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*

Exhibit 1 - Table (a) presents estimates of Mr. Abdallah's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 1 - Table (b) presents an adjustment to the back pay award to compensate Mr. Abdallah for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Abdallah's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Abdallah's total loss is estimated to be $232,349.

Claimant: Ashraf Abdallah
Date of Offer of Employment: February 20, 2011

Exhibit 1 - Table (a) Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| March 6, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.82 | $42,515 | $13,500 | $29,015 | 1.1757 | $34,113 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $13,500 | $44,180 | 1.1382 | $50,287 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $13,500 | $1,031 | 1.1020 | $1,136 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $60,000 | $0 | 1.0669 | $0 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $0 | $68,741 | 1.0330 | $71,009 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $0 | $44,273 | 1.0000 | $44,273 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.46 | $273,736 | $100,500 | $187,240 | | **$200,818** |

| | |
|---|---|
| *Estimated Back Pay* | **$200,818** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$31,531** |
| ***Total Award*** | **$232,349** |

Exhibit 1 - Table (b) Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| March 6, 2011 | 2011 | $37,499 | $3,775 | $2,119 | $13,500 | $400 | $763 |
| | 2012 | $50,654 | $6,256 | $2,862 | $13,500 | $375 | $763 |
| | 2013 | $8,864 | $0 | $678 | $13,500 | $350 | $1,033 |
| | 2014 | $38,442 | $3,790 | $2,941 | $60,000 | $8,319 | $4,590 |
| | 2015 | $59,513 | $8,097 | $4,553 | $0 | $0 | $0 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $200,818 | $46,384 | $10,259 |
| *Total:* | | $233,159 | $25,630 | $16,074 | $301,318 | $55,828 | $17,407 |
| | | Estimated Total Tax Liability | | $16,074 | Estimated Total Tax Liability | | $17,407 |
| | | | | $25,630 | | | $55,828 |
| | | | | $41,704 | | | $73,235 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $73,235 |
| *Tax Liability on Projected Earnings* | -$41,704 |
| ***Estimated Net Difference in Tax Liability*** | **$31,531** |

**Exhibit 2. Kevin Adams - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Adams's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Adams's application for employment with Amsted Rail: AMSTED000169.
- W-2 Wage and Tax Statements from years 2011-2013: AMSTED04409, 04411, 04412, 04413.
- W-2 Wage and Tax Transcripts from years 2011-2014: AMSTED04635, 04645, 04657, 04665.
- IRS Form 1040 Individual Income Tax Transcripts from years 2011-2014: AMSTED04629, 04641, 04651, 04661.
- Notes indicating Mr. Adams's:
  - drug screen pass: AMSTED001810,
  - nurse screen pass: AMSTED001811, and
  - date of physical hold on employment: AMSTED001814.
- An economic damages summary indicating Mr. Adams's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back Pay Period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Adams had received an offer of employment from Amsted on February 15, 2011. The start of back pay is assumed to be two weeks after this date, which is March 1, 2011. No available information suggests that Mr. Adams was unable to work for any period of time after the back pay start date. Therefore, the period of time over which Mr. Adams's back pay is calculated is March 8, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
Tax returns and W-2 statements are available for Mr. Adams from 2011 through 2014. The following table summarizes his mitigating earnings over the back pay period.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| 2011 | $12,934 | $10,060 |
| 2012 | $15,790 | $15,790 |
| 2013 | $22,599 | $22,599 |
| 2014 | $24,944 | $24,944 |
| 2015 | $25,767 | $25,767 |
| 2016 | $25,767 | $16,534 |

Mr. Adams 's 2011 mitigating earnings are adjusted to reflect partial year earnings beginning with the back pay start date. Because Mr. Adams's W-2's and tax returns are not available for 2015 his mitigating earnings are estimated for this year based on his 2014 earnings increased at the rate of growth from 2014 to 2015 of *Median Usual Weekly Earnings* of wage and salary workers employed full time, all industries, all occupations (Series Id: LES1252881500,LEU0252881500). This growth rate is 3.3%, and can be found at the Bureau of Labor Statistics Current Population Survey website: http://www.bls.gov/cps/. Mr. Adams 2016 earnings are assumed to equal his 2015 earnings and are adjusted for the date of trial.

*Mitigating fringe benefits over the back pay period*

I have not been provided information regarding employment benefits Mr. Adams may have received over the back pay period. While his employment with the U.S. Army may have provided him with comparable employment benefits, I have assumed in this report that he had no mitigating benefits over the back pay period. This assumption may be revised if additional information regarding Mr. Adams's employment history becomes available.

*Tax Liability*

Mr. Adams's tax returns from 2011-2014 show that he had filed as a single person with one exemption. Mr. Adams's tax liability for the back pay period is calculated assuming this same tax status and standard deductions. In addition, it should be noted that a portion of Mr. Adams's income for 2014 was for combat pay, which is not subject to income tax; the portion of his 2014 subject to income tax was $12,934. FICA tax is, however, calculated on his total income of $24,944 earned in 2014.

*Estimate of Loss*

Exhibit 2 - Table (a) presents estimates of Mr. Adams's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 2 - Table (b) presents an adjustment to the back pay award to compensate Mr. Adams for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Adams's estimated total loss.

Based on information made available to me, and the assumptions outlined in this report, Mr. Adams's total loss is estimated to be $223,257.

Claimant: Kevin Adams
Date of Offer of Employment: February 15, 2011

Exhibit 2 - Table (a) Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| March 1, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.83 | $43,236 | $10,060 | $33,176 | 1.1757 | $39,004 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $15,790 | $41,890 | 1.1382 | $47,680 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $22,599 | $0 | 1.1020 | $0 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $24,944 | $0 | 1.0669 | $0 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $16,534 | $52,207 | 1.0330 | $53,930 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $16,534 | $27,739 | 1.0000 | $27,739 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.48 | $274,457 | $106,461 | $155,012 | | **$168,353** |

| | |
|---|---|
| *Estimated Back Pay* | **$168,353** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$19,563** |
| ***Total Award*** | **$187,916** |

Exhibit 2 - Table (b) Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| March 1, 2011 | 2011 | $38,134 | $3,775 | $2,155 | $10,060 | $56 | $568 |
| | 2012 | $50,654 | $6,256 | $2,862 | $15,790 | $604 | $892 |
| | 2013 | $8,864 | $0 | $678 | $22,599 | $1,444 | $1,729 |
| | 2014 | $38,442 | $3,790 | $2,941 | $12,934 | $278 | $1,908 |
| | 2015 | $59,513 | $8,097 | $4,553 | $16,534 | $623 | $1,265 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $184,887 | $41,907 | $10,028 |
| *Total:* | | $233,795 | $25,630 | $16,110 | $262,804 | $44,912 | $16,390 |
| | | Estimated Total Tax Liability | | $16,110 | Estimated Total Tax Liability | | $16,390 |
| | | | | $25,630 | | | $44,912 |
| | | | | $41,740 | | | $61,302 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $61,302 |
| *Tax Liability on Projected Earnings* | -$41,740 |
| ***Estimated Net Difference in Tax Liability*** | **$19,563** |

**Exhibit 3. Elvis Allen - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Allen's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Allen's application for employment with Amsted Rail: AMSTED000198.
- Notes indicating Mr. Allen's:
  - drug screen pass: AMSTED001875,
  - nurse screen pass: AMSTED001874, and
  - date of physical hold on employment: AMSTED001886.
- An economic damages summary indicating Mr. Allen's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Allen had received an offer of employment from Amsted on March 4, 2011. The start of back pay is assumed to be two weeks after this date, which is March 18, 2011. No available information suggests that Mr. Allen was unable to work for any period of time from the back pay start date. Therefore the period of time over which Mr. Allen's back pay is calculated is March 18, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
Tax returns and W-2 statements are not available for Mr. Allen, but he did provide an estimate of his earnings to the EEOC. The following table summarizes the earnings history that Mr. Allen provided for the identified back pay period.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| Pre application to Amsted | n/a | - |
| 2011 – following application | $9/hr/ 40 hrs/week Nov 2011 – Jan 2012 | $3,120 |
| 2012 | $10/hr/40 hrs/wk. Jan 2013- Present | $20,800 |
| 2013 | $10/hr/40 hrs/wk. | $20,800 |
| 2014 | $10/hr/40 hrs/wk. | $20,800 |
| 2015 | $10/hr/40 hrs/wk. | $20,800 |
| January 2016 – Present | $10/hr/40 hrs/wk. | $13,343 (annualized) |

Because W-2's and tax returns are not available for Mr. Allen, mitigated earnings are estimated for him based on the hourly wage rates and average hours worked per week that he quoted to the EEOC. These yearly mitigating earnings are adjusted for his start date of employment in 2011 (assumed to be November 1, 2011) and for partial year 2016, January 1, 2016 through the date of trial. These amounts may be supplemented as additional information becomes available regarding Mr. Allen's work and earnings history.

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Allen may have received over the back pay period. However, with his work history it is unlikely that Mr. Allen did receive any benefits of this type. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Allen over the period 2011 through the date of trial.

*Tax Liability*
While I have not been provided tax returns for Mr. Allen, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*
Exhibit 3 - Table (a) presents estimates of Mr. Allen's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 3 - Table (b) presents an adjustment to the back pay award to compensate Mr. Allen for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Allen's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Allen's total loss is estimated to be $221,504.

Claimant: Elvis Allen
Date of Offer of Employment: March 4, 2011

Exhibit 3 - Table (a) Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| March 18, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.79 | $40,786 | $3,120 | $37,666 | 1.1757 | $44,283 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $20,800 | $36,880 | 1.1382 | $41,978 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $20,800 | $0 | 1.1020 | $0 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $20,800 | $25,196 | 1.0669 | $26,881 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $20,800 | $47,941 | 1.0330 | $49,523 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $13,347 | $30,926 | 1.0000 | $30,926 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.43 | $272,007 | $99,667 | $178,609 | | **$193,591** |

| | |
|---|---|
| *Estimated Back Pay* | **$193,591** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$27,913** |
| ***Total Award*** | **$221,504** |

Exhibit 3 - Table (b) Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| March 18, 2011 | 2011 | $35,973 | $3,775 | $2,032 | $3,120 | $0 | $176 |
| | 2012 | $50,654 | $6,256 | $2,862 | $20,800 | $1,223 | $1,175 |
| | 2013 | $8,864 | $0 | $678 | $20,800 | $1,174 | $1,591 |
| | 2014 | $38,442 | $3,790 | $2,941 | $20,800 | $1,144 | $1,591 |
| | 2015 | $59,513 | $8,097 | $4,553 | $20,800 | $1,114 | $1,591 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $206,937 | $48,403 | $10,348 |
| *Total:* | | $231,634 | $25,630 | $15,987 | $293,257 | $53,058 | $16,473 |
| | | Estimated Total Tax Liability | | $15,987 | Estimated Total Tax Liability | | $16,473 |
| | | | | $25,630 | | | $53,058 |
| | | | | $41,617 | | | $69,531 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $69,531 |
| *Tax Liability on Projected Earnings* | -$41,617 |
| ***Estimated Net Difference in Tax Liability*** | **$27,913** |

**Exhibit 4. Kevin Anderson - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Anderson's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Anderson's application for employment with Amsted Rail: AMSTED000221.
- Notes indicating Mr. Anderson's:
  - nurse screen pass: AMSTED001812, and
  - date of physical hold on employment: AMSTED001813
- An economic damages summary indicating Mr. Anderson's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Anderson had received an offer of employment from Amsted on February 15, 2011. The start of back pay is assumed to be two weeks after this date, which is February 29, 2011. Mr. Anderson indicated to the EEOC that he was unable to work for 8-10 weeks following surgery in September 2011. Mr. Anderson's projected earnings over the back pay period is adjusted to exclude an estimated 9 weeks that he was unable to work during 2011. Beginning 2012, Mr. Anderson's back pay is calculated through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
Tax returns and W-2 statements are not available for Mr. Anderson, and no information has been provided regarding his earnings over the back pay period. The employment information I have for Mr. Anderson is summarized in the following table:

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| Pre application to Amsted | n/a | - |
| 2011 – following application | Employed March 2011-December 2011 | $0 |
| 2012 | n/a | $0 |
| 2013 | n/a | $0 |
| 2014 | n/a | $0 |
| 2015 | n/a | $0 |
| 2016 | n/a | $0 |

For the purpose of this report, Mr. Anderson's mitigating earnings are assumed to be $0 each year of the back pay period. This assumption will be amended as additional information becomes available regarding Mr. Anderson's work and earnings history.

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Anderson may have received over the back pay period. However, with his work history it is unlikely that Mr. Anderson did receive any benefits of this type. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Anderson over the period 2011 through the date of trial.

*Tax Liability*
While I have not been provided tax returns for Mr. Anderson, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*
Exhibit 4 - Table (a) presents estimates of Mr. Anderson's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 4 - Table (b) presents an adjustment to the back pay award to compensate Mr. Anderson for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Anderson's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Anderson's total loss is estimated to be $332,246.

| | |
|---|---|
| Claimant: | Kevin Anderson |
| Date of Offer of Employment: | February 15, 2011 |

**Exhibit 4 - Table (a)** Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| March 1, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.66 | $34,300 | $0 | $34,300 | 1.1757 | $40,326 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $0 | $57,680 | 1.1382 | $65,653 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $0 | $14,531 | 1.1020 | $16,013 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $0 | $45,996 | 1.0669 | $49,072 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $0 | $68,741 | 1.0330 | $71,009 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $0 | $44,273 | 1.0000 | $44,273 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.30 | $265,521 | $0 | $265,521 | | **$286,347** |

| | |
|---|---|
| *Estimated Back Pay* | **$286,347** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$45,900** |
| ***Total Award*** | **$332,246** |

**Exhibit 4 - Table (b)** Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| March 1, 2011 | 2011 | $30,253 | $2,688 | $1,709 | $0 | $0 | $0 |
| | 2012 | $50,654 | $6,256 | $2,862 | $0 | $0 | $0 |
| | 2013 | $8,864 | $0 | $678 | $0 | $0 | $0 |
| | 2014 | $38,442 | $3,790 | $2,941 | $0 | $0 | $0 |
| | 2015 | $59,513 | $8,097 | $4,553 | $0 | $0 | $0 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $286,347 | $74,608 | $11,499 |
| *Total:* | | $225,914 | $24,543 | $15,664 | $286,347 | $74,608 | $11,499 |
| | | Estimated Total Tax Liability | | $15,664 | Estimated Total Tax Liability | | $11,499 |
| | | | | $24,543 | | | $74,608 |
| | | | | $40,207 | | | $86,107 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $86,107 |
| *Tax Liability on Projected Earnings* | -$40,207 |
| ***Estimated Net Difference in Tax Liability*** | **$45,900** |

**Exhibit 5. Leon Arnold - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Arnold's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Arnold's application for employment with Amsted Rail: AMSTED000244.
- Mr. Arnold's Damages Interview: EEOC-Amsted04108.
- Copy of Mr. Arnold's Deposition Transcript.
- Notes indicating Mr. Arnold's:
  - date of physical hold on employment: AMSTED001883.
- An economic damages summary indicating Mr. Arnold's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Arnold had received an offer of employment from Amsted on March 4, 2011. The start of back pay is assumed to be two weeks after this date, which is March 18, 2011. No available information suggests that Mr. Arnold was unable to work for any period of time from the back pay start date. Therefore the period of time over which Mr. Arnold's back pay is calculated is March 18, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report; however, according to his deposition testimony, Mr. Arnold and his family have been covered by his wife's health insurance since approximately 2005. Therefore, no estimate of the value of lost health insurance benefits has been included in this report.

*Mitigating wage earnings over the back pay period*
Tax returns and W-2 statements are not available for Mr. Arnold, but he did provide some information in his deposition taken October 20, 2015 regarding his past employment and earnings after he applied for employment at Amsted. While Mr. Arnold did provided some information to the EEOC regarding his past earnings in a damages interview, I have relied on the information provided in Mr. Arnold's deposition transcript.

According to his deposition transcript Mr. Arnold was unemployed until December 2012, when he began work as a car salesman for Bommarito. He was employed with Bommarito for approximately 1.5 to 2 years, where his first year he earned approximately $35,000-$40,000. No specific estimate of his earnings for 2013 is provided in the deposition transcript; however his employment with Bommarito was terminated before the end of 2013 and he began working for Auffenberg for a 4-month period in 2014. No earnings information is available for Mr. Arnold's employment with Auffenberg. By July or August 2014 Mr. Arnold began working for Challenge Manufacturing earning $15-$16 per hour. He was promoted in December 2014 to shipping clerk earning $17 per hour, and production supervisor in February 2014 earning $27 per hour. Mr. Arnold remains employed in this position and works some overtime, is paid a shift differential, and receives matching 401(k) plan

benefits. Mr. Arnold had no matching 401(k) plan benefits from previous employers and positions over the back pay period.

It is difficult to estimate Mr. Arnold's mitigating earnings based on the information I currently have available; however, the following table summarizes the earnings history that Mr. Arnold provided for the identified back pay period, and his mitigating earnings that I have assumed for this period. Mitigating earnings have been adjusted for partial year employment in any position and assumes hourly earnings as quoted, working 40 hours per week, 52 weeks per year.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| Pre application to Amsted | Unemployed | - |
| Application – 11/2011<br>Dec 2011 | Unemployed<br>$35,000-$40,000 (yearly) | 0<br>$3,536 (annualized) |
| 2012 | n/a<br>-assumed $35,000-$40,000 | $37,500 |
| 2013 | n/a<br>-assumed $35,000-$40,000 | $37,500 |
| March 2014 – June 2014<br><br>July 2014 – Nov 2014<br>Dec 2014 | n/a<br>-assumed $35,000-$40000<br>$15-$16 per hour<br>$17 per hour | <br>$12,396 (annualized)<br>$13,343 (annualized)<br>$2,947 (annualized) |
| Jan 2014-Feb 2014<br>March 2014- Dec 2014 | $17 per hour<br>$27 per hour | $5,598 (annualized)<br>$46,800 (annualized) |
| Jan 2015- Present | $27 per hour | $56,160 per year |

Because W-2's and tax returns are not available for Mr. Arnold, mitigating earnings are estimated to be the mid-point of each range of earnings that he provided. These amounts may be supplemented as additional information becomes available regarding Mr. Arnold's work and earnings history.

*Mitigating fringe benefits over the back pay period*

Mr. Arnold indicated in his deposition testimony that he did not receive a company match to his 401(k) plan contributions with his employer Bommarito. I have further assumed that he had no available employment benefits until his current position with Challenge Manufacturing beginning March 2014. While I do not have information regarding the amount of this match, I have assumed in this report that Mr. Arnold received 3% of his earnings as an employer 401(k) plan benefit from March 2014 through the end of the back pay period. These estimates and assumptions may be updated as additional information becomes available.

*Tax Liability*

I have not yet been provided tax returns for Mr. Arnold, and because he is married, has children, and his wife has income, I cannot reliably determine his filing status and household income to

provide an estimate of his potential increased tax liability resulting from a back pay award. This portion of this analysis will be updated if Mr. Arnold's tax returns become available.

*Estimate of Loss*

Exhibit 5 - Table (a) presents estimates of Mr. Arnold's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings and benefits, and pre-judgment interest.

Based on information made available to me and the assumptions outlined in this report, Mr. Arnold's total loss, excluding any adjustment for tax liability, is estimated to be $83,514.

| Claimant: | Leon Arnold |
|---|---|
| Date of Offer of Employment: | March 4, 2011 |

Exhibit 5 - Table (a) Estimated Back Pay

| | | Projected Earnings and Benefits | | | | *times* | *equals* | *less* | *less* | *equals* | *times* | *equals* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Time Period | Year | Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | Portion of Year | Estimated Lost Income per portion of year | Mitigating Income | Mitigating Benefits | Estimated Net Loss per portion of year | Pre-judgment Interest Factor | Yearly Net Loss Adjusted for Interest |
| Past: | | | | | | | | | | | | |
| March 18, 2011 | 2011 | $45,761 | - | $2,288 | $48,049 | 0.79 | $37,772 | $3,536 | | $34,236 | 1.1757 | $40,250 |
| | 2012 | $50,654 | - | $2,533 | $53,187 | 1.00 | $53,187 | $37,500 | | $15,687 | 1.1382 | $17,855 |
| | 2013 | $8,864 | - | $443 | $9,307 | 1.00 | $9,307 | $37,500 | | $0 | 1.1020 | $0 |
| | 2014 | $38,442 | - | $1,922 | $40,364 | 1.00 | $40,364 | $28,686 | | $11,678 | 1.0669 | $12,459 |
| | 2015 | $59,513 | - | $3,571 | $63,084 | 1.00 | $63,084 | $52,398 | $1,404 | $9,282 | 1.0330 | $9,588 |
| August 22, 2016 | 2016 | $59,513 | - | $3,571 | $63,084 | 0.64 | $40,479 | $36,036 | $1,081 | $3,362 | 1.0000 | $3,362 |
| *Total:* | | $262,747 | $0 | $14,328 | $277,075 | 5.43 | $244,192 | $195,656 | $2,485 | $74,244 | | **$83,514** |

| | |
|---|---|
| *Estimated Back Pay* | **$83,514** |
| *Plus: Estimated Net Difference in Tax Liability (not included in this report)* | **-** |
| ***Total Award*** | **$83,514** |

**Exhibit 6. Richard Bates - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Bates's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Bates's application for employment with Amsted Rail: AMSTED000266.
- W-2 Wage and Tax Transcripts from years 2011-2014: EEOC-Amsted05260, 05266, 05272, 05278.
- IRS form 1040 Individual Income Tax Transcripts from years 2011-2014: EEOC-Amsted05232, 05238, 05246, 05252.
- A copy of Mr. Bates's deposition transcript dated December 3, 2015.
- Notes indicating Mr. Bates's:
  - drug screen pass: AMSTED001828,
  - nurse screen hold: AMSTED001829.
- An economic damages summary indicating Mr. Bates's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Bates had received an offer of employment from Amsted on February 22, 2011. The start of back pay is assumed to be two weeks after this date, which is March 8, 2011. No available information suggests that Mr. Bates was unable to work for any period of time from the back pay start date. Therefore, the period of time over which Mr. Bates's back pay is calculated is March 8, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report. Because Mr. Bates is married with three children and had no alternative health insurance coverage over the back pay period, the estimate of lost health insurance benefits included in this report is valued at the premium cost for family coverage.

*Mitigating wage earnings over the back pay period*
Tax returns and W-2 statements are available for Mr. Bates for years 2011-2014. The following table summarizes his record of earnings over the back pay period.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| Pre application to Amsted | Unemployed | - |
| 2011 – following application | $17,888 reported on W-2's | $17,888 |
| 2012 | $21,543 reported on W-2's | $21,543 |
| 2013 | $24,014 reported on W-2's | $24,014 |

| | | |
|---|---|---|
| 2014 | $33,789 reported on W-2's | $33,789 |
| 2015 | n/a | $33,789 |
| 2016 | n/a | $33,789 (annualized) |

Because W-2's and tax returns are not yet available for Mr. Bates for 2015 and 2016, and because he had recently begun a new part-time job in early October 2015 with the hope of becoming employed full time with some benefits, for the purpose of this report I have held Mr. Bates's earnings constant at the 2014 level for 2015 and 2016, and assume he had no mitigating benefits throughout the back pay period. It is uncertain how many hours Mr. Bates may work in his part time position, or when or if he may become employed full time, or if there would be a wage increase associated with a move to full time employment. Mr. Bates's assumed mitigating earnings for 2015 and 2016 may need to be revised as additional information becomes available.

*Mitigating fringe benefits over the back pay period*

Mr. Bates states in his deposition that he did not receive regular employment benefits over the period prior to his deposition in December 2015. While his current employer may offer employment benefits, I have no information regarding these benefits or when they could be assumed to begin. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Bates over the period 2011 through the date of trial.

*Tax Liability*

An adjustment for Mr. Bates's tax liability as a result of receiving an award for back pay is calculated assuming Mr. Bates's filing status is unchanged from his 2014 status. This assumes his filing status will be married filing jointly, with 5 exemptions and standard deductions. Additionally, a review of tax records for Mr. and Mrs. Bates indicate that Mrs. Bates had either little or no income each year from 2011 to 2014; based on this information, for this report I will assume that her 2016 income will be $0. The tax liability adjustment presented in this report will be updated as additional tax and wage information becomes available for Mr. Bates for 2015 and 2016.

*Estimate of Loss*

Exhibit 6 - Table (a) presents estimates of Mr. Bates's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 6 - Table (b) presents an adjustment to the back pay award to compensate Mr. Bates for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Bates's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Bates's total loss is estimated to be $202,529.

| | |
|---|---|
| Claimant: | Richard Bates |
| Date of Offer of Employment: | February 22, 2011 |

Exhibit 6 - Table (a) Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| March 8, 2011 | 2011 | $45,761 | $10,431 | $2,288 | $58,480 | 0.81 | $47,596 | $17,888 | $29,708 | 1.1757 | $34,927 |
| | 2012 | $50,654 | $12,395 | $2,533 | $65,582 | 1.00 | $65,582 | $21,543 | $44,039 | 1.1382 | $50,126 |
| | 2013 | $8,864 | $14,573 | $443 | $23,880 | 1.00 | $23,880 | $24,010 | $0 | 1.1020 | $0 |
| | 2014 | $38,442 | $16,864 | $1,922 | $57,228 | 1.00 | $57,228 | $33,789 | $23,439 | 1.0669 | $25,007 |
| | 2015 | $59,513 | $16,881 | $3,571 | $79,965 | 1.00 | $79,965 | $33,789 | $46,176 | 1.0330 | $47,700 |
| August 22, 2016 | 2016 | $59,513 | $17,611 | $3,571 | $80,695 | 0.64 | $51,779 | $21,681 | $30,098 | 1.0000 | $30,098 |
| *Total:* | | $262,747 | $88,755 | $14,328 | $365,830 | 5.46 | $326,030 | $152,700 | $173,460 | | **$187,858** |

| | |
|---|---|
| *Estimated Back Pay* | **$187,858** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$14,671** |
| ***Total Award*** | **$202,529** |

Exhibit 6 - Table (b) Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| March 8, 2011 | 2011 | $37,244 | $3,775 | $2,104 | $17,888 | $0 | $1,011 |
| | 2012 | $50,654 | $6,256 | $2,862 | $21,543 | $0 | $1,217 |
| | 2013 | $8,864 | $0 | $678 | $24,010 | $0 | $1,837 |
| | 2014 | $38,442 | $3,790 | $2,941 | $33,789 | $164 | $2,585 |
| | 2015 | $59,513 | $8,097 | $4,553 | $33,789 | $119 | $2,585 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $209,539 | $36,458 | $10,385 |
| *Total:* | | $232,905 | $25,630 | $16,059 | $340,558 | $36,741 | $19,620 |
| | | Estimated Total Tax Liability | | $16,059 | Estimated Total Tax Liability | | $19,620 |
| | | | | $25,630 | | | $36,741 |
| | | | | $41,689 | | | $56,361 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $56,361 |
| *Tax Liability on Projected Earnings* | -$41,689 |
| ***Estimated Net Difference in Tax Liability*** | **$14,671** |

**Exhibit 7. Kerry Billingsley - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Billingsley's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Billingsley's application for employment with Amsted Rail: AMSTED000290.
- Notes indicating Mr. Billingsley's:
  - date of physical hold on employment: AMSTED001904.
- An economic damages summary indicating Mr. Billingsley's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Billingsley had received an offer of employment from Amsted on April 11, 2011. The start of back pay is assumed to be two weeks after this date, which is April 25, 2011. No available information suggests that Mr. Billingsley was unable to work for any period of time from the back pay start date, therefore, the period of time over which Mr. Billingsley's back pay is calculated is April 11, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
Tax returns and W-2 statements are not available for Mr. Billingsley, but he did provide an estimate of his earnings to the EEOC. The following table summarizes the earnings history that Mr. Billingsley provided for the identified back pay period.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| Pre application to Amsted | Employed: $9.75/hour | - |
| 2011 – following application | $9.75/hr, 40 hrs/wk | $14,674 |
| Jan 2012 – July 2012 | $9.75/hr, 40 hrs/wk | $11,830 |
| Aug 2012 – December 2012 | $14.14/hr, 40 hrs/wk | $12,255 |
| 2013 | $14.14/hr, 40 hrs/wk | $29,411 |
| 2014 | $14.14/hr, 40 hrs/wk | $29,411 |
| 2015 | $14.14/hr, 40 hrs/wk | $29,411 |
| 2016 | $14.14/hr, 40 hrs/wk | $18,872 |

Because W-2's and tax returns are not available for Mr. Billingsley, mitigated earnings are estimated to be equal to his hourly wage at full employment of 40 hours per week, with no overtime. 2016

earnings only included expected mitigating earnings over the back pay period ending August 22, 2016. These amounts may be supplemented as additional information becomes available regarding Mr. Billingsley's work and earnings history.

*Mitigating fringe benefits over the back pay period*

The only information I have received concerning Mr. Billingsley's mitigating fringe benefits over the back pay period is that he does have a 401(k) plan with his current employer. Because I have no information regarding the company match that his employer offers or when Mr. Billingsley became eligible for this benefit, for the purpose of this report I have not included the value of this mitigating employment benefit. This aspect of Mr. Billingsley's mitigating earnings may also have to be revised if additional information becomes available.

*Tax Liability*

While I have not been provided tax returns for Mr. Billingsley, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*

Exhibit 7 - Table (a) presents estimates of Mr. Billingsley's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 7 - Table (b) presents an adjustment to the back pay award to compensate Mr. Billingsley for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Billingsley's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Billingsley's total loss is estimated to be $169,672.

| | |
|---|---|
| Claimant: | Kerry Billingsley |
| Date of Offer of Employment: | April 11, 2011 |

Exhibit 7 - Table (a) Estimated Back Pay

| | | Projected Earnings and Benefits | | | | *times* | *equals* | *less* | *equals* | *times* | *equals* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Time Period | Year | Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | Portion of Year | Estimated Lost Income per portion of year | Mitigating Income | Estimated Net Loss per portion of year | Pre-judgment Interest Factor | Yearly Net Loss Adjusted for Interest |
| Past: | | | | | | | | | | | |
| April 25, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.68 | $35,453 | $14,674 | $20,779 | 1.1757 | $24,430 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $24,085 | $33,595 | 1.1382 | $38,239 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $29,411 | $0 | 1.1020 | $0 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $29,411 | $16,585 | 1.0669 | $17,694 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $29,411 | $39,330 | 1.0330 | $40,628 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $18,872 | $25,401 | 1.0000 | $25,401 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.33 | $266,674 | $145,864 | $135,690 | | **$146,391** |

| | |
|---|---|
| *Estimated Back Pay* | **$146,391** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$23,280** |
| ***Total Award*** | **$169,672** |

Exhibit 7 - Table (b) Estimated Difference in Tax Liability

| | | Projected Earnings per Portion of Year | | | Mitigating Earnings & Award per Portion of Year | | |
|---|---|---|---|---|---|---|---|
| Time Period | Year | Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
| Past: | | | | | | | |
| April 25, 2011 | 2011 | $31,270 | $3,775 | $1,767 | $14,674 | $517 | $829 |
| | 2012 | $50,654 | $6,256 | $2,862 | $24,085 | $1,715 | $1,361 |
| | 2013 | $8,864 | $0 | $678 | $29,411 | $2,465 | $2,250 |
| | 2014 | $38,442 | $3,790 | $2,941 | $29,411 | $2,435 | $2,250 |
| | 2015 | $59,513 | $8,097 | $4,553 | $29,411 | $2,405 | $2,250 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $165,263 | $36,412 | $9,743 |
| *Total:* | | $226,931 | $25,630 | $15,722 | $292,255 | $45,949 | $18,683 |
| | | Estimated Total Tax Liability | | $15,722 | Estimated Total Tax Liability | | $18,683 |
| | | | | $25,630 | | | $45,949 |
| | | | | $41,352 | | | $64,632 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $64,632 |
| *Tax Liability on Projected Earnings* | -$41,352 |
| ***Estimated Net Difference in Tax Liability*** | **$23,280** |

**Exhibit 8. Robert Blaylock - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Blaylock's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Blaylock's application for employment with Amsted Rail: AMSTED000012.
- Notes indicating Mr. Blaylock's:
  - drug screen pass: AMSTED001910,
  - nurse screen pass: AMSTED001912, and
  - date of physical hold on employment: AMSTED001913.
- An economic damages summary indicating Mr. Blaylock's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Blaylock had received an offer of employment from Amsted on July 15, 2011. The start of back pay is assumed to be two weeks after this date, which is July 29, 2011. No available information suggests that Mr. Blaylock was unable to work for any period of time from the back pay start date, therefore, the period of time over which Mr. Blaylock's back pay is calculated is July 29, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
Tax returns and W-2 statements are not available for Mr. Blaylock, but he did provide an estimate of his earnings to the EEOC. The following table summarizes the earnings history that Mr. Blaylock provided for the identified back pay period.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| 2011<br>Jan 2011-Oct 2011 | $20,000 per year (barber)<br>$10/hr, 40-50 hrs/wk (moving) | $8,445<br>$5,980 |
| 2012<br>March 12 – Dec 2012 | $20,000 per year (barber)<br>$12/hr, 40-50 hrs/wk (driver) | $20,000<br>$23,400 |
| 2013 | $12/hr, 40-50 hrs/wk (driver) | $28,080 |
| 2014 | $12/hr, 40-50 hrs/wk (driver) | $28,080 |
| Jan 2015-June 2015 | $12/hr, 40-50 hrs/wk (driver) | $28,080 |
| June 2015 – Present | $12/hr, 40-50 hrs/wk (driver) | $18,018 |

Because W-2's and tax returns are not available for Mr. Blaylock, it is assumed that he worked 45 hours per week at the wages rates he reported. Mitigating earnings are adjusted for the beginning and end of the back pay period, and include only estimated partial year earnings for 2011 and 2016. These amounts may be supplemented as additional information becomes available regarding Mr. Blaylock's work and earnings history.

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Blaylock may have received over the back pay period. However, with his work history it is unlikely that Mr. Blaylock did receive any benefits of this type. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Blaylock over the period 2011 through the date of trial.

*Tax Liability*
While I have not been provided tax returns for Mr. Blaylock, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*
Exhibit 8 - Table (a) presents estimates of Mr. Blaylock's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 8 - Table (b) presents an adjustment to the back pay award to compensate Mr. Blaylock for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Blaylock's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Blaylock's total loss is estimated to be $129,170.

Claimant: Robert Blaylock
Date of Offer of Employment: July 15, 2011

Exhibit 8 - Table (a) Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| July 29, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.42 | $21,906 | $14,425 | $7,481 | 1.1757 | $8,795 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $43,400 | $14,280 | 1.1382 | $16,254 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $28,080 | $0 | 1.1020 | $0 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $28,080 | $17,916 | 1.0669 | $19,114 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $28,080 | $40,661 | 1.0330 | $42,003 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $18,018 | $26,255 | 1.0000 | $26,255 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.06 | $253,127 | $160,083 | $106,593 | | **$112,421** |

| | |
|---|---|
| *Estimated Back Pay* | **$112,421** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$16,749** |
| ***Total Award*** | **$129,170** |

Exhibit 8 - Table (b) Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| July 29, 2011 | 2011 | $19,321 | $3,775 | $1,092 | $14,425 | $493 | $815 |
| | 2012 | $50,654 | $6,256 | $2,862 | $43,400 | $4,613 | $2,452 |
| | 2013 | $8,864 | $0 | $678 | $28,080 | $2,266 | $2,148 |
| | 2014 | $38,442 | $3,790 | $2,941 | $28,080 | $2,236 | $2,148 |
| | 2015 | $59,513 | $8,097 | $4,553 | $28,080 | $2,206 | $2,148 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $130,439 | $26,662 | $9,238 |
| *Total:* | | $214,982 | $25,630 | $15,047 | $272,504 | $38,476 | $18,950 |
| | | Estimated Total Tax Liability | | $15,047 | Estimated Total Tax Liability | | $18,950 |
| | | | | $25,630 | | | $38,476 |
| | | | | $40,677 | | | $57,426 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $57,426 |
| *Tax Liability on Projected Earnings* | -$40,677 |
| ***Estimated Net Difference in Tax Liability*** | **$16,749** |

**Exhibit 9. Gregory Brown - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Brown's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Brown's application for employment with Amsted Rail: AMSTED000313.
- A copy of Mr. Brown's Deposition Transcript.
- W-2 Wage and Tax Statements from years 2011-2013: EEOC-Amsted04418, 04419, 04420, 04421, 04423.
- Form 1099-G from year 2011: EEOC-Amsted 04418.
- IRS Form 1040 Individual Income Tax Transcripts from years 2011-2013: EEOC-Amsted05224, 05226, 05229.
- Gregory Brown's Medical Bills and Insurance Statements: EEOC-Amsted04424.
- Notes indicating Mr. Brown's:
  - drug screen pass: AMSTED001914,
  - nurse screen pass: AMSTED001915, and
  - date of physical hold on employment: AMSTED001917.
- An economic damages summary indicating Mr. Brown's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Brown had received an offer of employment from Amsted on August 9, 2011. The start of back pay is assumed to be two weeks after this date, which is August 23, 2011. Additionally, Mr. Brown underwent voluntary surgery in May 2012 and was unable to work for approximately 3-5 months. It is assumed in this report that Mr. Brown was unable to work for 4 months of 2012 and the back pay period is adjusted to reflect this period when Mr. Brown was out of the labor force. The period of time over which Mr. Brown's back pay is calculated is August 23, 2011 through August 22, 2016, excluding a 4-month period in 2012.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report. Mr. Brown did state in his deposition that he was covered by his wife's health insurance. I do not have information to determine if this health insurance is comparable to the insurance offered by Amsted Rail, or at what time Mr. Brown became covered by his wife's policy; however, in this report I have assumed that no health insurance benefits have been lost by Mr. Brown over the back pay period. Additionally, Mr. Brown reported that he earns various forms of retirement savings with his union employment; until more information is provided regarding the nature of these benefits and the comparability to those offered by Amsted Rail, this element of fringe benefits is also not included in this report. These assumptions may be amended if additional information becomes available.

*Mitigating wage earnings over the back pay period*
Tax returns and W-2 statements are available for Mr. Brown for 2011-2013. A summary of Mr. Brown's earnings over this period appears in the following table.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| Pre application to Amsted | Unemployed | - |
| 2011 – following application | $16,680 | $16,680 |
| 2012 | Period unemployed & unable to work for 4 mo. -W-2: $504 | $504 |
| 2013 | Various Employers: -Total W-2's: $21,069 | $21,069 |
| Jan 2014 – Aug 2014<br>Oct 2014 - Dec 2014 | $23.90/hr, 60 hrs/wk.<br>$23.90/hr, 60 hrs/wk | $43498<br>$18,642 |
| Jan 2015 - March 2015<br>March 2015 – Dec 2015 | $23.90/hr, 50 hrs/wk<br>Assume unchanged | $15,535<br>$46,605 |
| 2016 | Assume unchanged | $39,873 |

Because W-2's and tax returns are not yet available for Mr. Brown for 2015, his earnings for that year are estimated based on his January – March 2015 earnings. This annualized rate is held constant in 2016, but is adjusted for the end of the back pay period, which is August 22, 2016. mitigated earnings are estimated to be the mid-point of each range of earnings that he provided. These amounts may be supplemented as additional information becomes available regarding Mr. Brown's work and earnings history.

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Brown may have received over the back pay period, other than what he reported in his deposition testimony. If further information is made available regarding the comparability of Mr. Brown's projected benefits with Amsted Rail and mitigating benefits this element of loss will then be included in this analysis of loss.

*Tax Liability*
Because I do not yet have Mr. Brown's 2014 or 2015 W-2's or tax returns, and because Mr. Brown was married and filed taxes jointly with his wife, it is not possible from the information I have available to determine Mr. Brown's estimated tax liability on an award of back pay. The level of Mr. and Mrs. Brown's estimated earnings in 2016 could alter this calculation significantly; therefore, this estimate will not be included in the current report, but will be updated when additional information is received.

*Estimate of Loss*
Exhibit 9 - Table (a) presents estimates of Mr. Brown's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest.

Based on information made available to me and the assumptions outlined in this report, Mr. Brown's total loss is estimated to be $38,024.

| | |
|---|---|
| Claimant: | Gregory Brown |
| Date of Offer of Employment: | August 9, 2011 |

Exhibit 9 - Table (a) Estimated Back Pay

| | | Projected Earnings and Benefits | | | | *times* | *equals* | *less* | *equals* | *times* | *equals* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Time Period | Year | Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | Portion of Year | Estimated Lost Income per portion of year | Mitigating Income | Estimated Net Loss per portion of year | Pre-judgment Interest Factor | Yearly Net Loss Adjusted for Interest |
| Past: | | | | | | | | | | | |
| August 23, 2011 | 2011 | $45,761 | - | - | $45,761 | 0.36 | $16,271 | $16,680 | $0 | 1.1757 | $0 |
| | 2012 | $50,654 | - | - | $50,654 | 0.67 | $33,910 | $504 | $33,406 | 1.1382 | $38,024 |
| | 2013 | $8,864 | - | - | $8,864 | 1.00 | $8,864 | $21,069 | $0 | 1.1020 | $0 |
| | 2014 | $38,442 | - | - | $38,442 | 1.00 | $38,442 | $62,140 | $0 | 1.0669 | $0 |
| | 2015 | $59,513 | - | - | $59,513 | 1.00 | $59,513 | $62,140 | $0 | 1.0330 | $0 |
| August 22, 2016 | 2016 | $59,513 | - | - | $59,513 | 0.64 | $38,188 | $39,873 | $0 | 1.0000 | $0 |
| *Total:* | | $262,747 | $0 | $0 | $262,747 | 4.67 | $195,187 | $202,406 | $33,406 | | **$38,024** |

| | |
|---|---|
| *Estimated Back Pay* | **$38,024** |
| *Plus: Estimated Net Difference in Tax Liability (not included in this report)* | **-** |
| ***Total Award*** | **$38,024** |

**Exhibit 10. Jamal Brown - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Brown's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Brown's application for employment with Amsted Rail, AMSTED000336.
- Notes indicating Mr. Brown's:
  - drug screen pass: AMSTED001830,
  - nurse screen pass: AMSTED001831, and
  - date of physical hold on employment: AMSTED001879
- An economic damages summary indicating Mr. Brown's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Brown had received an offer of employment from Amsted on February 23, 2011. The start of back pay is assumed to be two weeks after this date, which is March 9, 2011. No available information suggests that Mr. Brown was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Brown's back pay is calculated is March 9, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
No W-2's or tax returns were available for Mr. Brown, however, he did describe his earnings over the back pay period to the EEOC. A summary of this information, and the assumptions I have used to estimated Mr. Brown's mitigating earnings is as follows:

2011 – no earnings information is available
2012 - employed between January 2012 and April 2012
- $8.50/hr. (assumed 40 hours per week during this period)

2013 - self-employed as an auto mechanic until the present time
- no earnings information available at this time

Based on this information, the following table presents the mitigating earnings that I have used in this report to estimate Mr. Brown's loss over the back pay period.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| 2011 | n/a | $0 |
| 2012 | $8.50 per hour | $4,420 |
| 2013 | self-employed | $0 |
| 2014 | self-employed | $0 |
| 2015 | self-employed | $0 |
| 2016 | self-employed | $0 |

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Brown may have received over the back pay period. However, with his work history it is unlikely that Mr. Brown did receive any benefits of this type. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Brown over the period 2011 through the date of trial.

*Tax Liability*
While I have not been provided tax returns for Mr. Brown, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*
Exhibit 10 - Table (a) presents estimates of Mr. Brown's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 10 - Table (b) presents an adjustment to the back pay award to compensate Mr. Brown for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Brown's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Brown's total loss is estimated to be $336,559.

Claimant: Jamal Brown
Date of Offer of Employment: February 23, 2011

Exhibit 10 - Table (a) Estimated Back Pay

| | | Projected Earnings and Benefits | | | | *times* | *equals* | *less* | *equals* | *times* | *equals* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Time Period | Year | Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | Portion of Year | Estimated Lost Income per portion of year | Mitigating Income | Estimated Net Loss per portion of year | Pre-judgment Interest Factor | Yearly Net Loss Adjusted for Interest |
| Past: | | | | | | | | | | | |
| March 9, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.81 | $42,083 | $0 | $42,083 | 1.1757 | $49,476 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $4,420 | $53,260 | 1.1382 | $60,622 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $0 | $14,531 | 1.1020 | $16,013 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $0 | $45,996 | 1.0669 | $49,072 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $0 | $68,741 | 1.0330 | $71,009 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $0 | $44,273 | 1.0000 | $44,273 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.45 | $273,304 | $4,420 | $268,884 | | **$290,465** |

| | |
|---|---|
| *Estimated Back Pay* | **$290,465** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$46,093** |
| ***Total Award*** | **$336,559** |

Exhibit 10 - Table (b) Estimated Difference in Tax Liability

| | | Projected Earnings per Portion of Year | | | Mitigating Earnings & Award per Portion of Year | | |
|---|---|---|---|---|---|---|---|
| Time Period | Year | Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
| Past: | | | | | | | |
| March 9, 2011 | 2011 | $37,117 | $3,775 | $2,097 | $0 | $0 | $0 |
| | 2012 | $50,654 | $6,256 | $2,862 | $4,420 | $0 | $250 |
| | 2013 | $8,864 | $0 | $678 | $0 | $0 | $0 |
| | 2014 | $38,442 | $3,790 | $2,941 | $0 | $0 | $0 |
| | 2015 | $59,513 | $8,097 | $4,553 | $0 | $0 | $0 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $290,465 | $75,967 | $11,559 |
| *Total:* | | $232,778 | $25,630 | $16,052 | $294,885 | $75,967 | $11,808 |
| | | Estimated Total Tax Liability | | $16,052 | Estimated Total Tax Liability | | $11,808 |
| | | | | $25,630 | | | $75,967 |
| | | | | $41,682 | | | $87,775 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $87,775 |
| *Tax Liability on Projected Earnings* | -$41,682 |
| ***Estimated Net Difference in Tax Liability*** | **$46,093** |

**Exhibit 11. Terrance Buckley - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Buckley's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Buckley's application for employment with Amsted Rail, AMSTED000036.
- Notes indicating Mr. Buckley's:
  - drug screen pass: AMSTED001781,
  - nurse screen pass: AMSTED001782, and
  - date of physical hold on employment: AMSTED001783.
- An economic damages summary indicating Mr. Buckley's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Buckley had received an offer of employment from Amsted on November 11, 2011. The start of back pay is assumed to be two weeks after this date, which is November 25, 2011. No available information suggests that Mr. Buckley was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Buckley's back pay is calculated is November 11, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
W-2 Wage and Tax Statements and tax returns were not available for Mr. Buckley, however a description of his earnings over the back pay period that he reported to the EEOC is summarized as follows:

2011 – line worker from March 2011 through January 2012
- $9.50/hr (assumed full time employment of 40 hrs/wk over this period).

2012 - continued same employment
- $9.5/hr (assumed 40 hrs/wk for this four-week period).

No additional information was available.

Based on this information, the following table presents the mitigating earnings that I have used in this report to estimate Mr. Brown's loss over the back pay period.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
| --- | --- | --- |
| March 2011 – Jan 2012 | $9.50/hr | $2,754 |
| Jan 2012 | $9.50/hr | $1,520 |
| 2013 | n/a | $0 |
| 2014 | n/a | $0 |
| 2015 | n/a | $0 |
| 2016 | n/a | $0 |

Because W-2's and tax returns are not available for Mr. Buckley, mitigated earnings are estimated to be the mid-point of each range of earnings that he provided. These amounts may be supplemented as additional information becomes available regarding Mr. Buckley's work and earnings history.

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Buckley may have received over the back pay period. However, with his work history it is unlikely that Mr. Buckley did receive any benefits of this type. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Buckley over the period 2011 through the date of trial.

*Tax Liability*
While I have not been provided tax returns for Mr. Buckley, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*
Exhibit 11 - Table (a) presents estimates of Mr. Buckley's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 11 - Table (b) presents an adjustment to the back pay award to compensate Mr. Buckley for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Buckley's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Buckley's total loss is estimated to be $280,155.

Claimant: Terrance Buckley
Date of Offer of Employment: November 11, 2011

Exhibit 11 - Table (a) Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| November 25, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.10 | $5,188 | $2,754 | $2,434 | 1.1757 | $2,862 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $1,520 | $56,160 | 1.1382 | $63,923 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $0 | $14,531 | 1.1020 | $16,013 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $0 | $45,996 | 1.0669 | $49,072 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $0 | $68,741 | 1.0330 | $71,009 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $0 | $44,273 | 1.0000 | $44,273 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 4.74 | $236,409 | $4,274 | $232,135 | | **$247,152** |

| | |
|---|---|
| *Estimated Back Pay* | **$247,152** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$33,003** |
| ***Total Award*** | **$280,155** |

Exhibit 11 - Table (b) Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| November 25, 2011 | 2011 | $4,576 | $3,775 | $259 | $2,754 | $0 | $156 |
| | 2012 | $50,654 | $6,256 | $2,862 | $1,520 | $0 | $86 |
| | 2013 | $8,864 | $0 | $678 | $0 | $0 | $0 |
| | 2014 | $38,442 | $3,790 | $2,941 | $0 | $0 | $0 |
| | 2015 | $59,513 | $8,097 | $4,553 | $0 | $0 | $0 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $247,152 | $61,674 | $10,931 |
| *Total:* | | $200,237 | $25,630 | $14,213 | $251,426 | $61,674 | $11,172 |
| | | Estimated Total Tax Liability | | $14,213 | Estimated Total Tax Liability | | $11,172 |
| | | | | $25,630 | | | $61,674 |
| | | | | $39,843 | | | $72,846 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $72,846 |
| *Tax Liability on Projected Earnings* | -$39,843 |
| ***Estimated Net Difference in Tax Liability*** | **$33,003** |

**Exhibit 12. Justin Cade - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Cade's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Cade's application for employment with Amsted Rail: AMSTED000359.
- W-2 Wage and Tax Statements from years 2011, 2013, and 2014: EEOC-Amsted 04446, 04449, 04453.
- IRS form 1040 Individual Income Tax Returns from years 2012 and 2014: EEOC-Amsted 04447, 04450.
- Notes indicating Mr. Cade's:
  - drug screen pass: AMSTED001889,
  - nurse screen pass: AMSTED001890, and
  - date of physical hold on employment: AMSTED001896.
- An economic damages summary indicating Mr. Cade's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Cade had received an offer of employment from Amsted on March 9, 2011. The start of back pay is assumed to be two weeks after this date, which is March 23, 2011. No available information suggests that Mr. Cade was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Cade's back pay is calculated is March 23, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
Based on the W-2 Wage and Tax Statements and the tax returns provided by Mr. Cade for the back pay period and his description of his monthly earnings from 2015 through the present, the following table presents the mitigating earnings I have assumed in this report:

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| 2011 | $9,503 (W-2's) | $9,503 |
| Jan 2012 | $9,185 (tax return) | $9,185 |
| 2013 | $2,659 (W-2's) | $2,659 |
| 2014 | $23,811 (tax return) | $23,811 |
| 2015 | $6832/month | $81,984 |
| 2016 | $6832/month | $52,606 |

Mr. Cade's estimated 2016 earnings are assumed to be equal to his 2015 earnings through the date of trial, August 22, 2016.

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Cade may have received over the back pay period. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Cade over the period 2011 through the date of trial.

*Tax Liability*
To calculate the adjustment for tax liability I have assumed Mr. Cade's filing status is single with standard deductions and one exemption.

*Estimate of Loss*
Exhibit 12 - Table (a) presents estimates of Mr. Cade's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 12 - Table (b) presents an adjustment to the back pay award to compensate Mr. Cade for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Cade's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Cade's total loss is estimated to be $161,601.

| | |
|---|---|
| Claimant: | Justin Cade |
| Date of Offer of Employment: | March 9, 2011 |

**Exhibit 12 - Table (a)** Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| March 23, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.77 | $40,065 | $9,503 | $30,562 | 1.1757 | $35,931 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $9,185 | $48,495 | 1.1382 | $55,198 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $2,659 | $11,872 | 1.1020 | $13,083 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $23,811 | $22,185 | 1.0669 | $23,669 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $81,984 | $0 | 1.0330 | $0 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $52,606 | $0 | 1.0000 | $0 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.41 | $271,286 | $179,748 | $113,114 | | **$127,881** |

| | |
|---|---|
| *Estimated Back Pay* | **$127,881** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$33,720** |
| ***Total Award*** | **$161,601** |

**Exhibit 12 - Table (b)** Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| March 23, 2011 | 2011 | $35,338 | $3,775 | $1,997 | $9,503 | $0 | $537 |
| | 2012 | $50,654 | $6,256 | $2,862 | $9,185 | $0 | $519 |
| | 2013 | $8,864 | $0 | $678 | $2,659 | $0 | $203 |
| | 2014 | $38,442 | $3,790 | $2,941 | $23,811 | $1,595 | $1,822 |
| | 2015 | $59,513 | $8,097 | $4,553 | $81,984 | $13,715 | $6,272 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $180,487 | $40,675 | $9,964 |
| *Total:* | | $230,998 | $25,630 | $15,952 | $307,629 | $55,985 | $19,317 |
| | | Estimated Total Tax Liability | | $15,952 | Estimated Total Tax Liability | | $19,317 |
| | | | | $25,630 | | | $55,985 |
| | | | | $41,582 | | | $75,302 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $75,302 |
| *Tax Liability on Projected Earnings* | -$41,582 |
| ***Estimated Net Difference in Tax Liability*** | **$33,720** |

**Exhibit 13. David Cashen - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Cashen's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Cashen's application for employment with Amsted Rail.
- W-2 Wage and Tax Transcript for 2011: EEOC-Amsted 04929.
- Notes indicating Mr. Cashen's:
  - drug screen pass: AMSTED001801,
  - nurse screen pass: AMSTED001802, and
  - date of physical hold on employment: AMSTED001809.
- An economic damages summary indicating Mr. Cashen's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.
- A copy of Mr. Cashen's Deposition Testimony

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Cashen had received an offer of employment from Amsted on February 9, 2011. The start of back pay is assumed to be two weeks after this date, which is February 23, 2011. While the trial date is August 22, 2016, my understanding is that Mr. Cade was approved for Social Security Disability Insurance in July 2013. If Mr. Cashen is not able to work because of disability, July 2013 would be the end of Mr. Cashen's back pay period. Assuming disability, therefore, the period of time over which Mr. Cashen's back pay is calculated is February 23, 2011 through July 1, 2013.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
Only one W-2 for Mr. Cashen has been provided showing earnings of $1,044 in 2011. While no other mitigating earnings information is available, I have assumed that Mr. Cashen received these 2011 earnings over the relevant back pay period. While Mr. Cashen indicated he did have other employment over the back pay period, I am unable to estimate his additional earnings. The mitigating earnings I have, therefore, assumed are presented in the following table.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| 2011 | $1,044 (W-2) | $1,044 |
| 2012 | n/a | $0 |
| Jan 2013 – June 2013 | n/a | $0 |
| July 2013 | SSDI approved | $0 |

*Mitigating fringe benefits over the back pay period*

I have not been provided information regarding employment benefits Mr. Cashen may have received over the back pay period. However, with his work history it is unlikely that Mr. Cashen did receive any benefits of this type. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Cashen.

*Tax Liability*

While I have not been provided tax returns for Mr. Cashen, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*

Exhibit 13 - Table (a) presents estimates of Mr. Cashen's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 13 - Table (b) presents an adjustment to the back pay award to compensate Mr. Cashen for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Cashen's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Cashen's total loss is estimated to be $142,787.

Claimant: David Cashen
Date of Offer of Employment: February 9, 2011

Exhibit 13 - Table (a) Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| February 23, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.86 | $44,389 | $1,044 | $43,345 | 1.1757 | $50,959 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $0 | $57,680 | 1.1382 | $65,653 |
| July 1, 2013 | 2013 | $8,864 | $5,224 | $443 | $14,531 | 0.50 | $7,266 | $0 | $7,266 | 1.1020 | $8,007 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 0.00 | $0 | | $0 | 1.0669 | $0 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 0.00 | $0 | | $0 | 1.0330 | $0 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.00 | $0 | $0 | $0 | 1.0000 | $0 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 2.36 | $109,334 | $1,044 | $108,290 | | **$124,619** |

| | |
|---|---|
| *Estimated Back Pay* | **$124,619** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$18,168** |
| ***Total Award*** | **$142,787** |

Exhibit 13 - Table (b) Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| February 23, 2011 | 2011 | $39,151 | $3,775 | $2,212 | $1,044 | $0 | $59 |
| | 2012 | $50,654 | $6,256 | $2,862 | $0 | $0 | $0 |
| | 2013 | $4,432 | $0 | $339 | $0 | $0 | $0 |
| | 2014 | $0 | $0 | $0 | $0 | $0 | $0 |
| | 2015 | $0 | $0 | $0 | $0 | $0 | $0 |
| August 22, 2016 | 2016 | $0 | $0 | $0 | $124,619 | $25,032 | $8,521 |
| *Total:* | | $94,237 | $10,031 | $5,413 | $125,663 | $25,032 | $8,580 |
| | | Estimated Total Tax Liability | | $5,413 | Estimated Total Tax Liability | | $8,580 |
| | | | | $10,031 | | | $25,032 |
| | | | | $15,444 | | | $33,612 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $33,612 |
| *Tax Liability on Projected Earnings* | -$15,444 |
| ***Estimated Net Difference in Tax Liability*** | **$18,168** |

**Exhibit 14. Brandon Daugherty - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Daugherty's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Daugherty's application for employment with Amsted Rail: AMSTED000646.
- An economic damages summary indicating Mr. Daugherty's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Daugherty had received an offer of employment from Amsted on January 12, 2011. The start of back pay is assumed to be two weeks after this date, which is January 26, 2011. No available information suggests that Mr. Daugherty was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Daugherty's back pay is calculated is January 26, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
Information Mr. Daugherty provided to the EEOC suggests that he had been employed prior to applying for a position as Amsted and has continued this employment through the present. Using the hourly wage rates he stated as earning for 2012 and 2015, and assuming full time employment of 40 hours per week for all past periods, I have further assumed that his wage rate for 2011 was the same as his 2012 rate, and that this rate increased to $15.03 per hour for 2013 and 2014, which is roughly half the increase in wages that was reported for 2015. His 2016 earnings rate is assumed to be the same as his 2015 rate. Based on these assumptions the following table summarizes the mitigating earnings I have assumed Mr. Daugherty earned over the back pay period. 2011 and 2016 mitigating earnings have been adjusted for partial years beginning with the start of the back pay period and ending with the date of trial.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| 2011 | n/a | $28,375 |
| 2012 | $14.66/hr | $30,493 |
| 2013 | n/a | $31,252 |
| 2014 | n/a | $31,252 |
| 2015 | $15.39/hr | $32,011 |
| 2016 | n/a | $20,541 |

*Mitigating fringe benefits over the back pay period*

I have not been provided information regarding employment benefits Mr. Daugherty may have received over the back pay period. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Daugherty over the period 2011 through the date of trial.

*Tax Liability*

While I have not been provided tax returns for Mr. Daugherty, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*

Exhibit 14 - Table (a) presents estimates of Mr. Daugherty's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 14 - Table (b) presents an adjustment to the back pay award to compensate Mr. Daugherty for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Daugherty's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Daugherty's total loss is estimated to be $155,983.

Claimant: Brandon Daugherty
Date of Offer of Employment: January 12, 2011

Exhibit 14 - Table (a) Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| January 26, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.93 | $48,280 | $28,375 | $19,905 | 1.1757 | $23,402 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $30,493 | $27,187 | 1.1382 | $30,945 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $31,252 | $0 | 1.1020 | $0 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $31,252 | $14,744 | 1.0669 | $15,730 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $32,011 | $36,730 | 1.0330 | $37,942 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $20,541 | $23,732 | 1.0000 | $23,732 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.57 | $279,501 | $173,924 | $122,298 | | **$131,751** |

| | |
|---|---|
| *Estimated Back Pay* | **$131,751** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$24,233** |
| ***Total Award*** | **$155,983** |

Exhibit 14 - Table (b) Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| January 26, 2011 | 2011 | $42,583 | $3,775 | $2,406 | $28,375 | $2,406 | $1,603 |
| | 2012 | $50,654 | $6,256 | $2,862 | $30,493 | $2,676 | $1,723 |
| | 2013 | $8,864 | $0 | $678 | $31,252 | $2,742 | $2,391 |
| | 2014 | $38,442 | $3,790 | $2,941 | $31,252 | $2,712 | $2,391 |
| | 2015 | $59,513 | $8,097 | $4,553 | $32,011 | $2,795 | $2,449 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $152,292 | $32,781 | $9,555 |
| *Total:* | | $238,244 | $25,630 | $16,361 | $305,675 | $46,112 | $20,112 |
| | | Estimated Total Tax Liability | | $16,361 | Estimated Total Tax Liability | | $20,112 |
| | | | | $25,630 | | | $46,112 |
| | | | | $41,991 | | | $66,224 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $66,224 |
| *Tax Liability on Projected Earnings* | -$41,991 |
| ***Estimated Net Difference in Tax Liability*** | **$24,233** |

**Exhibit 15. Mark Gean - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Gean's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Gean's application for employment with Amsted Rail: AMSTED000646.
- Notes indicating Mr. Gean's:
  - drug screen pass: AMSTED001853 and
  - nurse screen pass: AMSTED001854.
- An economic damages summary indicating Mr. Gean's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Gean had received an offer of employment from Amsted on March 1, 2011. The start of back pay is assumed to be two weeks after this date, which is March 15, 2011. No available information suggests that Mr. Gean was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Gean's back pay is calculated is March 15, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
Information provided to estimate Mr. Gean's mitigating earnings over the back pay period only includes his earnings rate and approximate hours worked per week for his position with Ahren's Contracting and Demolition. Based on his employment application, Mr. Gean began working in this position after he had applied at Amsted. Without a start date I am unable to estimated Mr. Gean's mitigating earnings for 2011; however, for 2012 through the end of the back pay period I have assumed Mr. Gean's had earnings of $1735 per hour, 55 hours per week as he reported current through March 2013. These assumed mitigating earnings are presented in the following table, and will need to be updated as additional information regarding Mr. Gean's employment history becomes available.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| 2011 | n/a | $0 |
| 2012 | $17.35/hr, 55 hrs/wk | $49,621 |
| 2013 | $17.35/hr, 55 hrs/wk | $49,621 |
| 2014 | n/a | $49,621 |
| 2015 | n/a | $49,621 |
| 2016 | n/a | $31,840 |

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Gean may have received over the back pay period. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Gean over the period 2011 through the date of trial.

*Tax Liability*
While I have not been provided tax returns for Mr. Gean, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*
Exhibit 15 - Table (a) presents estimates of Mr. Gean's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 15 - Table (b) presents an adjustment to the back pay award to compensate Mr. Gean for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Gean's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Gean's total loss is estimated to be $116,526.

| | |
|---|---|
| Claimant: | Mark Gean |
| Date of Offer of Employment: | March 1, 2011 |

Exhibit 15 - Table (a) Estimated Back Pay

| | | Projected Earnings and Benefits | | | | *times* | *equals* | *less* | *equals* | *times* | *equals* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Time Period | Year | Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | Portion of Year | Estimated Lost Income per portion of year | Mitigating Income | Estimated Net Loss per portion of year | Pre-judgment Interest Factor | Yearly Net Loss Adjusted for Interest |
| Past: | | | | | | | | | | | |
| March 15, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.79 | $41,218 | $0 | $41,218 | 1.1757 | $48,459 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $49,621 | $8,059 | 1.1382 | $9,173 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $49,621 | $0 | 1.1020 | $0 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $49,621 | $0 | 1.0669 | $0 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $49,621 | $19,120 | 1.0330 | $19,751 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $31,840 | $12,433 | 1.0000 | $12,433 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.44 | $272,439 | $230,324 | $80,830 | | **$89,816** |

| | |
|---|---|
| *Estimated Back Pay* | **$89,816** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$26,710** |
| ***Total Award*** | **$116,526** |

Exhibit 15 - Table (b) Estimated Difference in Tax Liability

| | | Projected Earnings per Portion of Year | | | Mitigating Earnings & Award per Portion of Year | | |
|---|---|---|---|---|---|---|---|
| Time Period | Year | Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
| Past: | | | | | | | |
| March 15, 2011 | 2011 | $36,355 | $3,775 | $2,054 | $0 | $0 | $0 |
| | 2012 | $50,654 | $6,256 | $2,862 | $49,621 | $5,998 | $2,804 |
| | 2013 | $8,864 | $0 | $678 | $49,621 | $5,834 | $3,796 |
| | 2014 | $38,442 | $3,790 | $2,941 | $49,621 | $5,724 | $3,796 |
| | 2015 | $59,513 | $8,097 | $4,553 | $49,621 | $5,624 | $3,796 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $121,656 | $24,202 | $6,775 |
| *Total:* | | $232,015 | $25,630 | $16,009 | $320,140 | $47,382 | $20,967 |
| | | Estimated Total Tax Liability | | $16,009 | Estimated Total Tax Liability | | $20,967 |
| | | | | $25,630 | | | $47,382 |
| | | | | $41,639 | | | $68,349 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $68,349 |
| *Tax Liability on Projected Earnings* | -$41,639 |
| ***Estimated Net Difference in Tax Liability*** | **$26,710** |

**Exhibit 16. Isaac Gibson - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Gibson's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Gibson's application for employment with Amsted Rail: AMSTED000669.
- W-2 Wage and Tax Statements from years 2010, 2013, 2014: EEOC-Amsted 04455, 04456, 04457, 04458.
- W-2 Wage and Tax Transcripts from the year 2012: EEOC-Amsted 04937.
- IRS form 1040 Individual Income Tax Transcripts from the year 2013: EEOC-Amsted 04941.
- Form 1099-G for years 2010 and 2013: EEOC-Amsted 04454, 04456.
- Form 1099-G Transcript for the year 2011: EEOC-Amsted 04933.
- A copy of Mr. Gibson's Deposition Transcript
- Notes indicating Mr. Gibson's:
  - drug screen pass: AMSTED001821,
  -nurse screening hold: AMSTED001822
  - nurse screen pass: AMSTED001823, and
  - date of physical hold on employment: AMSTED001824.
- An economic damages summary indicating Mr. Gibson's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Gibson had received an offer of employment from Amsted on February 17, 2011. The start of back pay is assumed to be two weeks after this date, which is March 3, 2011. No available information suggests that Mr. Gibson was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Gibson's back pay is calculated is March 3, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
Various W-2's and tax returns were provided to estimate Mr. Gibson's earnings over the back pay period. Based on these documents, his earnings are summarized in the table below. Unfortunately, not enough information has been made available to estimate Mr. Gibson's 2011 earnings. Additionally, I am not able to determine from the available information if Mr. Gibson is currently employed. The last employment information I have is for 2014. For the purpose of this report, Mr. Gibson's earnings are assumed to be the same in 2015 and 2016 as in 2014, the last year of reported earnings that I have been provided. This assumption will need to be updated as additional information becomes available.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| 2011 | Cannot determine | $0 |
| 2012 | Based on W-2's | $1,312 |
| 2013 | Based on tax return | $21,277 |
| 2014 | Based on W-2's | $27,194 |
| 2015 | n/a | $27,194 |
| 2016 | n/a | $17,449 |

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Gibson may have received over the back pay period. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Gibson over the period 2011 through the date of trial.

*Tax Liability*
While I have not been provided tax returns for Mr. Gibson, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*
Exhibit 16 - Table (a) presents estimates of Mr. Gibson's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 16 - Table (b) presents an adjustment to the back pay award to compensate Mr. Gibson for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Gibson's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Gibson's total loss is estimated to be $237,917.

Claimant: Isaac Gibson
Date of Offer of Employment: February 17, 2011

Exhibit 16 - Table (a) Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| March 3, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.83 | $42,948 | $0 | $42,948 | 1.1757 | $50,493 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $1,312 | $56,368 | 1.1382 | $64,159 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $21,277 | $0 | 1.1020 | $0 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $27,194 | $18,802 | 1.0669 | $20,060 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $27,194 | $41,547 | 1.0330 | $42,918 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $17,449 | $26,824 | 1.0000 | $26,824 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.47 | $274,168 | $94,426 | $186,488 | | **$204,453** |

| | |
|---|---|
| *Estimated Back Pay* | **$204,453** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$33,464** |
| ***Total Award*** | **$237,917** |

Exhibit 16 - Table (b) Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| March 3, 2011 | 2011 | $37,880 | $3,775 | $2,140 | $0 | $0 | $0 |
| | 2012 | $50,654 | $6,256 | $2,862 | $1,312 | $0 | $74 |
| | 2013 | $8,864 | $0 | $678 | $21,277 | $1,245 | $1,628 |
| | 2014 | $38,442 | $3,790 | $2,941 | $27,194 | $2,103 | $2,080 |
| | 2015 | $59,513 | $8,097 | $4,553 | $27,194 | $2,073 | $2,080 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $221,902 | $53,341 | $10,565 |
| *Total:* | | $233,540 | $25,630 | $16,095 | $298,879 | $58,762 | $16,427 |
| | | Estimated Total Tax Liability | | $16,095 | Estimated Total Tax Liability | | $16,427 |
| | | | | $25,630 | | | $58,762 |
| | | | | $41,725 | | | $75,189 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $75,189 |
| *Tax Liability on Projected Earnings* | -$41,725 |
| ***Estimated Net Difference in Tax Liability*** | **$33,464** |

**Exhibit 17. Sherren Gilbert - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Gilbert's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Gilbert's application for employment with Amsted Rail: AMSTED000695.
- A copy of Mr. Gilbert's Damages Interview: EEOC-Amsted 04176.
- W-2 Wage and Tax Transcripts for the year 2014: EEOC-Amsted 05754.
- Notes indicating Mr. Gilbert's:
  - drug screen pass: AMSTED001855,
  - nurse screen pass: AMSTED001857, and
  - date of physical hold on employment: AMSTED001856.
- An economic damages summary indicating Mr. Gilbert's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Gilbert had received an offer of employment from Amsted on March 2, 2011. The start of back pay is assumed to be two weeks after this date, which is March 16, 2011. No available information suggests that Mr. Gilbert was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Gilbert's back pay is calculated is March 16, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
Earnings information for Mr. Gilbert indicates he was unemployed from March 2011 through March 2012, and again from January 2012 through early February 2013. A summary of his wage earnings for the periods he worked in 2012 and after February 2013 (assuming 40 hours worked per week) are presented in the following table. While the end date of Mr. Gilbert's employment with FMC is not known, it is assumed in this report that he worked from February 2013 through December 2013 at this job, earning $18 per hour. Additionally, Mr. Gilbert's 2014 earnings are based on available W-2's. His 2015 and 2016 earnings (adjusted to end at the date of trial) are assumed to be equal to his 2014 earnings.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| 2011 | Unemployed | $0 |
| March 2012 – Oct 2012<br>Nov 2012 – Dec 2012 | $16.75/hr, 40hrs/wk<br>$14.50/hr, 40hrs/wk | $25,350 |
| Jan 2013 – Feb 2013<br>March 2013 – Dec 2013 | Unemployed<br>$18.00/hr, 40 hrs/wk | $34,320 |
| 2014 | Based on W-2's | $29,994 |
| 2015 | n/a | $29,994 |
| 2016 | n/a | $19,246 |

*Mitigating fringe benefits over the back pay period*

I have not been provided information regarding employment benefits Mr. Gilbert may have received over the back pay period. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Gilbert over the period 2011 through the date of trial.

*Tax Liability*

While I have not been provided tax returns for Mr. Gilbert, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*

Exhibit 17 - Table (a) presents estimates of Mr. Gilbert's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 17 - Table (b) presents an adjustment to the back pay award to compensate Mr. Gilbert for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Gilbert's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Gilbert's total loss is estimated to be $199,283.

Claimant: Sherren Gilbert
Date of Offer of Employment: March 2, 2011

Exhibit 17 - Table (a) Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| March 16, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.79 | $41,074 | $0 | $41,074 | 1.1757 | $48,290 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $23,350 | $34,330 | 1.1382 | $39,075 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $34,320 | $0 | 1.1020 | $0 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $29,994 | $16,002 | 1.0669 | $17,072 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $29,994 | $38,747 | 1.0330 | $40,025 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $19,246 | $25,027 | 1.0000 | $25,027 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.43 | $272,295 | $136,904 | $155,180 | | **$169,490** |

| | |
|---|---|
| *Estimated Back Pay* | **$169,490** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$29,794** |
| ***Total Award*** | **$199,283** |

Exhibit 17 - Table (b) Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| March 16, 2011 | 2011 | $36,227 | $3,775 | $2,047 | $0 | $0 | $0 |
| | 2012 | $50,654 | $6,256 | $2,862 | $23,350 | $1,605 | $1,319 |
| | 2013 | $8,864 | $0 | $678 | $34,320 | $3,202 | $2,625 |
| | 2014 | $38,442 | $3,790 | $2,941 | $29,994 | $2,523 | $2,295 |
| | 2015 | $59,513 | $8,097 | $4,553 | $29,994 | $2,493 | $2,295 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $188,736 | $42,985 | $10,084 |
| *Total:* | | $231,888 | $25,630 | $16,002 | $306,394 | $52,808 | $18,618 |
| | | Estimated Total Tax Liability | | $16,002 | Estimated Total Tax Liability | | $18,618 |
| | | | | $25,630 | | | $52,808 |
| | | | | $41,632 | | | $71,426 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $71,426 |
| *Tax Liability on Projected Earnings* | -$41,632 |
| ***Estimated Net Difference in Tax Liability*** | **$29,794** |

**Exhibit 18. Delarrian Harmon - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Harmon's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Harmon's application for employment with Amsted Rail: AMSTED000724.
- Notes indicating Mr. Harmon's:
  - drug screen pass: AMSTED001858,
  - nurse screen pass: AMSTED001859, and
  - date of physical hold on employment: AMSTED001868.
- An economic damages summary indicating Mr. Harmon's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Harmon had received an offer of employment from Amsted on March 2, 2011. The start of back pay is assumed to be two weeks after this date, which is March 16, 2011. No available information suggests that Mr. Harmon was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Harmon's back pay is calculated is March 16, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*

Earnings information for Mr. Harmon indicates he was unemployed until March 2011, approximately when he applied for a position with Amsted Rail. His W-2 and other reported income for 2011 are, therefore, not adjusted for the partial year preceding his offer for employment from Amsted. His mitigating earnings for 2012, 2013 and 2014 are based on his W-2 Wage and Tax Statements from these years, and his 2015 and 2016 partial year earnings are assumed to be unchanged from his 2014 earnings. The following table summarizes Mr. Harmon's mitigating earnings that I have used in this report.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| March 2011 - May 2011 | $12/hr, 40 hrs/wk<br>$12,029 (W-2) | $16,190 |
| 2012 | $26,507 (W-2) | $26,507 |
| 2013 | $26,653 (W-2) | $26,653 |
| 2014 | $20,347 (W-2) | $20,347 |
| 2015 | n/a | $20,347 |
| 2016 | n/a | $20,347 |

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Harmon may have received over the back pay period. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Harmon over the period 2011 through the date of trial.

*Tax Liability*
While I have not been provided tax returns for Mr. Harmon, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*
Exhibit 18 - Table (a) presents estimates of Mr. Harmon's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 18 - Table (b) presents an adjustment to the back pay award to compensate Mr. Harmon for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Harmon's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Harmon's total loss is estimated to be $198,520.

Claimant: Delarrian Harmon
Date of Offer of Employment: March 2, 2011

Exhibit 18 - Table (a) Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| March 16, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.79 | $41,074 | $16,190 | $24,884 | 1.1757 | $29,256 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $26,507 | $31,173 | 1.1382 | $35,482 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $26,653 | $0 | 1.1020 | $0 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $20,347 | $25,649 | 1.0669 | $27,364 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $20,347 | $48,394 | 1.0330 | $49,991 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $13,056 | $31,217 | 1.0000 | $31,217 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.43 | $272,295 | $123,100 | $161,317 | | **$173,310** |

| | |
|---|---|
| *Estimated Back Pay* | **$173,310** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$25,211** |
| ***Total Award*** | **$198,520** |

Exhibit 18 - Table (b) Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| March 16, 2011 | 2011 | $36,227 | $3,775 | $2,047 | $16,190 | $669 | $915 |
| | 2012 | $50,654 | $6,256 | $2,862 | $26,507 | $2,079 | $1,498 |
| | 2013 | $8,864 | $0 | $678 | $26,653 | $2,038 | $2,039 |
| | 2014 | $38,442 | $3,790 | $2,941 | $20,347 | $1,076 | $1,557 |
| | 2015 | $59,513 | $8,097 | $4,553 | $20,347 | $1,046 | $1,557 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $186,366 | $42,321 | $10,049 |
| *Total:* | | $231,888 | $25,630 | $16,002 | $296,410 | $49,229 | $17,614 |
| | | Estimated Total Tax Liability | | $16,002 | Estimated Total Tax Liability | | $17,614 |
| | | | | $25,630 | | | $49,229 |
| | | | | $41,632 | | | $66,843 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $66,843 |
| *Tax Liability on Projected Earnings* | -$41,632 |
| ***Estimated Net Difference in Tax Liability*** | **$25,211** |

Exhibit 19. Aaron Harvey - Individual Claimant Losses

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Harvey's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Harvey's application for employment with Amsted Rail: AMSTED000782.
- W-2 Wage and Tax Statements for years 2011-2014: EEOC-Amsted 04459.
- Copies of Mr. Harvey's paystubs from years 2014-2015: EEOC-Amsted 04466, 04476.
- Notes indicating Mr. Harvey's:
  - nurse screen pass: AMSTED001891, and
  - date of physical hold on employment: AMSTED001894.
- An economic damages summary indicating Mr. Harvey's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Harvey had received an offer of employment from Amsted on February 23, 2011. The start of back pay is assumed to be two weeks after this date, which is March 9, 2011. No available information suggests that Mr. Harvey was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Harvey's back pay is calculated is March 9, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
Mr. Harvey's mitigating earnings were determined from various W-2's and paystubs that he provided for 2011 through May 2015. Mr. Harvey's earnings are summarized in the following table based on this information. It should be noted that Mr. Harvey's December 24-31, 2014 earnings are included with his 2015 earnings. Also, no information is available regarding Mr. Harvey's earnings after May2015. For the purpose of this report Mr. Harvey is assumed to have no earnings after this date.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| 2011 | Various W-2's | $27,238 |
| 2012 | Various W-2's | $5,384 |
| 2013 | Various W-2's | $25,006 |
| 2014 | Paystubs | $3,687 |
| Dec 24-31 2014<br>Jan 2015 – May 2015 | Paystubs | $13,412 |
| 2016 | n/a | $0 |

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Harvey may have received over the back pay period. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Harvey over the period 2011 through the date of trial.

*Tax Liability*
While I have not been provided tax returns for Mr. Harvey, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*
Exhibit 19 - Table (a) presents estimates of Mr. Harvey's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 19 - Table (b) presents an adjustment to the back pay award to compensate Mr. Harvey for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Harvey's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Harvey's total loss is estimated to be **$255,752.**

Claimant: Aaron Harvey
Date of Offer of Employment: February 23, 2011

Exhibit 19 - Table (a) Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| March 9, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.81 | $42,083 | $27,238 | $14,845 | 1.1757 | $17,453 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $5,384 | $52,296 | 1.1382 | $59,525 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $25,006 | $0 | 1.1020 | $0 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $3,687 | $42,309 | 1.0669 | $45,139 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $13,410 | $55,331 | 1.0330 | $57,157 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $0 | $44,273 | 1.0000 | $44,273 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.45 | $273,304 | $74,725 | $209,053 | | **$223,546** |

| | |
|---|---|
| *Estimated Back Pay* | **$223,546** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$32,206** |
| ***Total Award*** | **$255,752** |

Exhibit 19 - Table (b) Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| March 9, 2011 | 2011 | $37,117 | $3,775 | $2,097 | $27,238 | $2,236 | $1,539 |
| | 2012 | $50,654 | $6,256 | $2,862 | $5,384 | $0 | $304 |
| | 2013 | $8,864 | $0 | $678 | $25,006 | $1,805 | $1,913 |
| | 2014 | $38,442 | $3,790 | $2,941 | $3,687 | $0 | $282 |
| | 2015 | $59,513 | $8,097 | $4,553 | $13,410 | $311 | $1,026 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $223,546 | $53,884 | $10,588 |
| *Total:* | | $232,778 | $25,630 | $16,052 | $298,271 | $58,236 | $15,652 |
| | | Estimated Total Tax Liability | | $16,052 | Estimated Total Tax Liability | | $15,652 |
| | | | | $25,630 | | | $58,236 |
| | | | | $41,682 | | | $73,888 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $73,888 |
| *Tax Liability on Projected Earnings* | -$41,682 |
| ***Estimated Net Difference in Tax Liability*** | **$32,206** |

**Exhibit 20. Michael Henderson - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Henderson's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Notes indicating Mr. Henderson's:
  - drug screen pass: AMSTED001840,
  - nurse screen hold: AMSTED001841, and
  - nurse screen pass: AMSTED001849.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

The date Mr. Henderson received an offer of employment from Amsted has not been provided to me as of the date of this report. However, records indicate a nurse screen hold was placed on February 23, 2011. The start of back pay is assumed to be two weeks after this date, which is March 9, 2011. No available information suggests that Mr. Henderson was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Henderson's back pay is calculated is March 9, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
No information has been provided to me regarding Mr. Henderson's mitigating earnings over the back pay period. For the purpose of this report he is assumed to have no mitigating earnings from the date of offer of employment from Amsted through the date of trial.

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Henderson may have received over the back pay period. However, with his work history it is unlikely that Mr. Henderson did receive any benefits of this type. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Henderson over the period 2011 through the date of trial.

*Tax Liability*
While I have not been provided tax returns for Mr. Henderson, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*
Exhibit 20 - Table (a) presents estimates of Mr. Henderson's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 20 - Table (b) presents an adjustment to the back pay award to

compensate Mr. Henderson for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Henderson's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Henderson's total loss is estimated to be $265,446.

Claimant: Michael Henderson
Date of Offer of Employment: February 23, 2011

Exhibit 20 - Table (a) Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| March 9, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.81 | $42,083 | $0 | $42,083 | 1.1757 | $49,476 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $0 | $57,680 | 1.1382 | $65,653 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $0 | $14,531 | 1.1020 | $16,013 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $0 | $45,996 | 1.0669 | $49,072 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $0 | $68,741 | 1.0330 | $71,009 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $0 | $44,273 | 1.0000 | $44,273 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.45 | $273,304 | $0 | $273,304 | | **$295,496** |

| | |
|---|---|
| *Estimated Back Pay* | **$295,496** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **-$30,050** |
| ***Total Award*** | **$265,446** |

Exhibit 20 - Table (b) Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| March 9, 2011 | 2011 | $37,117 | $3,775 | $2,097 | $0 | $0 | $0 |
| | 2012 | $50,654 | $6,256 | $2,862 | $0 | $0 | $0 |
| | 2013 | $8,864 | $0 | $678 | $0 | $0 | $0 |
| | 2014 | $38,442 | $3,790 | $2,941 | $0 | $0 | $0 |
| | 2015 | $59,513 | $8,097 | $4,553 | $0 | $0 | $0 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $295,496 | $0 | $11,632 |
| *Total:* | | $232,778 | $25,630 | $16,052 | $295,496 | $0 | $11,632 |
| | | Estimated Total Tax Liability | | $16,052 | Estimated Total Tax Liability | | $11,632 |
| | | | | $25,630 | | | $0 |
| | | | | $41,682 | | | $11,632 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $11,632 |
| *Tax Liability on Projected Earnings* | -$41,682 |
| ***Estimated Net Difference in Tax Liability*** | **-$30,050** |

**Exhibit 21. Torrence Henderson - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Henderson's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Henderson's application for employment with Amsted Rail: AMSTED000814.
- W-2 Wage and Tax Statements for years 2012-2014: EEOC-Amsted 04479, EEOC-04480, EEOC-Amsted 04481.
- Notes indicating Mr. Henderson's:
  - drug screen pass: AMSTED001905,
  - nurse screen pass: AMSTED001906, and
  - date of physical hold on employment: AMSTED001907.
- An economic damages summary indicating Mr. Henderson's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Henderson had received an offer of employment from Amsted on April 26, 2011. The start of back pay is assumed to be two weeks after this date, which is May 10, 2011. No available information suggests that Mr. Henderson was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Henderson's back pay is calculated is May 10, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
Various W-2 Wage and Tax statements were provided for Mr. Henderson's earnings over the back pay period, as well as hourly earnings rates for his employment in 2011 and early 2012. Earnings quoted at an hourly rate are assumed for full time employment of 40 hours per week. Additionally, Mr. Henderson's earnings for 2015 and 2016 are assumed to be equal to his 2014 W-2 earnings, adjusted by the growth rate from 2014 to 2015 of *Median Usual Weekly Earnings* of wage and salary workers employed full time, all industries, all occupations (Series Id: LES1252881500, LEU0252881500). This growth rate is 3.3%, and can be found at the Bureau of Labor Statistics Current Population Survey website: http://www.bls.gov/cps/. These mitigating earnings are summarized in the table below.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| August 2011 – Dec 2011 | $13/hr, 40hrs/wk | $11,267 |
| Jan 1/2012 – Jan 27/2012<br>2012 | $13.90<br>W-2 | $2,088<br>$33,350 |
| 2013 | W-2 | $38,585 |
| 2014 | W-2 | $46,936 |
| 2015 | n/a | $48,345 |
| 2016 | n/a | $31,021 |

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Henderson may have received over the back pay period. However, with his work history it is unlikely that Mr. Henderson did receive any benefits of this type. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Henderson over the period 2011 through the date of trial.

*Tax Liability*
While I have not been provided tax returns for Mr. Henderson, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*
Exhibit 21 - Table (a) presents estimates of Mr. Henderson's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 21 - Table (b) presents an adjustment to the back pay award to compensate Mr. Henderson for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Henderson's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Henderson's total loss is estimated to be $114,886.

Claimant: Torrence Henderson
Date of Offer of Employment: April 26, 2011

Exhibit 21 - Table (a) Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| May 10, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.64 | $33,292 | $11,267 | $22,025 | 1.1757 | $25,894 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $35,438 | $22,242 | 1.1382 | $25,316 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $38,585 | $0 | 1.1020 | $0 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $46,936 | $0 | 1.0669 | $0 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $48,345 | $20,396 | 1.0330 | $21,069 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $21,021 | $23,252 | 1.0000 | $23,252 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.28 | $264,512 | $201,592 | $87,914 | | **$95,531** |

| | |
|---|---|
| *Estimated Back Pay* | **$95,531** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$19,355** |
| ***Total Award*** | **$114,886** |

Exhibit 21 - Table (b) Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| May 10, 2011 | 2011 | $29,363 | $3,775 | $1,659 | $11,267 | $177 | $637 |
| | 2012 | $50,654 | $6,256 | $2,862 | $35,438 | $3,418 | $2,002 |
| | 2013 | $8,864 | $0 | $678 | $38,585 | $3,842 | $2,952 |
| | 2014 | $38,442 | $3,790 | $2,941 | $46,936 | $5,064 | $3,591 |
| | 2015 | $59,513 | $8,097 | $4,553 | $48,345 | $5,305 | $3,698 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $116,552 | $22,773 | $7,141 |
| *Total:* | | $225,024 | $25,630 | $15,614 | $297,123 | $40,579 | $20,020 |
| | | Estimated Total Tax Liability | | $15,614 | Estimated Total Tax Liability | | $20,020 |
| | | | | $25,630 | | | $40,579 |
| | | | | $41,244 | | | $60,599 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $60,599 |
| *Tax Liability on Projected Earnings* | -$41,244 |
| ***Estimated Net Difference in Tax Liability*** | **$19,355** |

**Exhibit 22. Brett Holmes - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Holmes's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Notes indicating Mr. Holmes's:
  - drug screen pass: AMSTED001860,
  -nurse screen pass: AMSTED001861, and
  - date of physical hold on employment: AMSTED001869.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

The date Mr. Holmes received an offer of employment from Amsted has not been provided to me as of the date of this report. However, records indicate Amsted made a condition offer of employment to Mr. Holmes on March 2, 2011. The start of back pay is assumed to be two weeks after this date, which is March 16, 2011. No available information suggests that Mr. Holmes was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Holmes's back pay is calculated is March 16, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
According to information provided by Mr. Holmes to the EEOC, he has been employed since May 2012 with the same employer, Dex Tree Service, and earns $16.00 per hour, full time. No information is available regarding Mr. Holmes's 2011 earnings, therefore, his mitigating earnings are assumed to be $0 for that year. A summary of Mr. Holmes's estimated mitigating earnings based on this information is presented in the table below, beginning with his employment in May 2012 through the date of trial. These estimates may need to be revised if additional information becomes available.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| 2011 | n/a | $0 |
| Jan 2012 – April 2012<br>May 2012 – Dec 2012 | n/a<br>$16.00/hr, 40 hrs/wk | $0<br>$22,187 |
| 2013 | $16.00/hr, 40 hrs/wk | $33,280 |
| 2014 | $16.00/hr, 40 hrs/wk | $33,280 |
| 2015 | $16.00/hr, 40 hrs/wk | $33,280 |
| 2016 | $16.00/hr, 40 hrs/wk | $21,355 |

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Holmes may have received over the back pay period. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Holmes over the period 2011 through the date of trial.

*Tax Liability*
While I have not been provided tax returns for Mr. Holmes, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*
Exhibit 22 - Table (a) presents estimates of Mr. Holmes's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 22 - Table (b) presents an adjustment to the back pay award to compensate Mr. Holmes for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Holmes's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Holmes's total loss is estimated to be $191,808.

| | |
|---|---|
| Claimant: | Brett Holmes |
| Date of Offer of Employment: | March 2, 2011 |

Exhibit 22 - Table (a) — Estimated Back Pay

| | | Projected Earnings and Benefits | | | | *times* | *equals* | *less* | *equals* | *times* | *equals* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Time Period | Year | Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | Portion of Year | Estimated Lost Income per portion of year | Mitigating Income | Estimated Net Loss per portion of year | Pre-judgment Interest Factor | Yearly Net Loss Adjusted for Interest |
| Past: | | | | | | | | | | | |
| March 16, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.79 | $41,074 | $0 | $41,074 | 1.1757 | $48,290 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $22,187 | $35,493 | 1.1382 | $40,399 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $33,280 | $0 | 1.1020 | $0 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $33,280 | $12,716 | 1.0669 | $13,567 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $33,280 | $35,461 | 1.0330 | $36,631 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $21,355 | $22,918 | 1.0000 | $22,918 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.43 | $272,295 | $143,382 | $147,662 | | **$161,804** |

| | |
|---|---|
| *Estimated Back Pay* | **$161,804** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$30,004** |
| ***Total Award*** | **$191,808** |

Exhibit 22 - Table (b) — Estimated Difference in Tax Liability

| | | Projected Earnings per Portion of Year | | | Mitigating Earnings & Award per Portion of Year | | |
|---|---|---|---|---|---|---|---|
| Time Period | Year | Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
| Past: | | | | | | | |
| March 16, 2011 | 2011 | $36,227 | $3,775 | $2,047 | $0 | $0 | $0 |
| | 2012 | $50,654 | $6,256 | $2,862 | $22,187 | $1,431 | $1,254 |
| | 2013 | $8,864 | $0 | $678 | $33,280 | $3,046 | $2,546 |
| | 2014 | $38,442 | $3,790 | $2,941 | $33,280 | $3,016 | $2,546 |
| | 2015 | $59,513 | $8,097 | $4,553 | $33,280 | $2,986 | $2,546 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $183,159 | $42,263 | $10,003 |
| *Total:* | | $231,888 | $25,630 | $16,002 | $305,186 | $52,742 | $18,894 |
| | | Estimated Total Tax Liability | | $16,002 | Estimated Total Tax Liability | | $18,894 |
| | | | | $25,630 | | | $52,742 |
| | | | | $41,632 | | | $71,636 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $71,636 |
| *Tax Liability on Projected Earnings* | -$41,632 |
| ***Estimated Net Difference in Tax Liability*** | **$30,004** |

**Exhibit 23. Marcus Humphrey - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Humphrey's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Humphrey's application for employment with Amsted Rail: AMSTED000063.
- A Copy of Mr. Humphrey's Deposition Transcript.
- W-2 Wage and Tax Statements from years 2011-2014: EEOC-Amsted04483, 04484, 04485, 04486, 04487.
- W-2 Wage and Tax Transcripts from years 2011-2014: EEOC-Amsted04950, 04962, 04976, 04990.
- IRS form 1040 Individual Income Tax Transcripts from the years 2011-2014: EEOC-Amsted04944, 04956, 04968, 04982.
- Form 1099-G for the year 2010: EEOC-Amsted00006.
- Copy of Mr. Humphrey's 2015 paystub: EEOC-Amsted04488.
- Notes indicating Mr. Humphrey's:
  - drug screen pass: AMSTED001806,
  - nurse screen pass: AMSTED001805, and
  - date of physical hold on employment: AMSTED001808.
- An economic damages summary indicating Mr. Humphrey's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Humphrey had received an offer of employment from Amsted on February 14, 2011. The start of back pay is assumed to be two weeks after this date, which is February 28, 2011. No available information suggests that Mr. Humphrey was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Humphrey's back pay is calculated is February 28, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report; however, Mr. Humphrey began a job in 2011 that offered health benefits and he currently receives health benefits through his wife's employer, therefore the value of health benefits provided by Amsted is not included in this report.

*Mitigating wage earnings over the back pay period*
I have been provided W-2 Wage and Tax Statements and tax returns for Mr. Humphrey for years 2011 to 2014. The earnings recorded on these documents are used as mitigating earnings in this report, along with estimated mitigating earnings for 2015 and 2016. Because Mr. Humphrey was unemployed until after he had applied for a position with Amsted Rail all of Mr. Humphrey's 2011 earnings are assumed to be mitigating earnings for the back pay period. Also, Mr. Humphrey's 2015 earnings are assumed to be equal to his 2014 earnings increased by the rate of growth from 2014 to 2015 of Median Usual Weekly Earnings of wage and salary workers employed full time, for all

industries, all occupations (Series Id: LES1252881500, LEU0252881500). This growth rate is 3.30%, and can be found at the Bureau of Labor Statistics Current Population Survey website: http://www.bls.gov/cps/. Mr. Humphrey's 2016 earnings are assumed to equal his 2015 earnings, and are adjusted for the date of trial. The following table summarizes Mr. Humphrey's mitigating earnings assumed in this report.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| 2011 | W-2's & tax returns | $26,744 |
| 2012 | W-2's & tax returns | $47,859 |
| 2013 | W-2's & tax returns | $45,250 |
| 2014 | W-2's & tax returns | $47,676 |
| 2015 | n/a | $49,250 |
| 2016 | n/a | $31,602 |

*Mitigating fringe benefits over the back pay period*

Because Mr. Humphrey is receiving benefits from his wife's employer and did have opportunity for employment in 2011 that offered these benefits, the value of projected lost health insurance is not included in this analysis.

*Tax Liability*

The adjustment for increased tax liability presented in this report assumes that Mr. Humphrey files as "Married filing separately", with 2 exemptions and standard deductions, as he has in 2011, 2012 and 2013.

*Estimate of Loss*

Exhibit 23 - Table (a) presents estimates of Mr. Humphrey's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 23 - Table (b) presents an adjustment to the back pay award to compensate Mr. Humphrey for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Humphrey's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Humphrey's total loss is estimated to be $53,313.

Claimant: Marcus Humphrey
Date of Offer of Employment: February 14, 2011

Exhibit 23 - Table (a) Estimated Back Pay

| | | Projected Earnings and Benefits | | | | *times* | *equals* | *less* | *equals* | *times* | *equals* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Time Period | Year | Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | Portion of Year | Estimated Lost Income per portion of year | Mitigating Income | Estimated Net Loss per portion of year | Pre-judgment Interest Factor | Yearly Net Loss Adjusted for Interest |
| Past: | | | | | | | | | | | |
| February 28, 2011 | 2011 | $45,761 | - | $2,288 | $48,049 | 0.84 | $40,174 | $26,744 | $13,430 | 1.1757 | $15,790 |
| | 2012 | $50,654 | - | $2,533 | $53,187 | 1.00 | $53,187 | $47,859 | $5,328 | 1.1382 | $6,064 |
| | 2013 | $8,864 | - | $443 | $9,307 | 1.00 | $9,307 | $45,250 | $0 | 1.1020 | $0 |
| | 2014 | $38,442 | - | $1,922 | $40,364 | 1.00 | $40,364 | $47,676 | $0 | 1.0669 | $0 |
| | 2015 | $59,513 | - | $3,571 | $63,084 | 1.00 | $63,084 | $49,250 | $13,834 | 1.0330 | $14,290 |
| August 22, 2016 | 2016 | $59,513 | - | $3,571 | $63,084 | 0.64 | $40,479 | $31,602 | $8,877 | 1.0000 | $8,877 |
| *Total:* | | $262,747 | $0 | $14,328 | $277,075 | 5.48 | $246,595 | $248,381 | $41,469 | | **$45,021** |

| | |
|---|---|
| *Estimated Back Pay* | **$45,021** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$8,292** |
| ***Total Award*** | **$53,313** |

Exhibit 23 - Table (b) Estimated Difference in Tax Liability

| | | Projected Earnings per Portion of Year | | | Mitigating Earnings & Award per Portion of Year | | |
|---|---|---|---|---|---|---|---|
| Time Period | Year | Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
| Past: | | | | | | | |
| February 28, 2011 | 2011 | $38,261 | $3,775 | $2,162 | $26,744 | $1,607 | $1,511 |
| | 2012 | $50,654 | $6,256 | $2,862 | $47,859 | $4,711 | $2,704 |
| | 2013 | $8,864 | $0 | $678 | $45,250 | $4,256 | $3,462 |
| | 2014 | $38,442 | $3,790 | $2,941 | $47,676 | $4,583 | $3,647 |
| | 2015 | $59,513 | $8,097 | $4,553 | $49,250 | $4,781 | $3,768 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $76,623 | $11,327 | $3,682 |
| *Total:* | | $233,922 | $25,630 | $16,117 | $293,402 | $31,265 | $18,774 |
| | | Estimated Total Tax Liability | | $16,117 | Estimated Total Tax Liability | | $18,774 |
| | | | | $25,630 | | | $31,265 |
| | | | | $41,747 | | | $50,039 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $50,039 |
| *Tax Liability on Projected Earnings* | -$41,747 |
| ***Estimated Net Difference in Tax Liability*** | **$8,292** |

**Exhibit 24. Montrell Ingram - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Ingram's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- An EEOC Questionnaire: EEOC-Amsted04208-04209
- Mr. Ingram's W-2 Wage & Tax Statements from years 2010, 2012, 2013, 2014: (EEOC-Amsted04489, 04491, 04492, 04493, 04494, 04495, 04496, 04497
- Mr. Ingram's 1099-G form from 2011: EEOC-Amsted04490
- A summary of Mr. Ingram's economic loss
- A copy of Mr. Ingram's Deposition Transcript
- Notes indicating Mr. Ingram's:
  - drug screen pass: AMSTED001818,
  -nurse screen pass, and
  - date of physical hold on employment: AMSTED001820.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Ingram received an offer of employment from Amsted on February 16, 2011 and the start of back pay is assumed to be two weeks after this date, which is March 2, 2011. No available information suggests that Mr. Ingram was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Ingram's back pay is calculated is March 2, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a family.

*Mitigating wage earnings over the back pay period*
Various W-2 Wage and Tax Statements were provided that show Mr. Montrell's mitigating earnings over the back pay period. Because earnings information is not yet available for 2015 or 2016, I have based Mr. Montrell's 2015 earnings in this report on the assumption that he worked 40 hours per week full time, earnings $10.50 per hour, which is the wage rate he was earning in 2015 at the time of his deposition. I have also assumed full time employment at 40 hours per week, $10.50 per hour for Mr. Ingram's 2016 earnings, adjusted to the date of trial. These assumptions may need to be revised as additional information becomes available. Based on the assumptions and available information, Mr. Montrell's mitigating earnings are presented in the following table.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| 2011 | Various W-2's | $13,650 |
| 2012 | Various W-2's | $11,648 |
| 2013 | Various W-2's | $21,908 |
| 2014 | Various W-2's | $20,926 |
| 2015 | $10.00/hr, 40 hrs/wk | $20,800 |
| 2016 | n/a | $13,347 |

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Ingram may have received over the back pay period. This analysis of loss assumes no mitigating employment benefits were received by Mr. Ingram over the period 2011 through the date of trial.

*Tax Liability*
While I have not been provided tax returns for Mr. Ingram, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is married with standard deductions and two exemptions. This analysis of tax liability also assumes that total household income equals Mr. Ingram's estimated mitigating earnings and lump sum award over the back pay period.

*Estimate of Loss*
Exhibit 24 - Table (a) presents estimates of Mr. Ingram's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 24 - Table (b) presents an adjustment to the back pay award to compensate Mr. Ingram for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Ingram's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Ingram's total loss is estimated to be $208,704.

Claimant: Montrell Ingram
Date of Offer of Employment: February 16, 2011

Exhibit 24 - Table (a) Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| March 2, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.83 | $43,092 | $13,650 | $29,442 | 1.1757 | $34,614 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $11,648 | $46,032 | 1.1382 | $52,395 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $21,908 | $0 | 1.1020 | $0 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $20,926 | $25,070 | 1.0669 | $26,747 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $20,800 | $47,941 | 1.0330 | $49,523 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $13,347 | $30,926 | 1.0000 | $30,926 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.47 | $274,312 | $102,279 | $179,410 | | **$194,204** |

| | |
|---|---|
| *Estimated Back Pay* | **$194,204** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$14,499** |
| ***Total Award*** | **$208,704** |

Exhibit 24 - Table (b) Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| March 2, 2011 | 2011 | $38,007 | $3,775 | $2,147 | $13,650 | $0 | $771 |
| | 2012 | $50,654 | $6,256 | $2,862 | $11,648 | $0 | $658 |
| | 2013 | $8,864 | $0 | $678 | $21,908 | $191 | $1,676 |
| | 2014 | $38,442 | $3,790 | $2,941 | $20,926 | $63 | $1,601 |
| | 2015 | $59,513 | $8,097 | $4,553 | $20,800 | $20 | $1,591 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $207,551 | $39,304 | $10,356 |
| *Total:* | | $233,668 | $25,630 | $16,102 | $296,483 | $39,578 | $16,654 |
| | | Estimated Total Tax Liability | | $16,102 | Estimated Total Tax Liability | | $16,654 |
| | | | | $25,630 | | | $39,578 |
| | | | | $41,732 | | | $56,232 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $56,232 |
| *Tax Liability on Projected Earnings* | -$41,732 |
| ***Estimated Net Difference in Tax Liability*** | **$14,499** |

**Exhibit 25. Steven Jackson - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Jackson's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Notes indicating Mr. Jackson's:
  - drug screen pass: AMSTED001784,
  - nurse screen pass: AMSTED001785, and
  - date of physical hold on employment: AMSTED001786.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Jackson received an offer of employment from Amsted January 12, 2011. The start of back pay is assumed to be two weeks after this date, which is January 27, 2011. No available information suggests that Mr. Jackson was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Jackson's back pay is calculated is January 26, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
W-2 Wage and Tax Statements and tax returns were not available to show Mr. Jackson's mitigating earnings over the back pay period. Mr. Jackson was employed from 2011 to 2013 earning $16.00-$21.00 per hour, 40 hours per week; however, I have no information concerning when this position started in 2011 or when it ended, nor do I have information concerning Mr. Jackson's current earnings or his earnings in 2013, 2014, or 2015. Based on the available information I have assumed Mr. Jackson's mitigating earnings in 2011 and 2012 to be at the mid-point of the wage range he quoted ($16.00-$21.00), which is $18.50 per hour, for full time employment of 40 hours per week. I have also assumed he had no earnings for 2013-2016. These assumptions may need to be revised as additional information becomes available.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| 2011 | $16-$21/hr, 40 hrs/wk | $33,283 |
| 2012 | Various W-2's | $33,283 |
| 2013 | Various W-2's | $0 |
| 2014 | Various W-2's | $0 |
| 2015 | $10.00/hr, 40 hrs/wk | $0 |
| 2016 | n/a | $0 |

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Jackson may have received over the back pay period. However, with his work history it is unlikely that Mr. Jackson did receive any benefits of this type. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Jackson over the period 2011 through the date of trial.

*Tax Liability*
While I have not been provided tax returns for Mr. Jackson, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*
Exhibit 25 - Table (a) presents estimates of Mr. Jackson's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 25 - Table (b) presents an adjustment to the back pay award to compensate Mr. Jackson for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Jackson's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Jackson's total loss is estimated to be $259,013.

Claimant: Steven Jackson
Date of Offer of Employment: January 12, 2011

Exhibit 25- Table (a) Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| January 26, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.93 | $48,280 | $33,283 | $14,997 | 1.1757 | $17,632 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $33,283 | $24,397 | 1.1382 | $27,769 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $0 | $14,531 | 1.1020 | $16,013 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $0 | $45,996 | 1.0669 | $49,072 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $0 | $68,741 | 1.0330 | $71,009 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $0 | $44,273 | 1.0000 | $44,273 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.57 | $279,501 | $66,566 | $212,935 | | **$225,768** |

| | |
|---|---|
| *Estimated Back Pay* | **$225,768** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$33,245** |
| ***Total Award*** | **$259,013** |

Exhibit 25 - Table (b) Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| January 26, 2011 | 2011 | $42,583 | $3,775 | $2,406 | $33,283 | $3,142 | $1,880 |
| | 2012 | $50,654 | $6,256 | $2,862 | $33,283 | $3,095 | $1,880 |
| | 2013 | $8,864 | $0 | $678 | $0 | $0 | $0 |
| | 2014 | $38,442 | $3,790 | $2,941 | $0 | $0 | $0 |
| | 2015 | $59,513 | $8,097 | $4,553 | $0 | $0 | $0 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $225,768 | $54,617 | $10,621 |
| *Total:* | | $238,244 | $25,630 | $16,361 | $292,334 | $60,854 | $14,382 |
| | | Estimated Total Tax Liability | | $16,361 | Estimated Total Tax Liability | | $14,382 |
| | | | | $25,630 | | | $60,854 |
| | | | | $41,991 | | | $75,236 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $75,236 |
| *Tax Liability on Projected Earnings* | -$41,991 |
| ***Estimated Net Difference in Tax Liability*** | **$33,245** |

**Exhibit 26. Anthony Jimerson - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Jimerson's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Jimerson's application for employment with Amsted Rail
- An economic damages summary prepared by the EEOC
- Notes indicating Mr. Jimerson's:
  - drug screen pass: AMSTED001862,
  - nurse screen pass: AMSTED001863, and
  - date of physical hold on employment: AMSTED001870.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Jimerson received an offer of employment from Amsted on March 2, 2011. The start of back pay is assumed to be two weeks after this date, which is March 16, 2011. No available information suggests that Mr. Jimerson was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Jimerson's back pay is calculated is March 16, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee. However, Mr. Jimerson indicated in his deposition that he did have health insurance available in 2011, 2012 and 2013. While I do not have enough information to determine if this insurance was similar in coverage to that offered by Amsted Rail, or if he was covered for the entire 2011-2013 period, for the purpose of this report I have assumed that Mr. Jimerson had mitigating coverage for these years and no projected loss of health insurance is included for 2011 through 2013. This assumption may need to be updated as additional information becomes available.

*Mitigating wage earnings over the back pay period*
W-2 Wage and Tax Statements and tax returns have not been made available for Mr. Jimerson. His mitigating earnings are, therefore, estimated based on information he provided to the EEOC. Mr. Jimerson reported working in 2011 for $9.00 per hour, 50-60 hours per week, but the dates of his employment were not specified. Also, Mr. Jimerson worked in 2012 and 2013 for $10.00 per hour, 50-60 hours per week. Mr. Jimerson reported being unemployed for some period of time in 2014, but is currently employed at $8.50 per hour 50-60 hours per week. For the purpose of this report, Mr. Jimerson is assumed to have been employed at these wages rate for 2011 after the start of the back pay period, and for 2012 and 2013. Mr. Jimerson is assumed to have no mitigating earnings for 2014, but beginning with the start of his current employment in 2015 he is assumed to be employed at the same rate through the end of the back pay period. The following table presents mitigating earnings assumed in this report. These assumptions may need to be revised as additional information becomes available.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| 2011 | $9.00/hr, 55 hrs/wk | $19,663 |
| 2012 | $10.00/hr, 55 hrs/wk | $28,600 |
| 2013 | $10.00/hr, 55 hrs/wk | $28,600 |
| 2014 | Unemployed for some period of time | $0 |
| February 2015 – Dec 2015 | $8.50/hr, 55 hrs/wk | $22,284 |
| 2016 | n/a | $14,229 |

*Mitigating fringe benefits over the back pay period*

The only information I have concerning Mr. Jimerson's mitigating fringe benefits suggests that he had some form of health insurance coverage from 2011 to 2013, therefore, the value of these benefits is not included in this analysis.

*Tax Liability*

While I have not been provided tax returns for Mr. Jimerson, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*

Exhibit 26 - Table (a) presents estimates of Mr. Jimerson's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 26 - Table (b) presents an adjustment to the back pay award to compensate Mr. Jimerson for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Jimerson's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Jimerson's total loss is estimated to be $202,568.

| | |
|---|---|
| Claimant: | Anthony Jimerson |
| Date of Offer of Employment: | March 2, 2011 |

Exhibit 26- Table (a) Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| March 16, 2011 | 2011 | $45,761 | - | $2,288 | $48,049 | 0.79 | $38,039 | $19,663 | $18,376 | 1.1757 | $21,604 |
| | 2012 | $50,654 | - | $2,533 | $53,187 | 1.00 | $53,187 | $28,600 | $24,587 | 1.1382 | $27,985 |
| | 2013 | $8,864 | - | $443 | $9,307 | 1.00 | $9,307 | $28,600 | $0 | 1.1020 | $0 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $0 | $45,996 | 1.0669 | $49,072 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $22,284 | $46,457 | 1.0330 | $47,990 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $14,229 | $30,044 | 1.0000 | $30,044 |
| *Total:* | | $262,747 | $17,202 | $14,328 | $294,277 | 5.43 | $259,543 | $113,376 | $165,459 | | **$176,695** |

| | |
|---|---|
| *Estimated Back Pay* | **$176,695** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$25,872** |
| ***Total Award*** | **$202,568** |

Exhibit 26 - Table (b) Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| March 16, 2011 | 2011 | $36,227 | $3,775 | $2,047 | $19,663 | $1,099 | $1,111 |
| | 2012 | $50,654 | $6,256 | $2,862 | $28,600 | $2,393 | $1,616 |
| | 2013 | $8,864 | $0 | $678 | $28,600 | $2,344 | $2,188 |
| | 2014 | $38,442 | $3,790 | $2,941 | $0 | $0 | $0 |
| | 2015 | $59,513 | $8,097 | $4,553 | $22,284 | $1,336 | $1,705 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $190,924 | $43,597 | $10,115 |
| *Total:* | | $231,888 | $25,630 | $16,002 | $290,071 | $50,769 | $16,735 |
| | | Estimated Total Tax Liability | | $16,002 | Estimated Total Tax Liability | | $16,735 |
| | | | | $25,630 | | | $50,769 |
| | | | | $41,632 | | | $67,504 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $67,504 |
| *Tax Liability on Projected Earnings* | -$41,632 |
| ***Estimated Net Difference in Tax Liability*** | **$25,872** |

**Exhibit 27 Chester Johnson - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Johnson's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Johnson's application to Amsted Rail: AMSTED000914
- An economic damages summary prepared by the EEOC
- A copy of Mr. Johnson's Deposition Transcript
- Notes indicating Mr. Johnson's:
  - drug screen pass: AMSTED001778,
  - nurse screen pass: AMSTED001780, and
  - date of physical hold on employment: AMSTED001779.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Johnson received a conditional offer of employment from Amsted on December 8, 2010. The start of back pay is assumed to be two weeks after this date, which is December 22, 2010. No available information suggests that Mr. Johnson was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Johnson's back pay is calculated is December 23, 2010 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
The information provided to me regarding Mr. Johnson's mitigating earnings is not sufficient to determine his earnings for any year over the back pay period. For the purpose of this report he is assumed to have no mitigating earnings from the date of offer of employment from Amsted through the date of trial.

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Johnson may have received over the back pay period. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Johnson over the period 2011 through the date of trial.

*Tax Liability*
While I have not been provided tax returns for Mr. Johnson, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*

Exhibit 27 - Table (a) presents estimates of Mr. Johnson's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 27 - Table (b) presents an adjustment to the back pay award to compensate Mr. Johnson for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Johnson's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Johnson's total loss is estimated to be $360,062.

Claimant: Chester Johnson
Date of Offer of Employment: December 8, 2010

Exhibit 27- Table (a) Estimated Back Pay

| | | Projected Earnings and Benefits | | | | *times* | *equals* | *less* | *equals* | *times* | *equals* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Time Period | Year | Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | Portion of Year | Estimated Lost Income per portion of year | Mitigating Income | Estimated Net Loss per portion of year | Pre-judgment Interest Factor | Yearly Net Loss Adjusted for Interest |
| Past: | | | | | | | | | | | |
| December 22, 2010 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 1.03 | $53,180 | $0 | $53,180 | 1.1757 | $62,523 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $0 | $57,680 | 1.1382 | $65,653 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $0 | $14,531 | 1.1020 | $16,013 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $0 | $45,996 | 1.0669 | $49,072 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $0 | $68,741 | 1.0330 | $71,009 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $0 | $44,273 | 1.0000 | $44,273 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.67 | $284,401 | $0 | $284,401 | | **$308,543** |

| | |
|---|---|
| *Estimated Back Pay* | **$308,543** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$51,519** |
| ***Total Award*** | **$360,062** |

Exhibit 27 - Table (b) Estimated Difference in Tax Liability

| | | Projected Earnings per Portion of Year | | | Mitigating Earnings & Award per Portion of Year | | |
|---|---|---|---|---|---|---|---|
| Time Period | Year | Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
| Past: | | | | | | | |
| December 22, 2010 | 2011 | $46,905 | $3,775 | $2,650 | $0 | $0 | $0 |
| | 2012 | $50,654 | $6,256 | $2,862 | $0 | $0 | $0 |
| | 2013 | $8,864 | $0 | $678 | $0 | $0 | $0 |
| | 2014 | $38,442 | $3,790 | $2,941 | $0 | $0 | $0 |
| | 2015 | $59,513 | $8,097 | $4,553 | $0 | $0 | $0 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $308,543 | $81,933 | $11,821 |
| *Total:* | | $242,566 | $25,630 | $16,605 | $308,543 | $81,933 | $11,821 |
| | | Estimated Total Tax Liability | | $16,605 | Estimated Total Tax Liability | | $11,821 |
| | | | | $25,630 | | | $81,933 |
| | | | | $42,235 | | | $93,754 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $93,754 |
| *Tax Liability on Projected Earnings* | -$42,235 |
| ***Estimated Net Difference in Tax Liability*** | **$51,519** |

**Exhibit 28 Dane Kimbro - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Kimbro's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Kimbro's employment application to Amsted Rail: AMSTED000947
- Mr. Kimbro's damages interview with the EEOC
- An economic damages summary for Mr. Kimbro
- Notes indicating Mr. Kimbro's:
    - drug screen pass: AMSTED001790,
    - nurse screen pass: AMSTED001791, and
    - date of physical hold on employment: AMSTED001794.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Kimbro received an offer of employment from Amsted on January 24, 2011. The start of back pay is assumed to be two weeks after this date, which is February 7, 2011. No available information suggests that Mr. Kimbro was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Kimbro's back pay is calculated is February 7, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
W-2 Wage and Tax Statements and tax returns have not been made available for Mr. Kimbro. However, he did provide some earnings information to the EEOC, which is summarized in the table below.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| February 2011 – Aug 2011 | $10.00/hr, 40 hrs/wk | $10,400 |
| February 2012 – Dec 2012 | $14.60/hr, 40 hrs/wk | $25,982 |
| 2013 | $15.60/hr, 40 hrs/wk | $32,448 |
| January 2014 – June 2014<br>July 2014 – Dec 2014 | $15.60/hr, 40 hrs/wk<br>n/a | $16,224<br>$0 |
| 2015 | n/a | $0 |
| 2016 | n/a | $0 |

While Mr. Kimbro reported an earnings increase from $14.60 to $15.60 per hour at his employment from February 2012 to June 2014, I no dates for when his earnings increased, therefore I have assumed his wage to be $14.60 per hour for 2012, increasing to $15.60 per hour for 2013 and 2014. Because I have no additional information regarding Mr. Kimbro's earnings over the back pay period, I have assumed his earnings for the partial-year 2014, 2015 and 2016 to be $0. These assumptions may need to be revised as additional information becomes available.

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Kimbro may have received over the back pay period. However, with his work history it is unlikely that Mr. Kimbro did receive any benefits of this type. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Kimbro over the period 2011 through the date of trial.

*Tax Liability*
While I have not been provided tax returns for Mr. Kimbro, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*
Exhibit 28 - Table (a) presents estimates of Mr. Kimbro's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 28 - Table (b) presents an adjustment to the back pay award to compensate Mr. Kimbro for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Kimbro's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Kimbro's total loss is estimated to be $260,528

Claimant: Dane Kimbro
Date of Offer of Employment: January 24, 2011

Exhibit 28- Table (a) Estimated Back Pay

| | | Projected Earnings and Benefits | | | | times | equals | less | equals | times | equals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Time Period | Year | Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | Portion of Year | Estimated Lost Income per portion of year | Mitigating Income | Estimated Net Loss per portion of year | Pre-judgment Interest Factor | Yearly Net Loss Adjusted for Interest |
| Past: | | | | | | | | | | | |
| February 7, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.90 | $46,695 | $10,400 | $36,295 | 1.1757 | $42,671 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $25,982 | $31,698 | 1.1382 | $36,079 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $32,448 | $0 | 1.1020 | $0 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $16,224 | $29,772 | 1.0669 | $31,763 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $0 | $68,741 | 1.0330 | $71,009 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $0 | $44,273 | 1.0000 | $44,273 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.54 | $277,915 | $85,054 | $210,778 | | **$225,796** |

| | |
|---|---|
| *Estimated Back Pay* | **$225,796** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$34,732** |
| ***Total Award*** | **$260,528** |

Exhibit 28 - Table (b) Estimated Difference in Tax Liability

| | | Projected Earnings per Portion of Year | | | Mitigating Earnings & Award per Portion of Year | | |
|---|---|---|---|---|---|---|---|
| Time Period | Year | Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
| Past: | | | | | | | |
| February 7, 2011 | 2011 | $41,185 | $3,775 | $2,327 | $10,400 | $90 | $588 |
| | 2012 | $50,654 | $6,256 | $2,862 | $25,982 | $2,000 | $1,468 |
| | 2013 | $8,864 | $0 | $678 | $32,448 | $2,921 | $2,482 |
| | 2014 | $38,442 | $3,790 | $2,941 | $16,224 | $607 | $1,241 |
| | 2015 | $59,513 | $8,097 | $4,553 | $0 | $0 | $0 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $225,796 | $54,626 | $10,621 |
| *Total:* | | $236,845 | $25,630 | $16,282 | $310,850 | $60,244 | $16,400 |
| | | Estimated Total Tax Liability | | $16,282 | Estimated Total Tax Liability | | $16,400 |
| | | | | $25,630 | | | $60,244 |
| | | | | $41,912 | | | $76,644 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $76,644 |
| *Tax Liability on Projected Earnings* | -$41,912 |
| ***Estimated Net Difference in Tax Liability*** | **$34,732** |

**Exhibit 29 Andre Lee - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Lee's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Lee's application for employment with Amsted Rail: AMSTED000977.
- A Copy of Mr. Lee's Questionnaire & Interview: EEOC-Amsted04225.
- A copy of Mr. Lee's Deposition Transcript:
- Notes indicating Mr. Lee's:
  - drug screen pass: AMSTED001834and
  - nurse screen pass: AMSTED001835, and
  - date of physical hold on employment: AMSTED001843.
- An economic damages summary indicating Mr. Lee's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Lee had received an offer of employment from Amsted on February 22, 2011. The start of back pay is assumed to be two weeks after this date, which is March 8, 2011. No available information suggests that Mr. Lee was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Lee's back pay is calculated is March 8, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report; however, because Mr. Lee indicated that he was covered under his wife's health insurance offered by her employer, the value of this benefit has not been included in this calculation of back pay. Further information is needed to determine if the type of coverage Mr. Lee has available under his wife's medical insurance is comparable to the health insurance offered by Amsted Rail, and to determine exactly when in the back pay period Mr. Lee was covered by his wife's health insurance. While it is assumed in this report that Mr. Lee had coverage for the entire back pay period, this element of loss may need to be updated if additional information becomes available.

*Mitigating wage earnings over the back pay period*
W-2 Wage and Tax Statements and tax returns have not been made available for Mr. Lee; however, he did report his current and past wage rates and some hourly information in his deposition taken October 20, 2015. While this information is not sufficient to determine the average number of hours Mr. Lee works per year, I have assumed in this report that Mr. Lee works full time 40 hours per week, 52 weeks per year. While Mr. Lee does work for the St. Louis Public School System, I have no additional information regarding additional time off he may take outside the standard school year. Similarly, while Mr. Lee did report that he works some overtime and has had some temporary positions in the past, I have not included any overtime or additional income in my estimate of his mitigating earnings. Also, while Mr. Lee's earnings for late 2015 and 2016 have not been made available, I have assumed his earnings to be constant over the back pay period. 2016 earnings are

adjusted for the end of the back pay period, which is the date of trial. The table below summarizes the earnings information and mitigating earnings I have used in this report.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| 2011 | $15.00/hr, 40 hrs/wk | $31,200 |
| 2012 | $15.00/hr, 40 hrs/wk | $31,200 |
| 2013 | $15.00/hr, 40 hrs/wk | $31,200 |
| 2014 | $15.00/hr, 40 hrs/wk | $31.200 |
| 2015 | n/a | $31,200 |
| 2016 | n/a | $20,020 |

*Mitigating fringe benefits over the back pay period*
Based on Mr. Lee's coverage under his wife's health insurance from her employer, no additional estimate of mitigating health insurance benefits is considered in this report. Additionally, based on the information provided it is assumed that Mr. Lee did not receive any other mitigating fringe benefits during the back pay period.

*Tax Liability*
Mr. Lee is married and in his deposition testimony he indicates that his wife is employed. Because there have been no tax returns or other information provided to me regarding his household income, I cannot estimate the increase in Mr. Lee's tax liability resulting from a lump sum award. As additional information becomes available, this increased tax liability may be estimated.

*Estimate of Loss*
Exhibit 29 - Table (a) presents estimates of Mr. Lee's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest.

Based on information made available to me and the assumptions outlined in this report, Mr. Lee's total loss is estimated to be $97,493.

| | |
|---|---|
| Claimant: | Andre Lee |
| Date of Offer of Employment: | February 22, 2011 |

Exhibit 29- Table (a) Estimated Back Pay

| | | Projected Earnings and Benefits | | | | *times* | *equals* | *less* | *equals* | *times* | *equals* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Time Period | Year | Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | Portion of Year | Estimated Lost Income per portion of year | Mitigating Income | Estimated Net Loss per portion of year | Pre-judgment Interest Factor | Yearly Net Loss Adjusted for Interest |
| Past: | | | | | | | | | | | |
| March 8, 2011 | 2011 | $45,761 | - | $2,288 | $48,049 | 0.81 | $39,107 | $31,200 | $7,907 | 1.1757 | $9,296 |
| | 2012 | $50,654 | - | $2,533 | $53,187 | 1.00 | $53,187 | $31,200 | $21,987 | 1.1382 | $25,026 |
| | 2013 | $8,864 | - | $443 | $9,307 | 1.00 | $9,307 | $31,200 | $0 | 1.1020 | $0 |
| | 2014 | $38,442 | - | $1,922 | $40,364 | 1.00 | $40,364 | $31,200 | $9,164 | 1.0669 | $9,777 |
| | 2015 | $59,513 | - | $3,571 | $63,084 | 1.00 | $63,084 | $31,200 | $31,884 | 1.0330 | $32,936 |
| August 22, 2016 | 2016 | $59,513 | - | $3,571 | $63,084 | 0.64 | $40,479 | $20,020 | $20,459 | 1.0000 | $20,459 |
| *Total:* | | $262,747 | $0 | $14,328 | $277,075 | 5.46 | $245,527 | $176,020 | $91,400 | | **$97,493** |

| | |
|---|---|
| *Estimated Back Pay* | **$97,493** |
| *Plus: Estimated Net Difference in Tax Liability (Not included in this report)* | **-** |
| ***Total Award*** | **$97,493** |

**Exhibit 29 Wayne Lee - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Lee's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Lee's application for employment with Amsted Rail: AMSTED001002.
- Notes indicating Mr. Lee's:
  - drug screen pass: AMSTED001877,
  - nurse screen pass: AMSTED001876, and
  - date of physical hold on employment: AMSTED001892.
- An economic damages summary indicating Mr. Lee's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Lee received a conditional offer of employment from Amsted on March 4, 2011. The start of back pay is assumed to be two weeks after this date, which is March 18, 2011. No available information suggests that Mr. Lee was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Lee's back pay is calculated is March 18, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
Information provided to me regarding Mr. Lee's mitigating earnings suggests that he has been employed over the back pay period; however, no hourly wage or yearly earnings is available. Because it is not possible to determine Mr. Lee's earnings for any year over the back pay period, for the purpose of this report I have assumed Mr. Lee to have no mitigating earnings from the date of offer of employment from Amsted through the date of trial.

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Lee may have received over the back pay period. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Lee over the period 2011 through the date of trial.

*Tax Liability*
While I have not been provided tax returns for Mr. Lee, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*

Exhibit 30 - Table (a) presents estimates of Mr. Lee's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 30 - Table (b) presents an adjustment to the back pay award to compensate Mr. Lee for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Lee's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Lee's total loss is estimated to be $341,087.

| | |
|---|---|
| Claimant: | Wayne Lee |
| Date of Offer of Employment: | March 4, 2011 |

Exhibit 30- Table (a) Estimated Back Pay

| | | Projected Earnings and Benefits | | | | times | equals | less | equals | times | equals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Time Period | Year | Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | Portion of Year | Estimated Lost Income per portion of year | Mitigating Income | Estimated Net Loss per portion of year | Pre-judgment Interest Factor | Yearly Net Loss Adjusted for Interest |
| Past: | | | | | | | | | | | |
| March 18, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.79 | $40,786 | $0 | $40,786 | 1.1757 | $47,951 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $0 | $57,680 | 1.1382 | $65,653 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $0 | $14,531 | 1.1020 | $16,013 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $0 | $45,996 | 1.0669 | $49,072 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $0 | $68,741 | 1.0330 | $71,009 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $0 | $44,273 | 1.0000 | $44,273 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.43 | $272,007 | $0 | $272,007 | | **$293,971** |

| | |
|---|---|
| *Estimated Back Pay* | **$293,971** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$47,116** |
| ***Total Award*** | **$341,087** |

Exhibit 30 - Table (b) Estimated Difference in Tax Liability

| | | Projected Earnings per Portion of Year | | | Mitigating Earnings & Award per Portion of Year | | |
|---|---|---|---|---|---|---|---|
| Time Period | Year | Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
| Past: | | | | | | | |
| March 18, 2011 | 2011 | $35,973 | $3,775 | $2,032 | $0 | $0 | $0 |
| | 2012 | $50,654 | $6,256 | $2,862 | $0 | $0 | $0 |
| | 2013 | $8,864 | $0 | $678 | $0 | $0 | $0 |
| | 2014 | $38,442 | $3,790 | $2,941 | $0 | $0 | $0 |
| | 2015 | $59,513 | $8,097 | $4,553 | $0 | $0 | $0 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $293,971 | $77,124 | $11,610 |
| *Total:* | | $231,634 | $25,630 | $15,987 | $293,971 | $77,124 | $11,610 |
| | | Estimated Total Tax Liability | | $15,987 | Estimated Total Tax Liability | | $11,610 |
| | | | | $25,630 | | | $77,124 |
| | | | | $41,617 | | | $88,734 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $88,734 |
| *Tax Liability on Projected Earnings* | -$41,617 |
| ***Estimated Net Difference in Tax Liability*** | **$47,116** |

**Exhibit 31 Lardez Luster - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Luster's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Luster's application for employment with Amsted Rail: AMSTED001023.
- Notes indicating Mr. Luster's:
  - drug screen pass: AMSTED001799, and
  - date of physical hold on employment: AMSTED001800.
- An economic damages summary indicating Mr. Luster's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Luster received a conditional offer of employment from Amsted on February 9, 2011. The start of back pay is assumed to be two weeks after this date, which is February 23, 2011. No available information suggests that Mr. Luster was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Luster's back pay is calculated is February 24, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
Mr. Luster reported to the EEOC that he has had some employment over the back pay period; however, no hourly wage or yearly earnings information is available. Because there is not enough information to determine Mr. Luster's mitigating earnings, for the purpose of this report Mr. Luster is assumed to have no earnings from the date of offer of employment from Amsted through the date of trial.

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Luster may have received over the back pay period. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Luster over the period 2011 through the date of trial.

*Tax Liability*
While I have not been provided tax returns for Mr. Luster, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*
Exhibit 31 - Table (a) presents estimates of Mr. Luster's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 31 - Table (b) presents an adjustment to the back pay award to compensate Mr. Luster for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Luster's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Luster's total loss is estimated to be $346,603.

Claimant: Lardez Luster
Date of Offer of Employment: February 9, 2011

Exhibit 31 - Table (a) Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| February 23, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.86 | $44,389 | $0 | $44,389 | 1.1757 | $52,187 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $0 | $57,680 | 1.1382 | $65,653 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $0 | $14,531 | 1.1020 | $16,013 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $0 | $45,996 | 1.0669 | $49,072 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $0 | $68,741 | 1.0330 | $71,009 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $0 | $44,273 | 1.0000 | $44,273 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.50 | $275,610 | $0 | $275,610 | | **$298,207** |

| | |
|---|---|
| *Estimated Back Pay* | **$298,207** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$48,396** |
| ***Total Award*** | **$346,603** |

Exhibit 31 - Table (b) Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| February 23, 2011 | 2011 | $39,151 | $3,775 | $2,212 | $0 | $0 | $0 |
| | 2012 | $50,654 | $6,256 | $2,862 | $0 | $0 | $0 |
| | 2013 | $8,864 | $0 | $678 | $0 | $0 | $0 |
| | 2014 | $38,442 | $3,790 | $2,941 | $0 | $0 | $0 |
| | 2015 | $59,513 | $8,097 | $4,553 | $0 | $0 | $0 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $298,207 | $78,522 | $11,671 |
| *Total:* | | $234,812 | $25,630 | $16,167 | $298,207 | $78,522 | $11,671 |
| | | Estimated Total Tax Liability | | $16,167 | Estimated Total Tax Liability | | $11,671 |
| | | | | $25,630 | | | $78,522 |
| | | | | $41,797 | | | $90,193 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $90,193 |
| *Tax Liability on Projected Earnings* | -$41,797 |
| ***Estimated Net Difference in Tax Liability*** | **$48,396** |

**Exhibit 32 Justin Lynch - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Lynch's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Lynch's application for employment with Amsted Rail: AMSTED001049.
- Notes indicating Mr. Lynch's:
  - drug screen pass: AMSTED001789,
  - nurse screen pass: AMSTED001787, and
  - date of physical hold on employment: AMSTED001788.
- An economic damages summary indicating Mr. Lynch's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

The date Mr. Lynch received an offer of employment from Amsted has not been provided to me as of the date of this report. However, records indicate that Amsted withdrew their conditional offer of employment on January 27, 2011. The start of back pay is assumed to be two weeks after this date, which is February 10, 2011. No available information suggests that Mr. Lynch was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Lynch's back pay is calculated is February 10, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
W-2 Wage and Tax Statements and tax returns have not been made available for Mr. Lynch; however, he did provide some earnings information to the EEOC, which I have used to estimate Mr. Lynch's mitigating earnings. Mr. Lynch reports working prior to his application to Amsted Rail, earnings $10.00 per hour, 50 hours per week in 2011, increasing to $13.13 per hour, 50 hours per week in 2014. Since August 2014 Mr. Lynch has been employed at a rate of $3000 per month, working one month followed by one month off work. This information and assumptions I have made regarding his back pay earnings are summarized in the following table.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| 2011 | $10.00/hr, 50 hrs/wk | $25,206 |
| 2012 | $10.00/hr, 50 hrs/wk | $26,000 |
| 2013 | $10.00/hr, 50 hrs/wk | $26,000 |
| Jan 2014 – July 2014<br>Aug 2014 – Dec 2014 | $13.30/hr, 50 hrs/wk<br>$3000 every other mo. | $17,069<br>$9,000 |
| 2015 | n/a | $18,000 |
| 2016 | n/a | $11,550 |

Mr. Lynch's 2011 earnings have been adjusted for the beginning of the back pay period, and earnings for 2015 and 2016 are assumed to be the same as Mr. Lynch's monthly earnings reported for his employment in August to December 2014. 2016 earnings are also adjusted for the trial date.

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Lynch may have received over the back pay period. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Lynch over the period 2011 through the date of trial.

*Tax Liability*
While I have not been provided tax returns for Mr. Lynch, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*
Exhibit 32 - Table (a) presents estimates of Mr. Lynch's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 32 - Table (b) presents an adjustment to the back pay award to compensate Mr. Lynch for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Lynch's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Lynch's total loss is estimated to be $192,298.

Claimant: Justin Lynch
Date of Offer of Employment: January 27, 2011

Exhibit 32- Table (a) Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| February 10, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.89 | $46,262 | $25,206 | $21,056 | 1.1757 | $24,755 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $26,000 | $31,680 | 1.1382 | $36,059 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $26,000 | $0 | 1.1020 | $0 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $26,069 | $19,927 | 1.0669 | $21,260 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $18,000 | $50,741 | 1.0330 | $52,415 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $11,550 | $32,723 | 1.0000 | $32,723 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.53 | $277,483 | $132,825 | $156,127 | | **$167,212** |

| | |
|---|---|
| *Estimated Back Pay* | **$167,212** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$25,086** |
| ***Total Award*** | **$192,298** |

Exhibit 32 - Table (b) Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| February 10, 2011 | 2011 | $40,804 | $3,775 | $2,305 | $25,206 | $1,931 | $1,424 |
| | 2012 | $50,654 | $6,256 | $2,862 | $26,000 | $2,003 | $1,469 |
| | 2013 | $8,864 | $0 | $678 | $26,000 | $1,954 | $1,989 |
| | 2014 | $38,442 | $3,790 | $2,941 | $26,069 | $1,934 | $1,994 |
| | 2015 | $59,513 | $8,097 | $4,553 | $18,000 | $770 | $1,377 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $178,762 | $40,192 | $9,939 |
| *Total:* | | $236,464 | $25,630 | $16,260 | $300,037 | $48,784 | $18,192 |
| | | Estimated Total Tax Liability | | $16,260 | Estimated Total Tax Liability | | $18,192 |
| | | | | $25,630 | | | $48,784 |
| | | | | $41,890 | | | $66,976 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $66,976 |
| *Tax Liability on Projected Earnings* | -$41,890 |
| ***Estimated Net Difference in Tax Liability*** | **$25,086** |

**Exhibit 33 Kenneth Manning - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Manning 's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Manning's application for employment with Amsted Rail: AMSTED001081.
- A Copy of Mr. Manning's deposition transcript.
- W-2 Wage and Tax Statements from years 2010-2014: EEOC-Amsted04498, 04499, 04502, 04506, 04509, 04510, 04511, 04512
- W-2 Wage and Tax Transcripts from years 2012-2014: EEOC-Amsted05004 ,05016, 05027
- IRS form 1040 Individual Income Tax Transcripts from years 2011-2014: EEOC-Amsted04996, 05010, 05021, 05035
- Notes indicating Mr. Manning's:
  - date of physical hold on employment: AMSTED001903.
- An economic damages summary indicating Mr. Manning's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Manning had received a conditional offer of employment from Amsted on April 6, 2011. The start of back pay is assumed to be two weeks after this date, which is April 20, 2011. No available information suggests that Mr. Manning was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Manning's back pay is calculated is April 20, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a and employee with a family.

*Mitigating wage earnings over the back pay period*

W-2 Wage and Tax Statements and tax returns have been provided for Mr. Manning for the years 2010 through 2014. Using this information, Mr. Manning's mitigating earnings are summarized in the table below. Mr. Manning's tax statements indicate that he is married, filing as head of household. Based on a comparison of Mr. Manning's W-2's and the wages reported on his tax returns, I have assumed that the Manning's household income is equal to Mr. Manning's earnings each year of the back pay period. Because Mr. Manning was unemployed at the time he applied to Amsted Rail, all of his 2011 earnings have been attributed to the back pay period. Additionally, because Mr. Manning's earnings information is not available for 2015 or 2016, I have assumed his earnings in each of these years to be equal to his 2014 earnings. 2016 earnings are adjusted for the end of the back pay period, which is the date of trial.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| 2011 | Tax Return | $3,793 |
| 2012 | Tax Return | $21,965 |
| 2013 | Tax Return | $51,103 |
| 2014 | Tax Return | $41,882 |
| 2015 | n/a | $41,882 |
| 2016 | n/a | $26,874 |

*Mitigating fringe benefits over the back pay period*
While Mr. Manning indicated in his deposition transcript that he has had some jobs that offered benefits, for the purpose of this report I have assumed no mitigating employment benefits were received by Mr. Manning over the period 2011 through the date of trial.

*Tax Liability*
To estimate the difference in Mr. Manning's tax liability resulting from an award of back pay I have assumed from his 2011-2014 income tax returns that Mr. Manning's his filing status is 'Head of Household, with 4 exemptions and standard deductions.

*Estimate of Loss*
Exhibit 33 - Table (a) presents estimates of Mr. Manning's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 33 - Table (b) presents an adjustment to the back pay award to compensate Mr. Manning for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Manning's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Manning's total loss is estimated to be $200,888.

| | |
|---|---|
| Claimant: | Kenneth Manning |
| Date of Offer of Employment: | April 6, 2011 |

Exhibit 33- Table (a) Estimated Back Pay

| | | Projected Earnings and Benefits | | | | times | equals | less | equals | times | equals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Time Period | Year | Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | Portion of Year | Estimated Lost Income per portion of year | Mitigating Income | Estimated Net Loss per portion of year | Pre-judgment Interest Factor | Yearly Net Loss Adjusted for Interest |
| Past: | | | | | | | | | | | |
| April 20, 2011 | 2011 | $45,761 | $10,431 | $2,288 | $58,480 | 0.70 | $40,774 | $3,793 | $36,981 | 1.1757 | $43,477 |
| | 2012 | $50,654 | $12,395 | $2,533 | $65,582 | 1.00 | $65,582 | $21,965 | $43,617 | 1.1382 | $49,646 |
| | 2013 | $8,864 | $14,573 | $443 | $23,880 | 1.00 | $23,880 | $51,103 | $0 | 1.1020 | $0 |
| | 2014 | $38,442 | $16,864 | $1,922 | $57,228 | 1.00 | $57,228 | $41,882 | $15,346 | 1.0669 | $16,372 |
| | 2015 | $59,513 | $16,881 | $3,571 | $79,965 | 1.00 | $79,965 | $41,882 | $38,083 | 1.0330 | $39,340 |
| August 22, 2016 | 2016 | $59,513 | $17,611 | $3,571 | $80,695 | 0.64 | $51,779 | $26,874 | $24,905 | 1.0000 | $24,905 |
| *Total:* | | $262,747 | $88,755 | $14,328 | $365,830 | 5.34 | $319,208 | $187,499 | $158,931 | | **$173,740** |

| | |
|---|---|
| *Estimated Back Pay* | **$173,740** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$27,148** |
| ***Total Award*** | **$200,888** |

Exhibit 33 - Table (b) Estimated Difference in Tax Liability

| | | Projected Earnings per Portion of Year | | | Mitigating Earnings & Award per Portion of Year | | |
|---|---|---|---|---|---|---|---|
| Time Period | Year | Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
| Past: | | | | | | | |
| April 20, 2011 | 2011 | $31,906 | $3,775 | $1,803 | $3,793 | $0 | $214 |
| | 2012 | $50,654 | $6,256 | $2,862 | $21,965 | $0 | $1,241 |
| | 2013 | $8,864 | $0 | $678 | $51,103 | $3,345 | $3,909 |
| | 2014 | $38,442 | $3,790 | $2,941 | $41,882 | $1,900 | $3,204 |
| | 2015 | $59,513 | $8,097 | $4,553 | $41,882 | $1,837 | $3,204 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $200,614 | $39,425 | $10,256 |
| *Total:* | | $227,566 | $25,630 | $15,758 | $361,239 | $46,507 | $22,029 |
| | | Estimated Total Tax Liability | | $15,758 | Estimated Total Tax Liability | | $22,029 |
| | | | | $25,630 | | | $46,507 |
| | | | | $41,388 | | | $68,536 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $68,536 |
| *Tax Liability on Projected Earnings* | -$41,388 |
| ***Estimated Net Difference in Tax Liability*** | **$27,148** |

**Exhibit 34 James Marquardt - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Lynch's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Marquardt's application for employment with Amsted Rail: AMSTED001108.
- An economic damages summary prepared by the EEOC
- Notes indicating Mr. Lynch's:
  - drug screen pass: AMSTED001851 and
  -nurse screen pass: AMSTED001852.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

The date Mr. Marquardt received a conditional offer of employment was March 1, 2011. The start of back pay is assumed to be two weeks after this date, which is March 15, 2011. No available information suggests that Mr. Marquardt was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Marquardt's back pay is calculated is March 15, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
No information has been provided to me regarding Mr. Marquardt's mitigating earnings over the back pay period. For the purpose of this report he is assumed to have no mitigating earnings from the date of offer of employment from Amsted through the date of trial.

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Marquardt may have received over the back pay period. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Marquardt over the period 2011 through the date of trial.

*Tax Liability*
While I have not been provided tax returns for Mr. Marquardt, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*
Exhibit 34 - Table (a) presents estimates of Mr. Marquardt's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 34 - Table (b) presents an adjustment to the back pay award to compensate Mr. Marquardt for his expected increased tax liability assuming an award of back pay in

the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Marquardt's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Marquardt's total loss is estimated to be $341,750.

Claimant: James Marquardt
Date of Offer of Employment: March 1, 2011

Exhibit 34 - Table (a) Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| March 15, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.79 | $41,218 | $0 | $41,218 | 1.1757 | $48,459 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $0 | $57,680 | 1.1382 | $65,653 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $0 | $14,531 | 1.1020 | $16,013 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $0 | $45,996 | 1.0669 | $49,072 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $0 | $68,741 | 1.0330 | $71,009 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $0 | $44,273 | 1.0000 | $44,273 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.44 | $272,439 | $0 | $272,439 | | **$294,480** |

| | |
|---|---|
| *Estimated Back Pay* | **$294,480** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$47,270** |
| ***Total Award*** | **$341,750** |

Exhibit 34 - Table (b) Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| March 15, 2011 | 2011 | $36,355 | $3,775 | $2,054 | $0 | $0 | $0 |
| | 2012 | $50,654 | $6,256 | $2,862 | $0 | $0 | $0 |
| | 2013 | $8,864 | $0 | $678 | $0 | $0 | $0 |
| | 2014 | $38,442 | $3,790 | $2,941 | $0 | $0 | $0 |
| | 2015 | $59,513 | $8,097 | $4,553 | $0 | $0 | $0 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $294,480 | | $11,617 |
| *Total:* | | $232,015 | $25,630 | $16,009 | $294,480 | $77,292 | $11,617 |
| | | Estimated Total Tax Liability | | $16,009 | Estimated Total Tax Liability | | $11,617 |
| | | | | $25,630 | | | $77,292 |
| | | | | $41,639 | | | $88,909 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $88,909 |
| *Tax Liability on Projected Earnings* | -$41,639 |
| ***Estimated Net Difference in Tax Liability*** | **$47,270** |

**Exhibit 35. Robert McCartney - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. McCartney's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. McCartney's application for employment with Amsted Rail: AMSTED001130.
- A Copy of Mr. McCartney's Damages Interview: EEOC-Amsted 04250.
- Notes indicating Mr. Lynch's:
  - drug screen pass: AMSTED001848, and
  - date of physical hold on employment: AMSTED001850.
- An economic damages summary indicating Mr. McCartney's employment and earnings history for the period prior to applying for a position with Amsted rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. McCartney received a conditional offer of employment from Amsted on February 28, 2011. The start of back pay is assumed to be two weeks after this date, which is March 14, 2011. No available information suggests that Mr. McCartney was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. McCartney's back pay is calculated is March 15, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
Information provided to the EEOC by Mr. McCartney indicates his approximate earnings and wages for 2012 through 2015. Earnings for 2011 were not provided, therefore, mitigating earnings for this year are assumed to be $0. Mr. McCartney indicated he had $4000 from self-employment in 2012 and began working in May that same year for $10 per hour. No average hours worked per week was reported; however, it is assumed in this report Mr. McCartney worked full time, 40 hours per week. It is also assumed in this report that Mr. McCartney's earnings remained constant at $10.00 per hour, 40 hours per week until he changed employers in January 2015. Mr. McCartney's earnings beginning January 2015 are $16.00 per hour, again assuming 40 hours per week. Mr. McCartney's earnings are also assumed to be at the same rate for 2016, adjusted to the end of the back pay period.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| 2011 | n/a | $0 |
| May 2012 – Dec 2012<br>2012 | $10.00/hr, 40 hrs/wk<br>Self-employed | $12,133<br>$4,000 |
| 2013 | $10.00/hr, 40 hrs/wk | $20,800 |
| 2014 | $10.00/hr, 40 hrs/wk | $20,800 |
| 2015 | $16.00/hr, 40 hrs/wk | $33,280 |
| 2016 | n/a | $21,355 |

*Mitigating fringe benefits over the back pay period*

I have not been provided information regarding employment benefits Mr. McCartney may have received over the back pay period. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. McCartney over the period 2011 through the date of trial.

*Tax Liability*

While I have not been provided tax returns for Mr. McCartney, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*

Exhibit 35 - Table (a) presents estimates of Mr. McCartney's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 35 - Table (b) presents an adjustment to the back pay award to compensate Mr. McCartney for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. McCartney's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. McCartney's total loss is estimated to be $210,921.

| | |
|---|---|
| Claimant: | Robert McCartney |
| Date of Offer of Employment: | February 28, 2011 |

Exhibit 35- Table (a) Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| March 14, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.80 | $41,362 | $0 | $41,362 | 1.1757 | $48,629 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $16,133 | $41,547 | 1.1382 | $47,290 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $20,800 | $0 | 1.1020 | $0 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $20,800 | $25,196 | 1.0669 | $26,881 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $33,280 | $35,461 | 1.0330 | $36,631 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $21,355 | $22,918 | 1.0000 | $22,918 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.44 | $272,583 | $112,368 | $166,484 | | **$182,349** |

| | |
|---|---|
| *Estimated Back Pay* | **$182,349** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$28,572** |
| ***Total Award*** | **$210,921** |

Exhibit 35 - Table (b) Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| March 14, 2011 | 2011 | $36,482 | $3,775 | $2,061 | $0 | $0 | $0 |
| | 2012 | $50,654 | $6,256 | $2,862 | $16,133 | $638 | $912 |
| | 2013 | $8,864 | $0 | $678 | $20,800 | $1,174 | $1,591 |
| | 2014 | $38,442 | $3,790 | $2,941 | $20,800 | $1,144 | $1,591 |
| | 2015 | $59,513 | $8,097 | $4,553 | $33,280 | $2,986 | $2,546 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $203,704 | $47,336 | $10,301 |
| *Total:* | | $232,142 | $25,630 | $16,016 | $294,717 | $53,278 | $16,941 |
| | | Estimated Total Tax Liability | | $16,016 | Estimated Total Tax Liability | | $16,941 |
| | | | | $25,630 | | | $53,278 |
| | | | | $41,646 | | | $70,219 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $70,219 |
| *Tax Liability on Projected Earnings* | -$41,646 |
| ***Estimated Net Difference in Tax Liability*** | **$28,572** |

**Exhibit 36 Ryan McKellar - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. McKellar 's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. McKellar application for employment with Amsted Rail: AMSTED001151.
- W-2 Wage and Tax Transcripts from years 2011-2014: EEOC-Amsted 05135, 05147, 05157, 05169.
- IRS form 1040 Individual Income Tax Transcripts from years 2011-2014: EEOC-Amsted 05127, 05141, 05151, 05163
- A Copy of Mr. McKellar's Deposition Transcript.
- Notes indicating Mr. McKellar:
  - drug screen pass: AMSTED001845
- An economic damages summary indicating Mr. McKellar's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. McKellar had received a conditional offer of employment from Amsted on February 25, 2011. The start of back pay is assumed to be two weeks after this date, which is March 10, 2011. No available information suggests that Mr. McKellar was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. McKellar back pay is calculated is February 25, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report; however, Mr. McKellar did indicate that he had health insurance benefits beginning 2011. While Mr. McKellar's health insurance coverage has not been compared to the coverage offered by Amsted Rail, for the purpose of this report projected health insurance benefits are not included in the calculation of back pay. Similarly, the value of the 401(k) match contributions offered by Amsted Rail are not included in the calculation of Mr. McKellar's back pay. This is because Mr. McKellar has received retirement benefits with his employment over the back pay period. More information is needed to determine the value of these benefits to compare with those offered by Amsted; however, for the purpose of this report the value of these benefits is not included as part of projected fringe benefits but this assumption be updated as additional information becomes available.

*Mitigating wage earnings over the back pay period*
W-2 Wage and Tax Statements and tax returns for Mr. McKellar report his mitigating earnings over the back pay period. These earnings are summarized in the following table. Because Mr. McKellar was not employed at the time he applied for a position at Amsted Rail, all of his earnings for 2011 are considered mitigating earnings. Additionally, because Mr. McKellar's W-2's and tax returns are not yet available for 2015, his 2015 earnings are estimated to be the same as his 2014 earnings increased by the rate of growth from 2014 to 2015 of *Median Usual Weekly Earnings* of wage and

salary workers employed full time, all industries, all occupations (Series Id: LES12528815500, LEU0252881500). This growth rate is 3.3% and can be found at the Bureau of Labor Statistics Current Population Survey website: http://www.bls.gov/cps/. Mr. McKellar's 2016 earnings are assumed to equal his 2015 earnings and are adjusted for the date of trial.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| May 2011 – Dec 2011 | W-2's & tax return | $26,478 |
| 2012 | W-2's & tax return | $37,623 |
| 2013 | W-2's & tax return | $24,308 |
| 2014 | W-2's & tax return | $41,209 |
| 2015 | n/a | $42,569 |
| 2016 | n/a | $27,315 |

*Mitigating fringe benefits over the back pay period*
Because Mr. McKellar began receiving health insurance and retirement benefits in 2011, the value of projected lost benefits has not been included in this report. Upon review of the comparability of the benefits Mr. McKellar has received over the back pay period with those offered by Amsted, the values of these benefits may be estimated and this report updated to reflect this difference.

*Tax Liability*
To estimate the difference in Mr. McKellar's tax liability resulting from an award of back pay I have used his filing status "Married filing jointly", with 3 exemptions assuming standard deductions as was indicated on his 2011-2014 tax returns. Additionally, comparing these returns with Mr. McKellar's W-2's shows that his earnings were typically the only household wage earnings each year.

*Estimate of Loss*
Exhibit 36 - Table (a) presents estimates of Mr. McKellar's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 36 - Table (b) presents an adjustment to the back pay award to compensate Mr. McKellar for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. McKellar's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. McKellar's total loss is estimated to be $57,034.

Claimant: Ryan McKellar
Date of Offer of Employment: February 25, 2011

Exhibit 36- Table (a) Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| March 11, 2011 | 2011 | $45,761 | - | - | $45,761 | 0.81 | $36,863 | $26,478 | $10,385 | 1.1757 | $12,209 |
| | 2012 | $50,654 | - | - | $50,654 | 1.00 | $50,654 | $37,623 | $13,031 | 1.1382 | $14,832 |
| | 2013 | $8,864 | - | - | $8,864 | 1.00 | $8,864 | $24,308 | $0 | 1.1020 | $0 |
| | 2014 | $38,442 | - | - | $38,442 | 1.00 | $38,442 | $41,209 | $0 | 1.0669 | $0 |
| | 2015 | $59,513 | - | - | $59,513 | 1.00 | $59,513 | $42,569 | $16,944 | 1.0330 | $17,503 |
| August 22, 2016 | 2016 | $59,513 | - | - | $59,513 | 0.64 | $38,188 | $27,315 | $10,873 | 1.0000 | $10,873 |
| *Total:* | | $262,747 | $0 | $0 | $262,747 | 5.45 | $232,524 | $199,502 | $51,233 | | **$55,417** |

| | |
|---|---|
| *Estimated Back Pay* | **$55,417** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$1,617** |
| ***Total Award*** | **$57,034** |

Exhibit 36 - Table (b) Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| March 11, 2011 | 2011 | $36,863 | $1,416 | $2,083 | $26,478 | $378 | $1,496 |
| | 2012 | $50,654 | $3,233 | $2,862 | $37,623 | $1,432 | $2,126 |
| | 2013 | $8,864 | $0 | $678 | $24,308 | $41 | $1,860 |
| | 2014 | $38,442 | $1,419 | $2,941 | $41,209 | $1,696 | $3,152 |
| | 2015 | $59,513 | $4,314 | $4,553 | $42,569 | $1,797 | $3,257 |
| August 22, 2016 | 2016 | $38,188 | $1,344 | $2,921 | $82,732 | $7,770 | $4,376 |
| *Total:* | | $232,524 | $11,726 | $16,038 | $254,919 | $13,114 | $16,266 |
| | | Estimated Total Tax Liability | | $16,038 | Estimated Total Tax Liability | | $16,266 |
| | | | | $11,726 | | | $13,114 |
| | | | | $27,764 | | | $29,380 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $29,380 |
| *Tax Liability on Projected Earnings* | -$27,764 |
| ***Estimated Net Difference in Tax Liability*** | **$1,617** |

**Exhibit 37 James Miller - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Miller's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Miller's application for employment with Amsted Rail: AMSTED001175.
- A Copy of Mr. Miller's Damages Interview: EEOC-Amsted 04266.
- Notes indicating Mr. Miller's:
  - drug screen pass: AMSTED001882,
  - nurse screen pass: AMSTED001881, and
  - date of physical hold on employment: AMSTED001885.
- An economic damages summary indicating Mr. Miller's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Miller received an offer of employment from Amsted on March 7, 2011. The start of back pay is assumed to be two weeks after this date, which is March 21, 2011. No available information suggests that Mr. Miller was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Miller's back pay is calculated is March 22, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
No information has been provided to me regarding Mr. Miller's mitigating earnings over the back pay period. For the purpose of this report he is assumed to have no mitigating earnings from the date of offer of employment from Amsted through the date of trial.

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Miller may have received over the back pay period. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Miller over the period 2011 through the date of trial.

*Tax Liability*
While I have not been provided tax returns for Mr. Miller, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*
Exhibit 37 - Table (a) presents estimates of Mr. Miller's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 37 - Table (b) presents an adjustment to the back pay award to compensate Mr. Miller for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Miller's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Miller's total loss is estimated to be $340,426.

| | |
|---|---|
| Claimant: | James Miller |
| Date of Offer of Employment: | March 7, 2011 |

Exhibit 37- Table (a) Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| March 21, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.78 | $40,353 | $0 | $40,353 | 1.1757 | $47,443 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $0 | $57,680 | 1.1382 | $65,653 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $0 | $14,531 | 1.1020 | $16,013 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $0 | $45,996 | 1.0669 | $49,072 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $0 | $68,741 | 1.0330 | $71,009 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $0 | $44,273 | 1.0000 | $44,273 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.42 | $271,574 | $0 | $271,574 | | **$293,463** |

| | |
|---|---|
| *Estimated Back Pay* | **$293,463** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$46,963** |
| ***Total Award*** | **$340,426** |

Exhibit 37 - Table (b) Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| March 21, 2011 | 2011 | $35,592 | $3,775 | $2,011 | $0 | $0 | $0 |
| | 2012 | $50,654 | $6,256 | $2,862 | $0 | $0 | $0 |
| | 2013 | $8,864 | $0 | $678 | $0 | $0 | $0 |
| | 2014 | $38,442 | $3,790 | $2,941 | $0 | $0 | $0 |
| | 2015 | $59,513 | $8,097 | $4,553 | $0 | $0 | $0 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $293,463 | $76,957 | $11,602 |
| *Total:* | | $231,252 | $25,630 | $15,966 | $293,463 | $76,957 | $11,602 |
| | | Estimated Total Tax Liability | | $15,966 | Estimated Total Tax Liability | | $11,602 |
| | | | | $25,630 | | | $76,957 |
| | | | | $41,596 | | | $88,559 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $88,559 |
| *Tax Liability on Projected Earnings* | -$41,596 |
| ***Estimated Net Difference in Tax Liability*** | **$46,963** |

**Exhibit 38 Ramiro Munoz - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Munoz's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Munoz's application for employment with Amsted Rail: AMSTED001199.
- A Copy of Mr. Munoz's Damages Interview: EEOC-Amsted 04269.
- Notes indicating Mr. Munoz's:
  - drug screen pass: AMSTED001887 and
  -nurse screen pass: AMSTED001888.
- An economic damages summary indicating Mr. Munoz's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Munoz received an offer of employment from Amsted on March 9, 2011. The start of back pay is assumed to be two weeks after this date, which is March 23, 2011. No available information suggests that Mr. Munoz's was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Munoz's back pay is calculated is March 23, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
W-2 Wage and Tax Statements and tax returns have not been provided for Mr. Munoz's earnings history over the back pay period; however, he did report some information about his earnings to the EEOC. The hourly earnings he reported for 2011 and 2012 and for 2013 to the present are summarized in the table below. It was assumed in this report that Mr. Munoz worked 40 hours per week, and that his earnings have been at the same reported rate of pay since he began his position with his employer in January 2013. 2016 earnings are adjusted for the end of the back pay period, which is the trial date.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| 2011 | $12.12/hr, 40 hrs/wk. | $19,467 |
| Jan 2012 – Nov 2012<br>Nov 2012 – Dec 2012 | $12.12/hr, 40 hrs/wk.<br>Unemployed | $22,479<br>$0 |
| 2013 | $14.60/hr, 40 hrs/wk. | $30,368 |
| 2014 | $14.60/hr, 40 hrs/wk. | $30,368 |
| 2015 | n/a | $30,368 |
| 2016 | n/a | $19,486 |

*Mitigating fringe benefits over the back pay period*

I have not been provided information regarding employment benefits Mr. Munoz may have received over the back pay period. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Munoz over the period 2011 through the date of trial.

*Tax Liability*

While I have not been provided tax returns for Mr. Munoz, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*

Exhibit 38 - Table (a) presents estimates of Mr. Munoz's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 38 - Table (b) presents an adjustment to the back pay award to compensate Mr. Munoz for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Munoz's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Munoz's total loss is estimated to be $169,461.

| | |
|---|---|
| Claimant: | Ramiro Munoz |
| Date of Offer of Employment: | March 9, 2011 |

Exhibit 38- Table (a) Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| March 23, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.77 | $40,065 | $19,467 | $20,598 | 1.1757 | $24,217 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $22,479 | $35,201 | 1.1382 | $40,067 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $30,368 | $0 | 1.1020 | $0 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $30,368 | $15,628 | 1.0669 | $16,673 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $30,368 | $38,373 | 1.0330 | $39,639 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $19,486 | $24,787 | 1.0000 | $24,787 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.41 | $271,286 | $152,536 | $134,587 | | **$145,383** |

| | |
|---|---|
| *Estimated Back Pay* | **$145,383** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$24,078** |
| ***Total Award*** | **$169,461** |

Exhibit 38 - Table (b) Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| March 23, 2011 | 2011 | $35,338 | $3,775 | $1,997 | $19,467 | $1,070 | $1,100 |
| | 2012 | $50,654 | $6,256 | $2,862 | $22,479 | $1,474 | $1,270 |
| | 2013 | $8,864 | $0 | $678 | $30,368 | $2,609 | $2,323 |
| | 2014 | $38,442 | $3,790 | $2,941 | $30,368 | $2,579 | $2,323 |
| | 2015 | $59,513 | $8,097 | $4,553 | $30,368 | $2,549 | $2,323 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $164,869 | $36,302 | $9,738 |
| *Total:* | | $230,998 | $25,630 | $15,952 | $297,919 | $46,583 | $19,077 |
| | | Estimated Total Tax Liability | | $15,952 | Estimated Total Tax Liability | | $19,077 |
| | | | | $25,630 | | | $46,583 |
| | | | | $41,582 | | | $65,660 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $65,660 |
| *Tax Liability on Projected Earnings* | -$41,582 |
| ***Estimated Net Difference in Tax Liability*** | **$24,078** |

**Exhibit 39 John Offerman - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Offerman's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Offerman's application for employment with Amsted Rail: AMSTED000117.
- W-2 Wage and Tax Transcripts from years 2012-2014: EEOC-Amsted 04683, 04693, 04703.
- IRS form 1040 Individual Income Tax Transcripts from years 2011-2014: EEOC-Amsted 04671, 04679, 04687, 04697
- A copy of Mr. Offerman's Deposition Transcript.
- Notes indicating Mr. Offerman's:
  - drug screen pass: AMSTED001803,
  -nurse screen pass:AMSTED001804, and
  -date of physical hold on employment: AMSTED001807.
- An economic damages summary indicating Mr. Offerman's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Offerman received an offer of employment from Amsted on February 14, 2011. The start of back pay is assumed to be two weeks after this date, which is February 28, 2011. No available information suggests that Mr. Offerman was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Offerman's back pay is calculated is February 28, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report; however, Mr. Offerman indicated that has received health insurance benefits since May 2012. While a comparison of the health insurance benefits Mr. Offerman currently has with those offered by Amsted Rail has not been conducted, for the purpose of this report the value of projected health insurance benefits beginning May 2012 is not included in this report. Projected health insurance for 2011 and January to May 2012 is valued at the 'Employee + Spouse' rate. These assumptions may be updated if additional information is received.

*Mitigating wage earnings over the back pay period*
W-2 Wage and Tax Statements and tax returns for Mr. Offerman for 2011 through 2014 show his mitigating earnings during a portion of the back pay period. Unfortunately, a tax return for Mr. Offerman is not available for 2011, and the wage and tax statement has income information from his employer in 2011, Hunter Construction, redacted. Additionally, Mr. Offerman reported to the EEOC and in his deposition testimony that he had additional income during 2011 and 2012 from casual labor. Without further information it is not possible to estimate Mr. Offerman's earnings for 2011, therefore, for the purpose of this report his mitigating earnings for this year of the back pay period are assumed to be $0. Tax returns and W-2's for Mr. Offerman do, however, state his mitigating earnings for part of 2012 through 2014. Mr. Offerman's 2015 earnings are then assumed

to be equal to his 2014 earnings increased by the rate of growth from 2014 to 2015 of Median Usual Weekly Earnings of wage and salary workers employed full time, all industries, all occupations (Series Id: LES1252881500, LEU252881500). This growth rate is 3.3% and can be found at the Bureau of Labor Statistics Current Population Survey website: http://www.bls.gov/cps. Mr. Offerman's 2016 earnings are assumed to equal his 2015 earnings adjusted for the end of the back pay period, which is the date of trial. Assumed mitigating earnings may need to be revised if additional information becomes available.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| 2011 | n/a | $0 |
| Jan 2012 – April 2012<br>May 2012 – Dec 2012 | n/a<br>W-2's & tax return | $0<br>$17,783 |
| 2013 | W-2's & tax return | $31,965 |
| 2014 | W-2's & tax return | $39,243 |
| 2015 | n/a | $40,538 |
| 2016 | n/a | $26,012 |

*Mitigating fringe benefits over the back pay period*
This analysis of loss assumes Mr. Offerman received health insurance benefits similar to those offered by Amsted Rail beginning May 2012.

*Tax Liability*
To estimate the difference in Mr. Offerman's tax liability resulting from an award of back pay I have assumed his filing status is 'Married filing jointly' with 2 exemptions, which according to his tax records was his filing status over the back pay period. Additionally, Mr. Offerman's tax returns indicate that his wage earnings constituted all wage earnings in their household from 2011 to 2014.

*Estimate of Loss*
Exhibit 39 - Table (a) presents estimates of Mr. Offerman's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 39 - Table (b) presents an adjustment to the back pay award to compensate Mr. Offerman for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Offerman's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Offerman's total loss is estimated to be $158,171.

| | |
|---|---|
| Claimant: | John Offerman |
| Date of Offer of Employment: | February 14, 2011 |

Exhibit 39- Table (a) Estimated Back Pay

| | | Projected Earnings and Benefits | | | | times | equals | less | equals | times | equals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Time Period | Year | Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | Portion of Year | Estimated Lost Income per portion of year | Mitigating Income | Estimated Net Loss per portion of year | Pre-judgment Interest Factor | Yearly Net Loss Adjusted for Interest |
| Past: | | | | | | | | | | | |
| February 28, 2011 | 2011 | $45,761 | $7,368 | $2,288 | $55,417 | 0.84 | $46,335 | $0 | $46,335 | 1.1757 | $54,475 |
| | 2012 | $50,654 | $2,893 | $2,533 | $56,080 | 1.00 | $56,080 | $17,783 | $38,297 | 1.1382 | $43,591 |
| | 2013 | $8,864 | - | $443 | $9,307 | 1.00 | $9,307 | $31,965 | $0 | 1.1020 | $0 |
| | 2014 | $38,442 | - | $1,922 | $40,364 | 1.00 | $40,364 | $39,243 | $1,121 | 1.0669 | $1,196 |
| | 2015 | $59,513 | - | $3,571 | $63,084 | 1.00 | $63,084 | $40,538 | $22,546 | 1.0330 | $23,290 |
| August 22, 2016 | 2016 | $59,513 | - | $3,571 | $63,084 | 0.64 | $40,479 | $26,012 | $14,467 | 1.0000 | $14,467 |
| *Total:* | | $262,747 | $10,261 | $14,328 | $287,336 | 5.48 | $255,649 | $155,541 | $122,765 | | **$137,018** |

| | |
|---|---|
| *Estimated Back Pay* | **$137,018** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$21,153** |
| ***Total Award*** | **$158,171** |

Exhibit 39 - Table (b) Estimated Difference in Tax Liability

| | | Projected Earnings per Portion of Year | | | Mitigating Earnings & Award per Portion of Year | | |
|---|---|---|---|---|---|---|---|
| Time Period | Year | Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
| Past: | | | | | | | |
| February 28, 2011 | 2011 | $38,261 | $2,039 | $2,162 | $0 | $0 | $0 |
| | 2012 | $50,654 | $3,803 | $2,862 | $17,783 | $0 | $1,005 |
| | 2013 | $8,864 | $0 | $678 | $31,965 | $1,197 | $2,445 |
| | 2014 | $38,442 | $1,814 | $2,941 | $39,243 | $1,934 | $3,002 |
| | 2015 | $59,513 | $4,914 | $4,553 | $40,538 | $2,068 | $3,101 |
| August 22, 2016 | 2016 | $38,188 | $1,749 | $2,921 | $163,030 | $27,125 | $9,711 |
| *Total:* | | $233,922 | $14,319 | $16,117 | $292,559 | $32,324 | $19,264 |
| | | Estimated Total Tax Liability | | $16,117 | Estimated Total Tax Liability | | $19,264 |
| | | | | $14,319 | | | $32,324 |
| | | | | $30,436 | | | $51,588 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $51,588 |
| *Tax Liability on Projected Earnings* | -$30,436 |
| ***Estimated Net Difference in Tax Liability*** | **$21,153** |

**Exhibit 40 Trevor Patt - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Patt's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Patt's application for employment with Amsted Rail: AMSTED001228.
- A Copy of Mr. Patt's Damages Interview: EEOC-Amsted 04314.
- IRS 1040 Income Tax Return Transcripts from years 2011-2014: EEOC-Amsted 05524, 05534, 05544, 05555.
- W-2 Wage and Tax Transcripts from years 2011-2014: EEOC-Amsted 05528, 05538, 05548, 05559
- Notes indicating Mr. Patt's:
  - drug screen pass: AMSTED001908,
  - nurse screen pass: AMSTED001909, and
  - date of physical hold on employment: AMSTED001911.
- An economic damages summary indicating Mr. Patt's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Patt received a conditional offer of employment from Amsted on July 11, 2011. The start of back pay is assumed to be two weeks after this date, which is July 25, 2011. No available information suggests that Mr. Patt was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Patt's back pay is calculated is July 25, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
W-2 Wage and Tax statements and tax returns were provided for Mr. Patt for years 2011 through 2014. Because Mr. Patt was employed at the time he applied to Amsted Rail his 2011 earnings are adjusted for the assumed start date of the back pay period. Additionally, Mr. Patt's earnings for 2015 and 2016 are assumed to be equal to his 2014 earnings as reported on his tax return, and his 2016 earnings are adjusted for the end of the back pay period, which is the date of trial.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| 2011 | W-2's & tax returns | $9,297 |
| 2012 | W-2's & tax returns | $15,615 |
| 2013 | W-2's & tax returns | $21,301 |
| 2014 | W-2's & tax returns | $25,469 |
| 2015 | n/a | $25,469 |
| 2016 | n/a | $16,343 |

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Patt may have received over the back pay period. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Patt over the period 2011 through the date of trial.

*Tax Liability*
To estimate the difference in Mr. Patt's tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*
Exhibit 40 - Table (a) presents estimates of Mr. Patt's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 40 - Table (b) presents an adjustment to the back pay award to compensate Mr. Patt for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Patt's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Patt's total loss is estimated to be $178,437.

| | |
|---|---|
| Claimant: | Trevor Patt |
| Date of Offer of Employment: | July 11, 2011 |

Exhibit 40- Table (a) Estimated Back Pay

| | | Projected Earnings and Benefits | | | | *times* | *equals* | *less* | *equals* | *times* | *equals* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Time Period | Year | Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | Portion of Year | Estimated Lost Income per portion of year | Mitigating Income | Estimated Net Loss per portion of year | Pre-judgment Interest Factor | Yearly Net Loss Adjusted for Interest |
| Past: | | | | | | | | | | | |
| July 25, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.43 | $22,483 | $9,297 | $13,186 | 1.1757 | $15,502 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $15,615 | $42,065 | 1.1382 | $47,879 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $21,301 | $0 | 1.1020 | $0 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $25,469 | $20,527 | 1.0669 | $21,900 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $25,469 | $43,272 | 1.0330 | $44,700 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $16,343 | $27,930 | 1.0000 | $27,930 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.08 | $253,703 | $113,494 | $146,979 | | **$157,911** |

| | |
|---|---|
| *Estimated Back Pay* | **$157,911** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$20,526** |
| ***Total Award*** | **$178,437** |

Exhibit 40 - Table (b) Estimated Difference in Tax Liability

| | | Projected Earnings per Portion of Year | | | Mitigating Earnings & Award per Portion of Year | | |
|---|---|---|---|---|---|---|---|
| Time Period | Year | Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
| Past: | | | | | | | |
| July 25, 2011 | 2011 | $19,830 | $3,775 | $1,120 | $9,297 | $0 | $525 |
| | 2012 | $50,654 | $6,256 | $2,862 | $15,615 | $587 | $882 |
| | 2013 | $8,864 | $0 | $678 | $21,301 | $1,249 | $1,630 |
| | 2014 | $38,442 | $3,790 | $2,941 | $25,469 | $1,844 | $1,948 |
| | 2015 | $59,513 | $8,097 | $4,553 | $25,469 | $1,814 | $1,948 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $174,254 | $38,930 | $9,874 |
| *Total:* | | $215,490 | $25,630 | $15,075 | $271,405 | $44,424 | $16,807 |
| | | Estimated Total Tax Liability | | $15,075 | Estimated Total Tax Liability | | $16,807 |
| | | | | $25,630 | | | $44,424 |
| | | | | $40,705 | | | $61,231 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $61,231 |
| *Tax Liability on Projected Earnings* | -$40,705 |
| ***Estimated Net Difference in Tax Liability*** | **$20,526** |

**Exhibit 41 Aaron Rives (deceased) - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Rives's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Rives's application for employment with Amsted Rail: AMSTED001251.
- Biographical Information about Mr. Rives: EEOC-Amsted 04320.
- Notes indicating Mr. Rives's:
  - drug screen pass: AMSTED001866,
  -nurse screen hold: AMSTED001867,
  -nurse screen pass: AMSTED001895, and
  - date of physical hold on employment: AMSTED001898.
- An economic damages summary indicating Mr. Rives employment and earnings history for the period prior to applying for a position at Amsted Rail through the date of his death.

*Back pay period*
Mr. Rives received a conditional offer of employment from Amsted on March 2, 2011. The start of back pay is assumed to be two weeks after this date, which is March 16, 2011; however, Mr. Rives died June 29, 2012, therefore back pay is calculated for Mr. Rives beginning March 2, 2011 through the date of his death.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
No information is available regarding Mr. Rives's mitigating earnings from the start of the back pay period through the time of his death in June 2012. For the purpose of this report Mr. Rives is assumed to have no mitigating earnings during this period.

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Rives may have received over the back pay period. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Rives over the period 2011 through the date of trial.

*Tax Liability*
While I have not been provided tax returns for Mr. Rives, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption. Of course, because Mr. Rives is deceased, this assumption may not accurately reflect the tax consequences of a back pay award to his estate, and may need to be revised if additional information becomes available.

*Estimate of Loss*
Exhibit 41 - Table (a) presents estimates of Mr. Rives's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 41 - Table (b) presents an adjustment to the back pay award to

compensate Mr. Rives for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Rives's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Rives's total loss is estimated to be $90,548.

| | |
|---|---|
| Claimant: | Aaron Rives (deceased) |
| Date of Offer of Employment: | March 2, 2011 |

Exhibit 41- Table (a) Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| March 16, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.79 | $41,074 | $0 | $41,074 | 1.1757 | $48,290 |
| June 29, 2012 | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 0.49 | $28,519 | $0 | $28,519 | 1.1382 | $32,462 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 0.00 | $0 | $0 | $0 | 1.1020 | $0 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 0.00 | $0 | $0 | $0 | 1.0669 | $0 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 0.00 | $0 | $0 | $0 | 1.0330 | $0 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.00 | $0 | $0 | $0 | 1.0000 | $0 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 1.29 | $69,593 | $0 | $69,593 | | **$80,751** |

| | |
|---|---|
| *Estimated Back Pay* | **$80,751** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$9,797** |
| ***Total Award*** | **$90,548** |

Exhibit 41 - Table (b) Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| March 16, 2011 | 2011 | $36,227 | $3,775 | $2,047 | $0 | | $0 |
| | 2012 | $25,046 | $1,859 | $1,415 | $0 | | $0 |
| | 2013 | $0 | $0 | $0 | $0 | | $0 |
| | 2014 | $0 | $0 | $0 | $0 | | $0 |
| | 2015 | $0 | $0 | $0 | $0 | | $0 |
| August 22, 2016 | 2016 | $0 | $0 | $0 | $80,751 | $13,407 | $5,486 |
| *Total:* | | $61,273 | $5,634 | $3,462 | $80,751 | $13,407 | $5,486 |
| | | Estimated Total Tax Liability | | $3,462 | Estimated Total Tax Liability | | $5,486 |
| | | | | $5,634 | | | $13,407 |
| | | | | $9,096 | | | $18,893 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $18,893 |
| *Tax Liability on Projected Earnings* | -$9,096 |
| ***Estimated Net Difference in Tax Liability*** | **$9,797** |

**Exhibit 42. Michael Robinson - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Robinson's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Robinson's application for employment with Amsted Rail: AMSTED001275.
- A Copy of Mr. Robinson's Deposition Transcript.
- Copies of Mr. Robinson's Fedral and State Tax Returns for years 2011-2014: EEOC-Amsted 04526, 04557, 04580, 04613.
- Notes indicating Mr. Offerman's:
  - drug screen pass: AMSTED001902 and
  - nurse screen pass: AMSTED001901.
- An economic damages summary indicating Mr. Robinson's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Robinson had received an offer of employment from Amsted on April 6, 2011. The start of back pay is assumed to be two weeks after this date, which is April 20, 2011. No available information suggests that Mr. Robinson was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Robinson's back pay is calculated is April 20, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee. Mr. Rives's tax records indicate that he may have other dependents; however, for the purpose of this report, single health insurance coverage is assumed. This assumption may be revised if additional information becomes available.

*Mitigating wage earnings over the back pay period*
Tax statements were provided for Mr. Robinson for the years 2011 through 2014. These statements are used to determine Mr. Robinson's mitigating earnings over the back pay period. Additionally, based on information Mr. Robinson provided the EEOC, part of Mr. Robinson's earnings for 2011 were attributable to the period prior to his application for employment with Amsted Rail. W-2's are not available for 2011; however, the portion of 2011 earnings that should be excluded from mitigating earnings can be estimated from the wage information provided for this employer by Mr. Robinson. Based on the provided wage rate of $10.00 per hour, assuming 40 hours of work per week for the period January 1, 2011 through March 2, 2011, Mr. Robinson's 2011 income should be reduced by $3,524 to arrive at an estimate of his mitigating earnings of $5,508. Also, because no information is available regarding Mr. Robinson's earnings in 2015 or 2016, mitigating earnings for these years is assumed to be $0. The following table summarizes Mr. Robinson's yearly estimated mitigating earnings:

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| 2011 | Tax return | $5,508 |
| 2012 | Tax return | $14,348 |
| 2013 | Tax return | $9,046 |
| 2014 | Tax return | $12,008 |
| 2015 | n/a | $0 |
| 2016 | n/a | $0 |

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Rives may have received over the back pay period. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Rives over the period 2011 through the date of trial.

*Tax Liability*
Mr. Rives tax liability resulting from an award of back pay is calculated using the same filing statuses that used each year of the back pay period: Head of household with 2 exemptions in 2011, Single with 1 exemption in 2012, Head of household with 2 exemptions in 2012, and Single with 1 exemption in 2014. This is also his assumed status for 2015 and 2016.

*Estimate of Loss*
Exhibit 42 - Table (a) presents estimates of Mr. Rives's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 42 - Table (b) presents an adjustment to the back pay award to compensate Mr. Rives for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Rives's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Rives's total loss is estimated to be $278,098.

Claimant: Michael Robinson
Date of Offer of Employment: April 6, 2011

Exhibit 42- Table (a) Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| April 20, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.70 | $36,174 | $5,508 | $30,666 | 1.1757 | $36,053 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $14,348 | $43,332 | 1.1382 | $49,321 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $9,046 | $5,485 | 1.1020 | $6,045 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $12,008 | $33,988 | 1.0669 | $36,261 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $0 | $68,741 | 1.0330 | $71,009 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $0 | $44,273 | 1.0000 | $44,273 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.34 | $267,395 | $40,910 | $226,485 | | **$242,963** |

| | |
|---|---|
| *Estimated Back Pay* | **$242,963** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$35,135** |
| ***Total Award*** | **$278,098** |

Exhibit 42 - Table (b) Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| April 20, 2011 | 2011 | $31,906 | $1,793 | $1,803 | $5,508 | $0 | $311 |
| | 2012 | $50,654 | $6,256 | $2,862 | $14,348 | $460 | $811 |
| | 2013 | $8,864 | $0 | $678 | $9,046 | $0 | $692 |
| | 2014 | $38,442 | $3,790 | $2,941 | $12,008 | $186 | $919 |
| | 2015 | $59,513 | $8,097 | $4,553 | $0 | $0 | $0 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $242,963 | $60,292 | $10,870 |
| *Total:* | | $227,566 | $23,648 | $15,758 | $283,873 | $60,938 | $13,602 |
| | | Estimated Total Tax Liability | | $15,758 | Estimated Total Tax Liability | | $13,602 |
| | | | | $23,648 | | | $60,938 |
| | | | | $39,406 | | | $74,540 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $74,540 |
| *Tax Liability on Projected Earnings* | -$39,406 |
| ***Estimated Net Difference in Tax Liability*** | **$35,135** |

**Exhibit 43 Steven Rommerskirchen - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Rommerskirchen's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Rommerskirchen's application for employment with Amsted Rail: AMSTED001301.
- Notes indicating Mr. Rommerskirchen's:
  - drug screen pass: AMSTED001825 and
  - date of physical hold on employment: AMSTED001837.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

The date Mr. Rommerskirchen received an offer of employment from Amsted has not been provided to me as of the date of this report. However, records indicate an offer was withdrew on March 3, 2011. The start of back pay is assumed to be two weeks after this date, which is March 17, 2011. No available information suggests that Mr. Rommerskirchen was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Rommerskirchen's back pay is calculated is March 17, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
No information has been provided to me regarding Mr. Rommerskirchen's mitigating earnings over the back pay period. For the purpose of this report he is assumed to have no mitigating earnings from the date of offer of employment from Amsted through the date of trial.

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Rommerskirchen may have received over the back pay period. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Rommerskirchen over the period 2011 through the date of trial.

*Tax Liability*
While I have not been provided tax returns for Mr. Rommerskirchen, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*
Exhibit 43 - Table (a) presents estimates of Mr. Rommerskirchen's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 43 - Table (b) presents an adjustment to the back pay award to compensate Mr. Rommerskirchen for his expected increased tax liability assuming an award of back

pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Rommerskirchen's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Rommerskirchen's total loss is estimated to be $341,308.

| | |
|---|---|
| Claimant: | Steven Rommerskirchen |
| Date of Offer of Employment: | March 3, 2011 |

Exhibit 43- Table (a) Estimated Back Pay

| | | Projected Earnings and Benefits | | | | *times* | *equals* | *less* | *equals* | *times* | *equals* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Time Period | Year | Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | Portion of Year | Estimated Lost Income per portion of year | Mitigating Income | Estimated Net Loss per portion of year | Pre-judgment Interest Factor | Yearly Net Loss Adjusted for Interest |
| Past: | | | | | | | | | | | |
| March 17, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.79 | $40,930 | $0 | $40,930 | 1.1757 | $48,120 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $0 | $57,680 | 1.1382 | $65,653 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $0 | $14,531 | 1.1020 | $16,013 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $0 | $45,996 | 1.0669 | $49,072 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $0 | $68,741 | 1.0330 | $71,009 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $0 | $44,273 | 1.0000 | $44,273 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.43 | $272,151 | $0 | $272,151 | | **$294,141** |

| | |
|---|---|
| *Estimated Back Pay* | **$294,141** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$47,167** |
| ***Total Award*** | **$341,308** |

Exhibit 43 - Table (b) Estimated Difference in Tax Liability

| | | Projected Earnings per Portion of Year | | | Mitigating Earnings & Award per Portion of Year | | |
|---|---|---|---|---|---|---|---|
| Time Period | Year | Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
| Past: | | | | | | | |
| March 17, 2011 | 2011 | $36,100 | $3,775 | $2,040 | $0 | | $0 |
| | 2012 | $50,654 | $6,256 | $2,862 | $0 | | $0 |
| | 2013 | $8,864 | $0 | $678 | $0 | | $0 |
| | 2014 | $38,442 | $3,790 | $2,941 | $0 | | $0 |
| | 2015 | $59,513 | $8,097 | $4,553 | $0 | | $0 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $294,141 | $77,180 | $11,612 |
| *Total:* | | $231,761 | $25,630 | $15,995 | $294,141 | $77,180 | $11,612 |
| | | Estimated Total Tax Liability | | $15,995 | Estimated Total Tax Liability | | $11,612 |
| | | | | $25,630 | | | $77,180 |
| | | | | $41,625 | | | $88,792 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $88,792 |
| *Tax Liability on Projected Earnings* | -$41,625 |
| ***Estimated Net Difference in Tax Liability*** | **$47,167** |

**Exhibit 44. Kevin Sanders - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Sanders's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- A Copy of Mr. Sander's Deposition Transcript.
- Notes indicating Mr. Sander's:
  - drug screen pass: AMSTED001816,
  - nurse screen pass: AMSTED001815, and
  - date of physical hold on employment: AMSTED001819.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

The date Mr. Sanders received an offer of employment from Amsted has not been provided to me as of the date of this report. However, records indicate a physical hold was placed on February 17, 2011. The start of back pay is assumed to be two weeks after this date, which is March 3, 2011. No available information suggests that Mr. Sanders was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Sanders's back pay is calculated is March 3, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
While Mr. Sanders had been employment for varying lengths of time from 2011 to 2015, I have not been provided enough information to determine his mitigating earnings over the back pay period. For the purpose of this report he is assumed to have no mitigating earnings from the date of offer of employment from Amsted through the date of trial. This assumption will be revised as additional information becomes available.

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Sanders may have received over the back pay period. However, with his work history it is unlikely that Mr. Sanders did receive any benefits of this type. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Sanders over the period 2011 through the date of trial.

*Tax Liability*
While I have not been provided tax returns for Mr. Sanders, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*

Exhibit 44 - Table (a) presents estimates of Mr. Sanders's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 44 - Table (b) presents an adjustment to the back pay award to compensate Mr. Sanders for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Sanders's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Sanders's total loss is estimated to be $344,397.

Claimant: Kevin Sanders
Date of Offer of Employment: February 17, 2011

**Exhibit 44- Table (a)** Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| March 3, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.83 | $42,948 | $0 | $42,948 | 1.1757 | $50,493 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $0 | $57,680 | 1.1382 | $65,653 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $0 | $14,531 | 1.1020 | $16,013 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $0 | $45,996 | 1.0669 | $49,072 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $0 | $68,741 | 1.0330 | $71,009 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $0 | $44,273 | 1.0000 | $44,273 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.47 | $274,168 | $0 | $274,168 | | **$296,513** |

| | |
|---|---|
| *Estimated Back Pay* | **$296,513** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$47,884** |
| ***Total Award*** | **$344,397** |

**Exhibit 44 - Table (b)** Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| March 3, 2011 | 2011 | $37,880 | $3,775 | $2,140 | $0 | | $0 |
| | 2012 | $50,654 | $6,256 | $2,862 | $0 | | $0 |
| | 2013 | $8,864 | $0 | $678 | $0 | | $0 |
| | 2014 | $38,442 | $3,790 | $2,941 | $0 | | $0 |
| | 2015 | $59,513 | $8,097 | $4,553 | $0 | | $0 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $296,513 | $77,963 | $11,646 |
| *Total:* | | $233,540 | $25,630 | $16,095 | $296,513 | $77,963 | $11,646 |
| | | Estimated Total Tax Liability | | $16,095 | Estimated Total Tax Liability | | $11,646 |
| | | | | $25,630 | | | $77,963 |
| | | | | $41,725 | | | $89,609 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $89,609 |
| *Tax Liability on Projected Earnings* | -$41,725 |
| ***Estimated Net Difference in Tax Liability*** | **$47,884** |

**Exhibit 45 Joseph Smith - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Smith's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Smith's application for employment with Amsted Rail: AMSTED001357.
- Notes indicating Mr. Smith's:
  - drug screen pass: AMSTED001798,
  - nurse screen pass: AMSTED001797, and
  - date of physical hold on employment: AMSTED001796.
- An economic damages summary indicating Mr. Smith's employment and earnings history for the period prior to applying for a position with Amsted Rail to the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Smith received an offer of employment from on February 8, 2011. The start of back pay is assumed to be two weeks after this date, which is February 22, 2011. No available information suggests that Mr. Smith was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Smith's back pay is calculated is February 23, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
While I have been provided some information regarding Mr. Smith's employers and possible rates of pay, I do not have enough information to estimate Mr. Smith's earnings over the back pay period. For the purpose of this report he is assumed to have no mitigating earnings from the date of offer of employment from Amsted through the date of trial.

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Smith may have received over the back pay period. However, with his work history it is unlikely that Mr. Smith did receive any benefits of this type. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Smith over the period 2011 through the date of trial.

*Tax Liability*
While I have not been provided tax returns for Mr. Smith, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*
Exhibit 45 - Table (a) presents estimates of Mr. Smith's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 45 - Table (b) presents an adjustment to the back pay award to compensate Mr. Smith for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Smith's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Smith's total loss is estimated to be $346,824.

Claimant: Joseph Smith
Date of Offer of Employment: February 8, 2011

Exhibit 45- Table (a) Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| February 22, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.86 | $44,533 | $0 | $44,533 | 1.1757 | $52,356 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $0 | $57,680 | 1.1382 | $65,653 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $0 | $14,531 | 1.1020 | $16,013 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $0 | $45,996 | 1.0669 | $49,072 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $0 | $68,741 | 1.0330 | $71,009 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $0 | $44,273 | 1.0000 | $44,273 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.50 | $275,754 | $0 | $275,754 | | **$298,377** |

| | |
|---|---|
| *Estimated Back Pay* | **$298,377** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$48,447** |
| ***Total Award*** | **$346,824** |

Exhibit 45 - Table (b) Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| February 22, 2011 | 2011 | $39,278 | $3,775 | $2,219 | $0 | | $0 |
| | 2012 | $50,654 | $6,256 | $2,862 | $0 | | $0 |
| | 2013 | $8,864 | $0 | $678 | $0 | | $0 |
| | 2014 | $38,442 | $3,790 | $2,941 | $0 | | $0 |
| | 2015 | $59,513 | $8,097 | $4,553 | $0 | | $0 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $298,377 | $78,578 | $11,673 |
| *Total:* | | $234,939 | $25,630 | $16,174 | $298,377 | $78,578 | $11,673 |
| | | Estimated Total Tax Liability | | $16,174 | Estimated Total Tax Liability | | $11,673 |
| | | | | $25,630 | | | $78,578 |
| | | | | $41,804 | | | $90,251 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $90,251 |
| *Tax Liability on Projected Earnings* | -$41,804 |
| ***Estimated Net Difference in Tax Liability*** | **$48,447** |

**Exhibit 46 Dwight Snelson - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Snelson's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Snelson's application for employment with Amsted Rail: AMSTED001381.
- A Copy of Mr. Snelson's Damages Summary Interview.
- Various W-2 Wage and Tax Statements from years 2010-2014: EEOC-Amsted04514, 04518, 04519, 04520, 04521, 04522.
- Various 1099's from 2010: EEOC-Amsted04514.
- IRS 1040 Income Tax Return Transcripts from years 2011-2014: EEOC-Amsted05197, 05202, 05208, 05216.
- Notes indicating Mr. Snelson's:
  - drug screen pass: AMSTED001846,
  - nurse screen pass: AMSTED001847, and
  - date of physical hold on employment: AMSTED001871.
- An economic damages summary indicating Mr. Snelson's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Snelson received an offer of employment from Amsted on February 28, 2011. The start of back pay is assumed to be two weeks after this date, which is March 14, 2011. No available information suggests that Mr. Snelson was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Snelson's back pay is calculated is March 14, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report. Mr. Snelson is married and has children and may have chosen family health insurance coverage with Amsted Rail, however his wife also has health insurance coverage from her employer. Without additional information it is not possible to determine the value of projected health insurance for Mr. Snelson and this is not included in the calculation of back pay in this report. This assumption may be revised if additional information becomes available.

*Mitigating wage earnings over the back pay period*
W-2 Wage and Tax Statements and tax returns for Mr. Snelson were provided for 2011 through 2014. Mr. Snelson had a variety of employers over the back pay period and was employed at the time he was initially offered a position with Amsted Rail. Based on this information, Mr. Snelson's 2011 earnings are adjusted for the start date of the back pay period to arrive at an estimate of mitigating earnings over the relevant period of 2011. Additionally, Mr. Snelson's mitigating earnings for 2012, 2013 and 2014 are based on his W-2 earnings for these years. 2015 mitigating earnings are based on his reported earnings at his current employer. This rate is $15.84 per hour, and full time employment of 40 hours per week is assumed. Mitigating earnings for 2016 are assumed to be

same as 2015 earnings, adjusted for the end of the back pay period. The following table summarizes the back pay estimates used in this report.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| 2011 | Tax return | $13,095 |
| 2012 | Tax return | $27,502 |
| 2013 | Tax return | $21,958 |
| 2014 | Tax return | $25,513 |
| 2015 | $15.84/hr, 40 hrs/wk | $32,947 |
| 2016 | n/a | $21,141 |

*Mitigating fringe benefits over the back pay period*
Mr. Snelson did have some health care coverage with various employers over the back pay period; however, without additional information I cannot value this fringe benefit and it is not included in this report. This assumption may be revised if additional information becomes available.

*Tax Liability*
Mr. Snelson's tax records show that he had various tax filing statuses over the back pay period. In this analysis of tax liability, I have used his status and exemptions as reported each year of the back pay period and assumed that his tax status for 2015 and 2016 would be the same as his 2014 status. From his tax returns, Mr. Snelson filed as the following: Single with 1 exemption in 2011, Head of household with 4 exemptions in 2012, Head of household with 4 exemptions in 2013, and Head of Household with 3 exemptions in 2014. Additionally, while I do not have income information for Mr. Snelson's wife, their tax returns her taxable income is assumed to be minimal in this analysis.

*Estimate of Loss*
Exhibit 46 - Table (a) presents estimates of Mr. Snelson's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 46 - Table (b) presents an adjustment to the back pay award to compensate Mr. Snelson for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Snelson's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Snelson's total loss is estimated to be $128,906.

| | |
|---|---|
| Claimant: | Dwight Snelson |
| Date of Offer of Employment: | February 28, 2011 |

Exhibit 46- Table (a) Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| March 14, 2011 | 2011 | $45,761 | - | $2,288 | $48,049 | 0.80 | $38,306 | $13,095 | $25,211 | 1.1757 | $29,640 |
| | 2012 | $50,654 | - | $2,533 | $53,187 | 1.00 | $53,187 | $27,502 | $25,685 | 1.1382 | $29,235 |
| | 2013 | $8,864 | - | $443 | $9,307 | 1.00 | $9,307 | $21,958 | $0 | 1.1020 | $0 |
| | 2014 | $38,442 | - | $1,922 | $40,364 | 1.00 | $40,364 | $25,513 | $14,851 | 1.0669 | $15,844 |
| | 2015 | $59,513 | - | $3,571 | $63,084 | 1.00 | $63,084 | $32,947 | $30,137 | 1.0330 | $31,131 |
| August 22, 2016 | 2016 | $59,513 | - | $3,571 | $63,084 | 0.64 | $40,479 | $21,141 | $19,338 | 1.0000 | $19,338 |
| *Total:* | | $262,747 | $0 | $14,328 | $277,075 | 5.44 | $244,726 | $142,156 | $115,221 | | **$125,188** |

| | |
|---|---|
| *Estimated Back Pay* | **$125,188** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$13,717** |
| ***Total Award*** | **$138,906** |

Exhibit 46 - Table (b) Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| March 14, 2011 | 2011 | $36,482 | $3,775 | $2,061 | $13,095 | $360 | $740 |
| | 2012 | $50,654 | $3,393 | $2,862 | $27,502 | $360 | $1,554 |
| | 2013 | $8,864 | $0 | $678 | $21,958 | $0 | $1,680 |
| | 2014 | $38,442 | $1,976 | $2,941 | $25,513 | $456 | $1,952 |
| | 2015 | $59,513 | $5,052 | $4,553 | $32,947 | $1,170 | $2,520 |
| August 22, 2016 | 2016 | $38,188 | $1,848 | $2,921 | $146,329 | $25,517 | $9,469 |
| *Total:* | | $232,142 | $16,044 | $16,016 | $267,344 | $27,863 | $17,914 |
| | | Estimated Total Tax Liability | | $16,016 | Estimated Total Tax Liability | | $17,914 |
| | | | | $16,044 | | | $27,863 |
| | | | | $32,060 | | | $45,777 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $45,777 |
| *Tax Liability on Projected Earnings* | -$32,060 |
| ***Estimated Net Difference in Tax Liability*** | **$13,717** |

**Exhibit 47 Thomas Spring - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Spring's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Spring's application for employment with Amsted Rail: AMSTED001409.
- Notes indicating Mr. Spring's:
  - drug screen pass: AMSTED001792,
  - nurse screen pass: AMSTED001793, and
  - date of physical hold on employment: AMSTED001795.
- An economic damages summary indicating Mr. Spring's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Spring received an offer of employment from Amsted on January 25, 2011. The start of back pay is assumed to be two weeks after this date, which is February 8, 2011. No available information suggests that Mr. Spring was unable to work for any period of time from the back pay start date., therefore the period of time over which Mr. Spring's back pay is calculated is February 9, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
Information provided to the EEOC by Mr. Spring indicates that he was employed at the time he applied to Amsted Rail, earning up to $12.75 per hour, 60 hours per week until he changed employers in February 2011. From February 2011 to December 2012 Mr. Spring was employed at rates between $17.56 per hour and $20.12 per hour, 40 hours per week. No earnings information is available past December 2012. Based on this information I have assumed Mr. Spring's mitigating earnings for 2011 were $12.75 per hour, 40 hours a week for his employment between January and February 2011, and for February 2011 until December 2011 I have assumed Mr. Spring earned $19.34 per hour, 40 hours per week. This hourly wage rate is the mid-point between the rates of pay Mr. Spring quoted for this period. Estimated 2011 earnings are then adjusted for the start of the back pay period. Mr. Spring's earnings for 2012 are assumed to be at this same rate, 40 hours per week. Because no earnings information is available for Mr. Spring after December 2012, his mitigating earnings are assumed to be $0 for 2013, 2014, 2015, and 2016. The following table summarizes mitigating earnings assumed in this report, and may be updated if additional information becomes available.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| Jan 2011- Feb 2011<br>March 2011 – Dec 2011 | $12.75/hr, 40hrs/wk<br>$19.34/hr, 40 hrs/ wk | $33,067 |
| 2012 | $19.34/hr, 40 hrs/wk | $39,187 |
| 2013 | n/a | $0 |
| 2014 | n/a | $0 |
| 2015 | n/a | $0 |
| 2016 | n/a | $0 |

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Spring may have received over the back pay period. However, with his work history it is unlikely that Mr. Spring did receive any benefits of this type. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Spring over the period 2011 through the date of trial.

*Tax Liability*
While I have not been provided tax returns for Mr. Spring, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*
Exhibit 47 - Table (a) presents estimates of Mr. Spring's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 47 - Table (b) presents an adjustment to the back pay award to compensate Mr. Spring for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Spring's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Spring's total loss is estimated to be $248,848.

Claimant: Thomas Spring
Date of Offer of Employment: January 25, 2011

Exhibit 47- Table (a) Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| February 8, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.90 | $46,551 | $33,067 | $13,484 | 1.1757 | $15,852 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $39,187 | $18,493 | 1.1382 | $21,049 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $0 | $14,531 | 1.1020 | $16,013 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $0 | $45,996 | 1.0669 | $49,072 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $0 | $68,741 | 1.0330 | $71,009 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $0 | $44,273 | 1.0000 | $44,273 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.54 | $277,771 | $72,254 | $205,517 | | **$217,269** |

| | |
|---|---|
| *Estimated Back Pay* | **$217,269** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$31,579** |
| ***Total Award*** | **$248,848** |

Exhibit 47 - Table (b) Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| February 8, 2011 | 2011 | $41,058 | $3,775 | $2,320 | $33,067 | $3,110 | $1,868 |
| | 2012 | $50,654 | $6,256 | $2,862 | $39,187 | $3,981 | $2,214 |
| | 2013 | $8,864 | $0 | $678 | $0 | $0 | $0 |
| | 2014 | $38,442 | $3,790 | $2,941 | $0 | $0 | $0 |
| | 2015 | $59,513 | $8,097 | $4,553 | $0 | $0 | $0 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $217,269 | $51,813 | $10,497 |
| *Total:* | | $236,718 | $25,630 | $16,275 | $289,523 | $58,904 | $14,580 |
| | | Estimated Total Tax Liability | | $16,275 | Estimated Total Tax Liability | | $14,580 |
| | | | | $25,630 | | | $58,904 |
| | | | | $41,905 | | | $73,484 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $73,484 |
| *Tax Liability on Projected Earnings* | -$41,905 |
| ***Estimated Net Difference in Tax Liability*** | **$31,579** |

**Exhibit 48 Sirleon Stuckey - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Stuckey's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Stuckey's application for employment with Amsted Rail: AMSTED001435.
- A Copy of Mr. Stucky's Deposition Transcript.
- W-2 Wage and Tax Transcripts from years 2011-2014: EEOC-Amsted 05325, 05337, 05347, 05356.
- IRS form 1040 Individual Income Tax Transcripts from years 2011-2014: EEOC-Amsted 05321, 05331, 05341, 05352.
- Notes indicating Mr. Manning's:
  - -drug screening pass: AMSTED001864,
  - -nurse screening pass: AMSTED001865, and
  - - date of physical hold on employment: AMSTED001897/AMSTED001893.
- An economic damages summary indicating Mr. Stuckey's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Stucky had received an offer of employment from Amsted on March 3, 2011. The start of back pay is assumed to be two weeks after this date, which is March 17, 2011. No available information suggests that Mr. Stucky was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Stucky's back pay is calculated is March 17, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
Mr. Stuckey's W-2 Wage and Tax statements and tax returns for 2011 through 2014 were provided to me. Earnings reported in the tax returns are assumed to be Mr. Stuckey's mitigating earnings for each year of the back pay period. In addition, because I have not been provided information about Mr. Stuckey's earnings for 2015 and 2016, I have assumed his mitigating earnings for each of these years is $0. These earnings are summarized in the following table.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| 2011 | Tax return | $9,021 |
| 2012 | Tax return | $9,007 |
| 2013 | Tax return | $10,790 |
| 2014 | Tax return | $2,887 |
| 2015 | n/a | $0 |
| 2016 | n/a | $0 |

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Stuckey may have received over the back pay period. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Stuckey over the period 2011 through the date of trial.

*Tax Liability*
While I have not been provided tax returns for Mr. Stuckey, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption, as based on his past income tax records that I have reviewed. If his tax status changes this assumption may need to be revised.

*Estimate of Loss*
Exhibit 48 - Table (a) presents estimates of Mr. Stuckey's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 48 - Table (b) presents an adjustment to the back pay award to compensate Mr. Stuckey for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Stuckey's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Stuckey's total loss is estimated to be $295,281.

| | |
|---|---|
| Claimant: | Sirleon Stuckey |
| Date of Offer of Employment: | March 3, 2011 |

Exhibit 48- Table (a) Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| March 17, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.79 | $40,930 | $9,021 | $31,909 | 1.1757 | $37,515 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $9,007 | $48,673 | 1.1382 | $55,401 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $10,790 | $3,741 | 1.1020 | $4,123 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $2,887 | $43,109 | 1.0669 | $45,992 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $0 | $68,741 | 1.0330 | $71,009 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $0 | $44,273 | 1.0000 | $44,273 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.43 | $272,151 | $31,705 | $240,446 | | **$258,312** |

| | |
|---|---|
| *Estimated Back Pay* | **$258,312** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$36,969** |
| ***Total Award*** | **$295,281** |

Exhibit 48 - Table (b) Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| March 17, 2011 | 2011 | $36,100 | $3,775 | $2,040 | $9,021 | $0 | $510 |
| | 2012 | $50,654 | $6,256 | $2,862 | $9,007 | $0 | $509 |
| | 2013 | $8,864 | $0 | $678 | $10,790 | $79 | $825 |
| | 2014 | $38,442 | $3,790 | $2,941 | $2,887 | $0 | $221 |
| | 2015 | $59,513 | $8,097 | $4,553 | $0 | $0 | $0 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $258,312 | $65,357 | $11,093 |
| *Total:* | | $231,761 | $25,630 | $15,995 | $290,017 | $65,436 | $13,157 |
| | | Estimated Total Tax Liability | | $15,995 | Estimated Total Tax Liability | | $13,157 |
| | | | | $25,630 | | | $65,436 |
| | | | | $41,625 | | | $78,593 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $78,593 |
| *Tax Liability on Projected Earnings* | -$41,625 |
| ***Estimated Net Difference in Tax Liability*** | **$36,969** |

**Exhibit 49 Shaun Tarran - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Tarran's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Tarran's application for employment with Amsted Rail: AMSTED001462.
- A Copy of Mr. Tarran's Deposition Transcript.
- W-2 Wage and Tax Transcripts from years 2011-2014: EEOC-Amsted05047, 05059, 05069, 05079
- IRS form 1040 Individual Income Tax Transcripts from years 2011-2014: EEOC-Amsted05041,05053, 05063, 05073.
- Notes indicating Mr. Tarran's:
  -drug screening pass: AMSTED001826,
  -nurse screening pass: AMSTED001827, and
  - date of physical hold on employment: AMSTED001836.
- An economic damages summary indicating Mr. Tarran's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

At the time this report was written I did not have information regarding the date that Mr. Tarran received a job offer from Amsted, but I was provided the date this offer was withdrawn. This date is March 3, 2011, and following the assumption of back pay starting two weeks after the reference date, I have assumed in this report that the back pay start date is March 17, 2011. The back pay period is therefore assumed to be from March 3, 2011 through the date of trial, which is August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a family.

*Mitigating wage earnings over the back pay period*
Mr. Tarran's W-2 Wage and Tax statements and tax returns were provided for years 2011 through 2014. The earnings reported on his W-2's are used to estimate Mr. Tarran's back pay for each of these years excluding his 2011 income that had been earned prior to his application for employment with Amsted Rail. Additionally, Mr. Tarran's 2015 earnings are estimated based on his 2014 earnings, adjusted for the partial year ending at the time of his lay off on August 28, 2015. As a result of his continued lay off, Mr. Tarran is assumed to have $0 mitigating income for 2016. The following table summarizes Mr. Tarran's estimated mitigating earnings used in this report.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| 2011 | Tax return | $0 |
| 2012 | $64,920 | $61,287 |
| 2013 | $82,402 | $82,402 |
| 2014 | $91,669 | $91,668 |
| 2015 | n/a | $60,348 |
| 2016 | n/a | $0 |

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Tarran may have received over the back pay period. However,for the purfpose of this report I have assumed that Mr. Tarran did not receive employment benefits as part of his mitigating earnings. This assumption may be revised if additional information becomes available.

*Tax Liability*
To estimate the difference in Mr. Tarran’s tax liability resulting from an award of back pay I have assumed his filing status to be Married with 5 exemptions and standard deductions based on his filing status over the years 2011 to 2014. Additionally, household income is assumed to equal Mr. Tarran’s earnings in the years 2015 and 2016, which is consistent with the Tarran’s household income over the back pay period according to tax records.

*Estimate of Loss*
Exhibit 49 - Table (a) presents estimates of Mr. Tarran’s yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 49 - Table (b) presents an adjustment to the back pay award to compensate Mr. Tarran for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Tarran’s estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Tarran’s total loss is estimated to be $176,635.

Claimant: Shaun Tarran
Date of Offer of Employment: March 3, 2011

Exhibit 49- Table (a) Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| March 17, 2011 | 2011 | $45,761 | $10,431 | $2,288 | $58,480 | 0.79 | $46,134 | $0 | $46,134 | 1.1757 | $54,239 |
| | 2012 | $50,654 | $12,395 | $2,533 | $65,582 | 1.00 | $65,582 | $61,287 | $4,295 | 1.1382 | $4,888 |
| | 2013 | $8,864 | $14,573 | $443 | $23,880 | 1.00 | $23,880 | $82,402 | $0 | 1.1020 | $0 |
| | 2014 | $38,442 | $16,864 | $1,922 | $57,228 | 1.00 | $57,228 | $91,668 | $0 | 1.0669 | $0 |
| | 2015 | $59,513 | $16,881 | $3,571 | $79,965 | 1.00 | $79,965 | $60,348 | $19,617 | 1.0330 | $20,264 |
| August 22, 2016 | 2016 | $59,513 | $17,611 | $3,571 | $80,695 | 0.64 | $51,779 | $0 | $51,779 | 1.0000 | $51,779 |
| *Total:* | | $262,747 | $88,755 | $14,328 | $365,830 | 5.43 | $324,568 | $295,705 | $121,825 | | **$131,171** |

| | |
|---|---|
| *Estimated Back Pay* | **$131,171** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$45,464** |
| ***Total Award*** | **$176,635** |

Exhibit 49 - Table (b) Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| March 17, 2011 | 2011 | $36,100 | $600 | $2,040 | $0 | $0 | $0 |
| | 2012 | $50,654 | $2,093 | $2,862 | $61,287 | $3,688 | $3,463 |
| | 2013 | $8,864 | $0 | $678 | $82,402 | $6,713 | $6,304 |
| | 2014 | $38,442 | $629 | $2,941 | $91,668 | $8,020 | $7,013 |
| | 2015 | $59,513 | $3,114 | $4,553 | $60,348 | $3,240 | $4,617 |
| August 22, 2016 | 2016 | $38,188 | $534 | $2,921 | $131,171 | $16,123 | $9,249 |
| *Total:* | | $231,761 | $6,970 | $15,995 | $426,876 | $37,784 | $30,645 |
| | | Estimated Total Tax Liability | | $15,995 | Estimated Total Tax Liability | | $30,645 |
| | | | | $6,970 | | | $37,784 |
| | | | | $22,965 | | | $68,429 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $68,429 |
| *Tax Liability on Projected Earnings* | -$22,965 |
| ***Estimated Net Difference in Tax Liability*** | **$45,464** |

**Exhibit 50. Scott Troeckler- Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Troeckler's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Troeckler's application for employment with Amsted Rail: AMSTED001484.
- Notes indicating Mr. Troeckler's:
  - -nurse screen pass: AMSTED001916 and
  - - date of physical hold on employment: AMSTED001918.
- An economic damages summary indicating Mr. Troeckler's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

The date Mr. Troeckler received an offer of employment from Amsted has not been provided to me as of the date of this report. However, records indicate a physical hold on September 1, 2011. The start of back pay is assumed to be two weeks after this date, which is September 15, 2011. No available information suggests that Mr. Troeckler was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Troeckler's back pay is calculated is September 15, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
No information has been provided to me regarding Mr. Troeckler's mitigating earnings over the back pay period. For the purpose of this report he is assumed to have no mitigating earnings from the date Amsted withdrew the conditional offer of employment through the date of trial.

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Troeckler may have received over the back pay period. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Troeckler over the period 2011 through the date of trial.

*Tax Liability*
While I have not been provided tax returns for Mr. Troeckler, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*
Exhibit 50 - Table (a) presents estimates of Mr. Troeckler's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 50 - Table (b) presents an adjustment to the back pay award to

compensate Mr. Troeckler for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Troeckler's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Troeckler's total loss is estimated to be $302,036.

Claimant: Scott Troeckler
Date of Offer of Employment: September 1, 2011

Exhibit 50- Table (a) Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| September 15, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.29 | $15,277 | $0 | $15,277 | 1.1757 | $17,960 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $0 | $57,680 | 1.1382 | $65,653 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $0 | $14,531 | 1.1020 | $16,013 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $0 | $45,996 | 1.0669 | $49,072 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $0 | $68,741 | 1.0330 | $71,009 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $0 | $44,273 | 1.0000 | $44,273 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 4.94 | $246,497 | $0 | $246,497 | | **$263,981** |

| | |
|---|---|
| *Estimated Back Pay* | **$263,981** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$38,055** |
| ***Total Award*** | **$302,036** |

Exhibit 50 - Table (b) Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| September 15, 2011 | 2011 | $13,474 | $3,775 | $761 | $0 | | $0 |
| | 2012 | $50,654 | $6,256 | $2,862 | $0 | | $0 |
| | 2013 | $8,864 | $0 | $678 | $0 | | $0 |
| | 2014 | $38,442 | $3,790 | $2,941 | $0 | | $0 |
| | 2015 | $59,513 | $8,097 | $4,553 | $0 | | $0 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $263,981 | $67,227 | $11,175 |
| *Total:* | | $209,135 | $25,630 | $14,716 | $263,981 | $67,227 | $11,175 |
| | | Estimated Total Tax Liability | | $14,716 | Estimated Total Tax Liability | | $11,175 |
| | | | | $25,630 | | | $67,227 |
| | | | | $40,346 | | | $78,402 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $78,402 |
| *Tax Liability on Projected Earnings* | -$40,346 |
| ***Estimated Net Difference in Tax Liability*** | **$38,055** |

**Exhibit 51 Todd Welch- Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Welch's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Welch's application for employment with Amsted Rail: AMSTED001506.
- Notes indicating Mr. Welch's:
  - nurse screening hold: AMSTED001844/AMSTED001839,
  -nurse screen pass: AMSTED001838/AMSTED001878, and
  - date of physical hold on employment: AMSTED001884.
- An economic damages summary indicating Mr. Welch's employment and earnings history prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

The date Mr. Welch received an offer of employment from Amsted has not been provided to me as of the date of this report. However, records indicate a physical hold on March 8, 2011. The start of back pay is assumed to be two weeks after this date, which is March 22, 2011. No available information suggests that Mr. Welch was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Welch's back pay is calculated is March 22, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
No information has been provided to me regarding Mr. Welch's mitigating earnings over the back pay period. For the purpose of this report he is assumed to have no mitigating earnings from the date a medical hold was placed on his Amsted employment application through the date of trial.

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Welch may have received over the back pay period. However, with his work history it is unlikely that Mr. Welch did receive any benefits of this type. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Welch over the period 2011 through the date of trial.

*Tax Liability*
While I have not been provided tax returns for Mr. Welch, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*
Exhibit 51 - Table (a) presents estimates of Mr. Welch's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 51 - Table (b) presents an adjustment to the back pay award to compensate Mr. Welch for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Welch's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Welch's total loss is estimated to be $340,205.

Claimant: Todd Welch
Date of Medial Hold: March 8, 2011

Exhibit 51- Table (a) Estimated Back Pay

| | | Projected Earnings and Benefits | | | | times | equals | less | equals | times | equals |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Time Period | Year | Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | Portion of Year | Estimated Lost Income per portion of year | Mitigating Income | Estimated Net Loss per portion of year | Pre-judgment Interest Factor | Yearly Net Loss Adjusted for Interest |
| Past: | | | | | | | | | | | |
| March 22, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.78 | $40,209 | $0 | $40,209 | 1.1757 | $47,273 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $0 | $57,680 | 1.1382 | $65,653 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $0 | $14,531 | 1.1020 | $16,013 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $0 | $45,996 | 1.0669 | $49,072 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $0 | $68,741 | 1.0330 | $71,009 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $0 | $44,273 | 1.0000 | $44,273 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.42 | $271,430 | $0 | $271,430 | | **$293,293** |

| | |
|---|---|
| *Estimated Back Pay* | **$293,293** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$46,911** |
| ***Total Award*** | **$340,205** |

Exhibit 51 - Table (b) Estimated Difference in Tax Liability

| | | Projected Earnings per Portion of Year | | | Mitigating Earnings & Award per Portion of Year | | |
|---|---|---|---|---|---|---|---|
| Time Period | Year | Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
| Past: | | | | | | | |
| March 22, 2011 | 2011 | $35,465 | $3,775 | $2,004 | $0 | $0 | $0 |
| | 2012 | $50,654 | $6,256 | $2,862 | $0 | $0 | $0 |
| | 2013 | $8,864 | $0 | $678 | $0 | $0 | $0 |
| | 2014 | $38,442 | $3,790 | $2,941 | $0 | $0 | $0 |
| | 2015 | $59,513 | $8,097 | $4,553 | $0 | $0 | $0 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $293,293 | $76,900 | $11,600 |
| *Total:* | | $231,125 | $25,630 | $15,959 | $293,293 | $76,900 | $11,600 |
| | | Estimated Total Tax Liability | | $15,959 | Estimated Total Tax Liability | | $11,600 |
| | | | | $25,630 | | | $76,900 |
| | | | | $41,589 | | | $88,500 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $88,500 |
| *Tax Liability on Projected Earnings* | -$41,589 |
| ***Estimated Net Difference in Tax Liability*** | **$46,911** |

**Exhibit 52 Damon White - Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. White's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. White's application for employment with Amsted Rail: AMSTED001528.
- IRS Tax Return Transcripts and W-2 Wage and Tax Statements from years 2011-2014: EEOC-Amsted 05091, 05013, 05115, 05125, 04523, 04525.
- A copy of Mr. White's 2013 Paystub: EEOC-Amsted 04524.
- IRS form 1040 Individual Income Tax Transcripts from years 2011-2014: EEOC-Amsted 05083, 05095, 05107, 05117.
- Notes indicating Mr. White's:
  - -drug screening pass: AMSTED001872,
  - -nurse screening pass: AMSTED001873, and
  - - date of physical hold on employment: AMSTED001880.
- An economic damages summary indicating Mr. White's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. White had received an offer of employment from Amsted on March 4, 2011. The start of back pay is assumed to be two weeks after this date, which is March 18, 2011. No available information suggests that Mr. White was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. White's back pay is calculated is March 18, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a family.

*Mitigating wage earnings over the back pay period*
Mr. White's W-2 Wage and Tax statements and tax returns were provided to me for years 2011 through 2014. Because Mr. White began employment in 2011 after he had applied for a position with Amsted Rail all of his earnings for this year are included in the estimate of mitigating earnings. Information regarding Mr. White's 2015 and 2016 mitigating earnings is not available, but his 2015 mitigating earnings have been estimated in this report using his 2014 earnings increased by 3.3%, which is the rate of growth from 2014 to 2015 of *Median Usual Weekly Earnings* of wage and salary workers employed full time, all industries, all occupations (Series Id: LES 1252881500, LEU00252881500), reported by the Bureau of Labor Statistics Current Population Survey (http://www.bls.gov/cps). Mr. White's 2016 earnings are assumed to equal his 2015 earnings adjusted for the end of the back pay period, which is the date of trial.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| 2011 | Tax return | $9,106 |
| 2012 | Tax return | $40,618 |
| 2013 | Tax return | $39,783 |
| 2014 | Tax return | $46,139 |
| 2015 | n/a | $47,661 |
| 2016 | n/a | $39,320 |

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. White may have received over the back pay period. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. White over the period 2011 through the date of trial.

*Tax Liability*
Tax returns that I have for Mr. White show his filing status to be: Single with 3 exemptions in 2011, Married filing jointly with 6 exemptions in 2012, Married filing jointly with 7 exemptions in 2013, and Married filing jointly with 7 exemptions in 2014. To estimate the difference in Mr. White's tax liability resulting from an award of back pay I have assumed his filing status to be the same as his status in 2014 for years 2015 and 2016. Also, household income over the years 2011-2014 shows that all wage income was from Mr. White's earnings. This will also be assumed for years 2015 and 2016.

*Estimate of Loss*
Exhibit 52 - Table (a) presents estimates of Mr. White's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 52 - Table (b) presents an adjustment to the back pay award to compensate Mr. White for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. White's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. White's total loss is estimated to be $150,912.

Claimant: Damon White
Date of Offer of Employment: March 4, 2011

Exhibit 52- Table (a) Estimated Back Pay

| Time Period | Year | Projected Earnings and Benefits: Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | *times* Portion of Year | *equals* Estimated Lost Income per portion of year | *less* Mitigating Income | *equals* Estimated Net Loss per portion of year | *times* Pre-judgment Interest Factor | *equals* Yearly Net Loss Adjusted for Interest |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Past: | | | | | | | | | | | |
| March 18, 2011 | 2011 | $45,761 | $10,431 | $2,288 | $58,480 | 0.79 | $45,972 | $9,106 | $36,866 | 1.1757 | $43,342 |
| | 2012 | $50,654 | $12,395 | $2,533 | $65,582 | 1.00 | $65,582 | $40,618 | $24,964 | 1.1382 | $28,414 |
| | 2013 | $8,864 | $14,573 | $443 | $23,880 | 1.00 | $23,880 | $39,782 | $0 | 1.1020 | $0 |
| | 2014 | $38,442 | $16,864 | $1,922 | $57,228 | 1.00 | $57,228 | $46,139 | $11,089 | 1.0669 | $11,831 |
| | 2015 | $59,513 | $16,881 | $3,571 | $79,965 | 1.00 | $79,965 | $47,661 | $32,304 | 1.0330 | $33,370 |
| August 22, 2016 | 2016 | $59,513 | $17,611 | $3,571 | $80,695 | 0.64 | $51,779 | $39,320 | $12,459 | 1.0000 | $12,459 |
| *Total:* | | $262,747 | $88,755 | $14,328 | $365,830 | 5.43 | $324,406 | $222,626 | $117,682 | | **$129,416** |

| | |
|---|---|
| *Estimated Back Pay* | **$129,416** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$21,496** |
| ***Total Award*** | **$150,912** |

Exhibit 52 - Table (b) Estimated Difference in Tax Liability

| Time Period | Year | Projected Earnings per Portion of Year: Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award per Portion of Year: Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
|---|---|---|---|---|---|---|---|
| Past: | | | | | | | |
| March 18, 2011 | 2011 | $35,973 | $3,775 | $2,032 | $9,106 | $0 | $514 |
| | 2012 | $50,654 | $1,595 | $2,862 | $40,618 | $592 | $2,295 |
| | 2013 | $8,864 | $0 | $678 | $39,782 | $128 | $3,043 |
| | 2014 | $38,442 | $0 | $2,941 | $46,139 | $609 | $3,530 |
| | 2015 | $59,513 | $1,914 | $4,553 | $47,661 | $706 | $3,646 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $168,736 | $23,622 | $9,794 |
| *Total:* | | $231,634 | $10,996 | $15,987 | $352,042 | $25,657 | $22,822 |
| | | Estimated Total Tax Liability | | $15,987 | Estimated Total Tax Liability | | $22,822 |
| | | | | $10,996 | | | $25,657 |
| | | | | $26,983 | | | $48,479 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $48,479 |
| *Tax Liability on Projected Earnings* | -$26,983 |
| ***Estimated Net Difference in Tax Liability*** | **$21,496** |

**Exhibit 53 Jeremy Whitted- Individual Claimant Losses**

*Claimant information relied upon to estimate mitigating earnings & employment benefits*
Information regarding Mr. Whitted's mitigating earnings was provided to me by the Equal Employment Opportunity Commission and is summarized below:

- Mr. Whitted's application for employment with Amsted Rail: AMSTED001546.
- Notes indicating Mr. Whitted's:
  - -nurse screen pass: AMSTED001899 and
  - - date of physical hold on employment: AMSTED001900.
- An economic damages summary indicating Mr. Whitted's employment and earnings history for the period prior to applying for a position with Amsted Rail through the present.

*Back pay period*
Back pay is calculated for each claimant beginning two weeks after Amsted Rail made the claimant an offer of employment through the date of trial, which is August 22, 2016.

Mr. Whitted received an offer of employment on February 28, 2011. The start of back pay is assumed to be two weeks after this date, which is March 14, 2011. No available information suggests that Mr. Whitted was unable to work for any period of time from the back pay start date, therefore the period of time over which Mr. Whitted's back pay is calculated is March 14, 2011 through August 22, 2016.

*Projected earnings and fringe benefits*
Projected earnings and fringe benefits from Amsted Rail are calculated as outlined in Section II of this report and include an estimate of lost health insurance valued at the premium cost for a single employee.

*Mitigating wage earnings over the back pay period*
Mr. Whitted provided the EEOC with information regarding his mitigating earnings over the back pay period. These earnings are summarized in the table below, and are used to estimate Mr. Whitted's mitigating earnings each year. Where Mr. Whitted offered a range for his wage rate with an employer, the mid-point of that range was used to estimate his mitigating earnings. Similarly, where Mr. Whitted offers a range of hours worked per week, the mid-point of that range is used in the estimate of mitigating earnings. Also, Mr. Whitted's 2014, 2015 and 2016 earnings are assumed to equal his 2013 earnings, and estimates of mitigating earnings for 2011 and 2016 are adjusted for the beginning and end of the back pay period.

| Year/Time Period | Wages Earned | Mitigating Earnings: Actual & Assumed based on available information |
|---|---|---|
| 2011 | $12.30-$13.75/hr, 40hrs/wk | $21,598 |
| Jan 2012 – March 2012 | $12.30-$13.75/hr, 40hrs/wk | $11,487 |
| April 2012 – Dec 2012 | $17.31/hr-$19.51/hr, 36-60 hours/week | $22,979 |
| 2013 | $17.31/hr-$19.51/hr, 36-60 hours/week | $45,951 |
| 2014 | n/a | $45,951 |
| 2015 | n/a | $45,951 |
| 2016 | n/a | $29,485 |

*Mitigating fringe benefits over the back pay period*
I have not been provided information regarding employment benefits Mr. Whitted may have received over the back pay period. This analysis of loss, therefore, assumes no mitigating employment benefits were received by Mr. Whitted over the period 2011 through the date of trial.

*Tax Liability*
While I have not been provided tax returns for Mr. Whitted, to estimate the difference in his tax liability resulting from an award of back pay I have assumed his filing status is single with standard deductions and one exemption.

*Estimate of Loss*
Exhibit 53 - Table (a) presents estimates of Mr. Whitted's yearly and total back pay. This table includes yearly projected earnings and fringe benefits from Amsted, yearly mitigating earnings, and pre-judgment interest. Exhibit 53 - Table (b) presents an adjustment to the back pay award to compensate Mr. Whitted for his expected increased tax liability assuming an award of back pay in the amount calculated in this estimate. The total of the estimated back pay in Table (a) and the adjustment for increased tax liability shown in Table (b) is Mr. Whitted's estimated total loss.

Based on information made available to me and the assumptions outlined in this report, Mr. Whitted's total loss is estimated to be $135,869.

| | |
|---|---|
| Claimant: | Jeremy Whitted |
| Date of Offer of Employment: | February 28, 2011 |

Exhibit 53- Table (a) Estimated Back Pay

| | | Projected Earnings and Benefits | | | | *times* | *equals* | *less* | *equals* | *times* | *equals* |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Time Period | Year | Lost Wages | Lost Health Benefits | Lost 401(k) Benefits | Total Back Pay | Portion of Year | Estimated Lost Income per portion of year | Mitigating Income | Estimated Net Loss per portion of year | Pre-judgment Interest Factor | Yearly Net Loss Adjusted for Interest |
| Past: | | | | | | | | | | | |
| March 14, 2011 | 2011 | $45,761 | $3,834 | $2,288 | $51,883 | 0.80 | $41,362 | $21,598 | $19,764 | 1.1757 | $23,236 |
| | 2012 | $50,654 | $4,493 | $2,533 | $57,680 | 1.00 | $57,680 | $11,487 | $46,193 | 1.1382 | $52,578 |
| | 2013 | $8,864 | $5,224 | $443 | $14,531 | 1.00 | $14,531 | $22,979 | $0 | 1.1020 | $0 |
| | 2014 | $38,442 | $5,632 | $1,922 | $45,996 | 1.00 | $45,996 | $45,951 | $45 | 1.0669 | $48 |
| | 2015 | $59,513 | $5,657 | $3,571 | $68,741 | 1.00 | $68,741 | $45,951 | $22,790 | 1.0330 | $23,542 |
| August 22, 2016 | 2016 | $59,513 | $5,913 | $3,571 | $68,997 | 0.64 | $44,273 | $29,485 | $14,788 | 1.0000 | $14,788 |
| *Total:* | | $262,747 | $30,753 | $14,328 | $307,828 | 5.44 | $272,583 | $177,451 | $103,580 | | **$114,192** |

| | |
|---|---|
| *Estimated Back Pay* | **$114,192** |
| *Plus: Estimated Net Difference in Tax Liability (See: Table b)* | **$21,677** |
| ***Total Award*** | **$135,869** |

Exhibit 53 - Table (b) Estimated Difference in Tax Liability

| | | Projected Earnings per Portion of Year | | | Mitigating Earnings & Award per Portion of Year | | |
|---|---|---|---|---|---|---|---|
| Time Period | Year | Projected Earnings | Estimated Income Tax Liability | Estimated FICA Tax Liability | Mitigating Earnings & Award | Estimated Income Tax Liability | Estimated FICA Tax Liability |
| Past: | | | | | | | |
| March 14, 2011 | 2011 | $36,482 | $3,775 | $2,061 | $21,598 | $1,390 | $1,220 |
| | 2012 | $50,654 | $6,256 | $2,862 | $11,487 | $174 | $649 |
| | 2013 | $8,864 | $0 | $678 | $22,979 | $1,501 | $1,758 |
| | 2014 | $38,442 | $3,790 | $2,941 | $45,951 | $4,916 | $3,515 |
| | 2015 | $59,513 | $8,097 | $4,553 | $45,951 | $4,886 | $3,515 |
| August 22, 2016 | 2016 | $38,188 | $3,712 | $2,921 | $143,677 | $30,368 | $9,430 |
| *Total:* | | $232,142 | $25,630 | $16,016 | $291,643 | $43,235 | $20,088 |
| | | Estimated Total Tax Liability | | $16,016 | Estimated Total Tax Liability | | $20,088 |
| | | | | $25,630 | | | $43,235 |
| | | | | $41,646 | | | $63,323 |

| | |
|---|---|
| *Tax Liability on Mitigating Earnings & Estimated Award* | $63,323 |
| *Tax Liability on Projected Earnings* | -$41,646 |
| ***Estimated Net Difference in Tax Liability*** | **$21,677** |

**IV. Summary**

The summary table following this report summarizes estimated back pay lost by each claimant identified in the matter of EEOC v. Amsted Rail.

Based on the information provided to me, available data, and the assumptions outlined in this report, I have estimated the total value of these estimated losses to be $11,461,112.

In reaching these conclusions I have followed the ethical principles required of members of the National Association of Forensic Economics, and relied upon the information provided to me. I reserve the right to supplement this report should additional information become available.

February 3, 2016
_________________________
Date

_________________________
Lane Hudgins, PhD

*Summary Table:*

| Total of Claimant's Estimated Back Pay | |
|---|---|
| Claimant | Back Pay |
| Ashraf Abdallah | $232,349 |
| Kevin Adams | $223,257 |
| Elvis Allen | $221,504 |
| Kevin Anderson | $332,246 |
| Leon Arnold | $83,514 |
| Richard Bates | $205,529 |
| Kerry Billingsley | $169,672 |
| Robert Blaylock | $129,170 |
| Gregory Brown | $38,024 |
| Jamal Brown | $336,559 |
| Terrance Buckley | $280,155 |
| Justin Cade | $161,601 |
| David Cashen | $142,787 |
| Brandon Daugherty | $155,983 |
| Mark Gean | $116,526 |
| Isaac Gibson | $237,917 |
| Sherren Gilbert | $199,283 |
| Delarrian Harmon | $198,520 |
| Aaron Harvey | $255,752 |
| Michael Henderson | $265,446 |
| Torrence Henderson | $114,886 |
| Brett Holmes | $191,808 |
| Marcus Humphrey | $53,313 |
| Montrell Ingram | $208,704 |
| Steven Jackson | $259,013 |
| Anthony Jimerson | $202,568 |
| Chester Johnson | $360,062 |
| Dane Kimbro | $260,528 |
| Andre Lee | $97,493 |
| Wayne Lee | $341,087 |
| Lardez Luster | $346,603 |
| Justin Lynch | $192,298 |
| Kenneth Manning | $200,888 |
| James Marquardt | $341,750 |
| Robert McCartney | $210,921 |
| Ryan McKellar | $57,034 |
| James Miller | $340,426 |
| Ramiro Munoz | $169,461 |
| John Offerman | $158,171 |
| Trevor Patt | $178,437 |

*continued:*

*Continuation of Summary Table:*

| Total of Claimant's Estimated Back Pay | |
|---|---|
| Claimant | Back Pay |
| Aaron Rives | $90,548 |
| Michael Robinson | $278,098 |
| Steven Rommerskirchen | $341,308 |
| Kevin Sanders | $344,397 |
| Joseph Smith | $346,824 |
| Dwight Snelson | $138,906 |
| Thomas Spring | $248,848 |
| Sirleon Stuckey | $295,281 |
| Shaun Tarran | $176,635 |
| Scott Troeckler | $302,036 |
| Todd Welch | $340,205 |
| Damon White | $150,912 |
| Jeremy Whitted | $135,869 |
| ***Total*** | **$11,461,112** |

References:

Board of Governors of the Federal Reserve System, *FRB:H.15 Release—Selected Interest Rates—Historical Data*, "Selected Interest Rates(Daily) – H.15." http://www.federalreserve.gov/releases/h15/data.htm. December 19, 2013 (accessed January 19, 2016)

U.S. Department of Labor Bureau of Labor Statistics, "*Consumer Price Index*." http://www.bls.gov/cpi/. n.d. (accessed January 19, 2016)

U.S. Department of Labor Bureau of Labor Statistics, *"Current Population Survey,"* http://www.bls.gov/cps/. n.d. (accessed January 19, 2016)

**Attachments**

1. CV – Lane Hudgins
2. List of prior testimony for the past four years – Lane Hudgins
3. Fee Schedule – Lane Hudgins Analysis

**Curriculum Vitae**
**Lane Blume Hudgins**
**January 7, 2016**

1260 West Lake Road
Murphysboro, IL 62966

Email: lane@lh-analysis.com
Phone: 618.534.0099

---

**Education:**

Ph.D., Economics, Southern Illinois University, 2003
Dissertation: *Applications of the Benefit Function to Issues in Optimal Taxation*
Concentrations: Econometrics and Trade Theory

Bachelor of Arts, Southern Illinois University, 1995
Major: Economics

Bachelor of Commerce, University Of British Columbia, 1991
Concentration: Finance

**Professional Experience:**

Economic Consulting, Lane Hudgins Analysis, 2007-Present
Analysis of economic damages for plaintiff and defense primarily in cases of personal injury, wrongful death, and wrongful termination.

**Teaching Experience:**

Instructor, 1998-2001
Southern Illinois University Carbondale
Courses Taught:
Public Finance
Labor Economics
Introductory Microeconomics
Introductory Macroeconomics

**Publications:**

"Sausage Making at the Bureau of Labor Statistics - or - What Do They Put Into All Those Compensation and Earnings Measures?", *Journal of Legal Economics*, Vol. 19(2), April 2013.

"Pension Benefits as an Evidentiary Collateral Source", *Journal of Legal Economics,* Vol. 15(1), August 2008 (with Thomas R. Ireland).

"A Pension is a Pension is a Pension", *The Earnings Analyst*, Vol.10, 2008 (with Thomas R. Ireland).

"Derivative Properties of Directional Distance Functions", in *Aggregation, Efficiency, and Measurement: Studies in Productivity and Efficiency,* Vol. 5. Edited by Rolf Färe, Shawna Grosskopf, and Daniel Primont, 2007 (with Daniel Primont).

**Presentations:**

"The Practical Problem of Measuring Personal Maintenance". Paper presented at the Southern Economic Association Annual Meeting, November 2015

Panel Participant: "This is How We Do It: A Panel Discussion". Panel discussion at the Missouri Valley Economic Association Annual Meeting, October 2015

"Rebuttable Presumptions and the Calculation of Economic Loss". Paper presented at the Missouri Valley Economic Association Annual Meeting, October 2014

"(Valuing) A Life of Leisure". Paper presented at the Western Economic Association International Annual Meeting, June 2014

"An Application of Nerlovian Profit Efficiency to Mutual Funds". (with Corey L. Freije). Paper presented at the International Applied Business Research Conference, 2000

**Professional Activities:**

Editor, *The Forecast – A Newsletter of the National Association of Forensic Economics*, January 2016 – Present

Board Member, American Association of Economic and Financial Experts, March 2013 – Present

Special Editor, *Journal of Legal Economics*: *Reviews and Cases of Note,* a publication of the American Academy of Economic and Financial Experts, March 2008 - Present

Vice President - Midwest, National Association of Forensic Economics, January 2012 – January 2015

Nominating Committee Member, National Association of Forensic Economics, 2009 and 2014

Discussant, National Association of Forensic Economics Sessions, American Economic Association - Allied Social Sciences Association Annual Meeting, January 2015 & 2016

Discussant, National Association of Forensic Economics Sessions, Western Economic Association International Meetings, June 2009, 2011 & 2014

Discussant, National Association of Forensic Economics Sessions, Missouri Valley Economic Association Annual Meeting, October 2014

**Professional Affiliations/Memberships:**

American Academy of Economic and Financial Experts
American Economic Association
National Association of Business Economics
National Association of Forensic Economics
Missouri Valley Economics Association
Southern Economics Association
Western Economic Association International

# Previous Forensic Economic Testimony
## Pursuant to Rule 26(a)(2)(B) of the Federal Rules of Civil Procedure: Duty to Disclose; General Provisions Governing Discovery: Lane Hudgins, PhD

Testimony for previous four years through January 29, 2016

| *Date* | *Case Name* | *Court* | *Case Number* | *Type* | *Side of Case: Retaining Attorney & Firm* |
|---|---|---|---|---|---|
| January 13, 2015 | Jim Kline and Shelly Kline v. BK Resources, In, K. Wohltman Construction, Inc., and Heartland/Heartland/Altamont, LLC. | Circuit Court of the Fourth Judicial Circuit Effingham County, Illinois | 14-L-22 | Deposition | Plaintiff: Francis Lynch Wolter, Beeman & Lynch, LLP |
| January 8, 2015 | Jennifer Campos et al v. SLH Vista, Inc.d/b/a Saint Louis University Hospital and Saint Louis University | Circuit Court of the City of St. Louis, Missouri | 1422-CC09235 Div. 1 | Deposition | Plaintiff: David Zevan The Zevan & Davidson Law Firm St. Louis, MO |
| September 17, 2015 | Bailey Brown v. Missouri Delta Medical Center & Jennifer (Nickell) Waller, MD | Circuit Court of Scott County, Missouri | 1450-CV00166 | Deposition | Plaintiff: Rachel Roman The Zevan & Davidson Law Firm St. Louis, MO |
| July 23, 2015 | Clayton Waller v. Thomas Hulsen, MD et al | Circuit Court of Madison County, Illinois | 14-L-566 | Deposition | Plaintiff: Rachel Roman The Zevan & Davidson Law Firm St. Louis, MO |
| May 29, 2015 | Carolyn Carroll & Sammy Carroll v. John Bennett, M.D, Pranav Parikh, M.D., and The Hannibal Clinic | Circuit Court, Marion County, Missouri | 13MR-CV00349 | Deposition | Plaintiff: David Zevan The Zevan & Davidson Law Firm St. Louis, MO |

| *Date* | *Case Name* | *Court* | *Case Number* | *Type* | *Side of Case: Retaining Attorney & Firm* |
|---|---|---|---|---|---|
| January 30, 2014 | Nick Shafer v. National Railway Equipment Company | Second Judicial Circuit, Jefferson County, Illinois | 09-L-5 | Deposition | Plaintiff:<br>Brian T. McGovern<br>Hanagan & McGovern PC<br>Mt. Vernon, IL |
| January 28, 2014 | Linda Dejana, et al., v. Marine Technology, Inc., et al. | United States District Court for the Eastern District of Missouri, Eastern Division | 4:11-CV-01690-JAR | Trial | Plaintiffs:<br>Michael D. Allweiss<br>Allweiss & Allweiss<br>St. Petersburg, FL<br>and :Stuart Frankel<br>Kreindler & Kreindler<br>Loas Angelas, CA |
| August 16, 2013 | Jamie Bobbitt, Crystal Bobbitt, as parents and next friends of Juliann Bobbitt v. James Bussel, et al. | Vanderburgh Circuit Court, County of Vanderburgh, State of Indiana | 82C01-0508-CT-667 | Trial | Plaintiff:<br>Terry Noffsinger<br>Noffsinger Law PC<br>Evansville, IN |
| August 13, 2013 | James M. Rogers v. Robert Golz, M.D. and Southern Illinois Orthopedic Center, LLC | First Judicial Circuit, Williamson County, Illinois | 2010-L-190 | Deposition | Defendant:<br>Charles E. Schmidt<br>Brandon, Schmidt & Goffinet<br>Carbondale, IL |
| March 22, 2013 | Anthony Redmond v. United States Steel Corporation, et al. | Circuit Court for the Third Judicial Circuit, Madison County, Illinois | 09L1163 | Deposition | Plaintiff:<br>David Dugan<br>David Dugan, P.C.<br>East Alton, IL |

| Date | Case Name | Court | Case Number | Type | Side of Case: Retaining Attorney & Firm |
|---|---|---|---|---|---|
| October 16, 2012 | Linda Dejana, et al., v. Marine Technology, Inc., et al. | United States District Court for the Eastern District of Missouri, Eastern Division | 4:11-CV-01690-JAR | Deposition | Plaintiffs:<br>Michael D. Allweiss<br>Allweiss & Allweiss<br>St. Petersburg, FL<br>and: Stuart Frankel<br>Kreindler & Kreindler<br>Los Angelas, CA |
| September 18, 2012 | Jim Stevens et al., v. Cory Lenz, Kristin Lenz, Thrifty Rent-A-Car System, Inc. and C&J Rental, Inc. | Circuit Court of Jefferson County, State of Missouri | 10JE-CC00103 Division No: 3 | Trial | Plaintiff:<br>David Zevan<br>The Zevan & Davidson Law Firm<br>St. Louis, MO |
| September 7, 2012 | Jim Stevens et al., v. Cory Lenz, Kristin Lenz, Thrifty Rent-A-Car System, Inc. and C&J Rental, Inc. | Circuit Court of Jefferson County, State of Missouri | 10JE-CC00103 Division No: 3 | Deposition | Plaintiff:<br>David Zevan<br>The Zevan & Davidson Law Firm<br>St. Louis, MO |
| September 4, 2012 | Gallagher v. Progress West Health Care Center, et al. | St. Charles County, Missouri | 1011-CV09476 | Deposition | Plaintiff:<br>Kevin Davidson<br>The Zevan & Davidson Law Firm<br>St. Louis, MO |
| May 15, 2012 | Melissa Bradshaw, et al., v. DePaul University | United States District Court for the Northern District of Illinois | 10-cv-8175 | Deposition | Plaintiff:<br>Lynne Bernabei<br>Bernabei &Wachtel, PLLC<br>Washington, DC |
| March 6, 2012 | Brad Loellke v. Wayne Moore, Dennis Moore, Wagner Seed & Supply Co., Inc., and Shivvers Inc. | Circuit Court for the Third Judicial Circuit Court, Madison County, Illinois | 09-L-1121 | Deposition | Defendant:<br>Donald J. Ohl<br>Knapp, Ohl & Green<br>Edwardsville, IL |

# FEE SCHEDULE

Lane Hudgins Analysis

1260 West Lake Road
Murphysboro, IL 62966

email: lane@lh-analysis.com
phone: 618.534.0099

Effective for new engagements beginning January 2015.
Current through January 2016.

- A non-refundable fee of $550 must accompany a signed copy of a letter of engagement to initiate work on an agreed case and confirm acceptance of the terms of engagement.

- Billing rates are $275 per hour for research, analysis, report and other document preparation, deposition and trial preparation, deposition and trial testimony, and travel time. Depositions are subject to a two-hour minimum charge.

- All expenses including, but not limited to, document procurement, document preparation, travel, and overnight accommodation will be added to the billed total.

- Total payment must be received within 90 days of billing to avoid incurring late fees unless prior arrangements have been made.

- Any time or fees spent on collection will be billed to the responsible party, and added to the total owed.